**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF LOUISIANA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **East West Copolymer LLC** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-4499061** |

**4.    Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **5855 Scenic Hwy.** **Baton Rouge, LA 70805** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **East Baton Rouge** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **East West Copolymer LLC**                                    Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **East West Copolymer LLC**

Name

Case number (*if known*) _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   **Butadiene, Styrene, Acrylonitrile, Ammonia are located at facility and are in the process of being addressed.**

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   **The chemicals must remain in an environmentally controlled facility.**

**Where is the property?**   5855 Scenic Hwy.
Baton Rouge, LA, 70805-0000

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.   Insurance agency  _____

Contact name  _____

Phone  _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **East West Copolymer LLC**                                    Case number (*if known*) _____
   Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 7, 2017**
             MM / DD / YYYY

**X** **/s/ Gregory Nelson**                          **Gregory Nelson**
    Signature of authorized representative of debtor        Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Brandon A. Brown**                    Date   **April 7, 2017**
    Signature of attorney for debtor                     MM / DD / YYYY

**Brandon A. Brown**
Printed name

**Stewart Robbins & Brown, LLC**
Firm name

**620 Florida Street, Suite 100**
**Post Office Box 2348**
**Baton Rouge, LA 70821**
Number, Street, City, State & ZIP Code

Contact phone   **(225) 231-9998**        Email address _____

**25592**
Bar number and State

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA
### (Local Form 1)

In re    **East West Copolymer LLC**                                             Case No.  _____
                                   Debtor(s)

## MAILING LIST

### Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

### DECLARATION

**We declare under penalty of perjury that the foregoing mailing list, comprising  __40__  pages, is true and correct. Signed on  _April  7, 2017_ .**

Signed:    **/s/ Gregory Nelson**
               **Gregory Nelson**
               **Manager**


Signed:    **/s/ Brandon A. Brown**
               **Brandon A. Brown**
               **Stewart Robbins & Brown, LLC**
               **620 Florida Street, Suite 100**
               **Post Office Box 2348**
               **Baton Rouge, LA 70821**
               Telephone: **(225) 231-9998**
               Facsimile: **(225) 709-9467**
               E-Mail:
               (ATTORNEY FOR THE DEBTOR)

United States Trustee
400 Poydras Street
Suite 2110
New Orleans LA 70130

Office of US Attorney
Middle District of Louisiana
777 Florida St Ste 208
Baton Rouge LA 70801

Louisiana Dept of Revenue
Bankruptcy Section
Box 66658
Baton Rouge LA 70896

Office of District Counsel
Box 30509
New Orleans LA 70190

Attorney General of the USA
Department of Justice
10th & Constitution Ave., NW
Washington DC 20530

David Kearns
Tax Division USDOJ
PO Box 14198 Ben Franklin Statio
Washington DC 20530

Internal Revenue Service*
Box 7346
Philadelphia PA 19101-7346

4-B PLASTICS INCORPO
PO BOX 45090
BATON ROUGE LA 70895-4090

ABB Inc.
29801 Euclid Ave
Wickliffe OH 44092

Adam Kent
PO Box 834
Livonia LA 70755

ADDIVANT USA, LLC.
4 Mountain View Terrace Suite 200
Danbury CT 06810

AGGREKO INC
11522 INDUSTRIPLEX BLVD
BATON ROUGE LA 70809-4232

Airgas
16585 Airline Hwy.
Prairieville LA 70769

AIRGAS ON-SITE SAFET
16585 Airline Hwy
Prairieville LA 70769

Airgas Southwest
16585 AIRLINE HWY.
PRAIRIEVILLE LA 70769

AKRON RUBBER DEVELOP
300 KENMORE BLVD
AKRON OH 44301-1097

ALBACAS, LLC
1426 Louray Dr.
Baton Rouge LA 70808

Albert Bucher
1401 Holly Dr
Slaughter LA 70777

Albert Hall
1947 78th Ave
Baton Rouge LA 70807

ALBERTY AND ASSOCIAT
7388 HIGHLAND ROAD STE 5
BATON ROUGE LA 70808

ALBERTY AND BLAKENEY
7388 HIGHLAND RD - STE 5
BATON ROUGE LA 70808

ALEDO SALES AND PROD
2000 E. 12TH AVE. #1
Denver CO 80206

ALFORD SAFE AND LOCK
1758 GOVERNMENT ST
BATON ROUGE LA 70802-4098

ALLESCO INC
POST OFFICE BOX 40130
HOUSTON TX 77240-0130

ALLOMETRICS INCORPOR
2500 Bayport Blvd
Seabrook TX 77586

ALPHA PROCESS SALES
7011 EXCHEQUER DR
BATON ROUGE LA 70809

ALPHA TECHNOLOGIES U
3030 Gilchrist Rd.
AKRON OH 44305

Alvin E Mitchell
Po Box 176
Zachary LA 70791

American Styrenics, LLC
24 Waterway Ave., Suite 1200
Spring TX 77380

AMERICAS STYRENICS
24 WATERWAY SUITE 1200
THE WOODLANDS TX 77380

AMERIGAS PROPANE
7263 Scenic Hwy
Baton Rouge LA 70807

Amy P. Maronge
1533 S Elaine
Baton Rouge LA 70815-4814

ANALYTICAL AND ENV T
1717 SEABOARD DR
BATON ROUGE LA 70808

ANNIE BOBS CATERING
14418 FELICITY DR.
BAKER LA 70714

Anthony J. Patteson
9849 Greenwll Spg Ph
Zachary LA 70791-8306

Argus Media, Inc.
PO BOX 841084
DALLAS LA 75284-1084

Arizona Chemical Com
4600 Touchton Road East
Jacksonville FL 32246

ARPAC DBA Supportpro
P.O. Box 63-7993
Cincinnati OH

Ashta Chemicals Inc.
P.O. Box 641869
Cincinnati OH 45264

Atlas Hose & Gasket
PO BOX 52787
BATON ROUGE LA 70892-2787

Atos IT Solutions an
PO Box 78000 Dept 781177
Detroit MI 48278-1177

Atradius Collections
3500 Lacey Rd., Suite 220
Downers Grove IL 60515

Austin Braud
7757 Duplantier Ave
Denham Springs AL 70726

AUSTIN FIRE SYSTEMS
PO BOX 411
PRAIRIEVILLE LA 70769

AUTOMATIC ACCESS GAT
8468 Paris Avenue
Baton Rouge LA 70814

AUTOMATION SERVICE I
13871 Parks Steed Drive
Earth City MO 63045

BABBITT INTERNATIONA
PO BOX 70094
HOUSTON TX 77270

Baham Contractor Ser
38043 HWY 621
Gonzales LA 70737

BAKER CORP
35167 Hwy 30
Geismar LA 70734

Balmoral Advisors, LLC
10 S. Riverside Plaza, Ste 875
Chicago IL 60606

Bank of America, N.A.
101 North Tryon St.
NC1-001-05-45
Charlotte NC 28255

Barbara S. Chinn
15072 Brent Ave
Baton Rouge LA 70818-5315

BARBE AMERICA INC
PO BOX 69
FLOWERY BRANCH GA 30542-0069

Barnes, Richardson & Colburn LLP
1200 New Hampshire Ave., NW
Washington DC 20036

Barry D. Smith
14575 Springfield Rd
Walker LA 70785-2931

BATON ROUGE WATER CO
P O BOX 96016
BATON ROUGE LA 70896-9016

BAYOU ENGINEERING CO
10115 HIGHWAY 28 EAST
PINEVILLE LA 71360

BAYTOUCH, LTD
RIBBLE COURT, 1 MEAD WAY
PADIHAM, LA BB12 7NG
Great Britain

BBP Sales
337 Highlandia Dr.
Baton Rouge LA 70810

Benajmin Bohall
13570 Meadow Crossing Ln
Walker LA 70785

Benito L. Muguira
17085 Robert Ln
Grosse Tete LA 70740-3025

Benjamin. Forbeson
30528 B Cane Market Rd
Walker LA 70785

Bernard A. Geason
40375 Creekway Cove
Gonzales LA 70737-6891

BFI Colonial Landfil
P.O. Box 677839
Dallas TX 75267-7839

BIG M TRANSPORTATION
P.O. Box
Belden MS 38826

Billy C. Ferguson
1306 Ave B
Port Allen LA 70767-2231

Blake Panepinto
3628 Borruano Acres
Brusly LA 70719

Boles Law Firm - Baton Rouge, LLC
7914 Wrenwood Blvd., Suite A
BATON ROUGE LA 70809

Brad K. Smothers
3083 Hwy 67
Slaughter LA 70777-3821

Brandon Scully
8812 Sharlane Drive
Baton Rouge LA 70809

BRECHEEN PIPE & STEE
PO BOX 4134
BATON ROUGE LA 70821-4134

BRENNTAG SOUTHWEST I
7200 HWY 74
ST GABRIEL LA 70776

Brett Staley
9381 Lockhart Rd
Denham Springs LA 70726

Brian Gordon
6642 Lakeridge Dr
Zachary LA 70791

Briggs Equipment
Lockbox 841272
Dallas TX 75284-1272

Briggs Equipment Inc
Lockbox 841272
Dallas TX 75284-1272

Brillio
P.O. Box 5048
Parsippany NJ 07054

Brillio LLC
P.O. BOX 504834
Parsippany NJ 07054

Brown & Root Industrial Services
P.O. BOX 95422
GRAPEVINE TX 76099-9734

Brown & Root Industrial Services, LLC
26 Citiplace Dr., Suite 500
Baton Rouge LA 70808

BRUGGEMANN CHEMICAL
1361 BALTIMORE PIKE
CHADDS FORD PA 19317

BUHLER AEROGLIDE COR
P O BOX 29505
RALEIGH NC 27626-0505

BUNKER GEAR SPECIALI
PO BOX 1329
GONZALES LA 70707

C & M Freight Line L
7858 Lower Zachary Rd.
Zachary LA 70791

C-K ASSOCIATES INC
17170 PERKINS RD
BATON ROUGE LA 70810

Cade Bampbell
8607 Shady Bluff
Baton Rouge LA 70818

CAL'S COMMUNICATIONS
259 MECCA DRIVE
LAFAYETTE LA 70508

CAMBELT INTERNATIONA
2820 WEST 1100 SOUTH
SALT LAKE CITY UT 84104

Candlewood Partners
600 Superior Ave., Suite 1800
Cleveland OH 44114

Canon
P.O. Box 15004
Chicago IL 60693

Canon Financial Services
14904 Collections Center Dr.
Chicago IL 60693-0149

CANON SOLUTIONS AMER
15004 COLLECTIONS CENTER
Chicago IL 60693

CAPITAL AREA GROUND
3535 S. Sherwood Forest Blvd.
Baton Rouge LA 70816

Capitol Ultrasonics
3045 Choctaw Drive
Baton Rouge LA 70805

Carl. Kellyson
5960 Siegen Ln #4103
Baton Rouge LA 70809

Carol Goodwin
300 Rowell Rd
Ringgold LA 71068

CARRIER VIBRATING EQ
PO BOX 37070
LOUISVILLE KY 40233-7070

Casey W Prather
9795 Rustling Oaks Dr
Baton Rouge LA 70818

CB&I Maintenance
4171 ESSEN LANE
BATON ROUGE LA 70769

CED SUPPLY CORPORATI
P.O. Box 5410
COVINGTON LA 70434

Cedric. Jacksson
12513 Kingston Dr
Baton Rouge LA 70807

CEM CORPORATION
12750 COLLECTIONS CENTER
CHICAGO IL 60693

CENTRAL PLUMBING INC
7000 GREENWELL SPRINGS RD
BATON ROUGE LA 70805

Charles Lokotas
Receivables Control Group
7373 Kirkwood Court, Suite 300
Osseo MN 55369

Charles M. Burks St.
140 Anita St
Brusly LA 70719-2137

Chemours Company FC, LLC
1007 Market St., Suite 13000-4A
Wilmington DE 19899

CHEMSPEC, LTD.
1559 Corporate Woods Pkwy
Uniontown OH 44685

CMI Credit Mediators, Inc.
P.O. Box 456
Upper Darby PA 19082

Coady G Gremillion
6862 Lacey St
Baton Rouge LA 70811

Code Red Safety & Re
10092 Industriplex Ave
Gonzales LA 70737

COLE-PARMER INST & E
625 EAST BUNKER COURT
VERNON HILLS IL 60061

Cole. Goodmson
17434 Roble Ave
Greenwell Springs LA 70739

Colonial Supplementa
11721 Market Place Dr, Suite A
Baton Rouge LA 70816

Commercial Tire of L
13950 Plank Road
Baker LA 70714

COMPRESSOR ENGINEERI
PO BOX 73211
METAIRIE LA 70033-3211

CompuCom
P.O. Box 951654
Dallas TX 75395-2165

Compucon/ATOS
P.O. Box 951654
Dallas TX 75395-2165

CONNECTOR SPECIALIST
10709 AIRLINE HIGHWAY
BATON ROUGE LA 70816

CONTINENTAL BAG COMP
P O BOX 350
CROWLEY LA 70527-0350

Controlled Fluids In
P.O. Drawer 1914
Beaumont TX 77704

COOLING TOWER DEPOT,
PO BOX 88
KROTZ SPRINGS LA 70750-0088

Copolymer Holdings
36191 Highway 20
Geismar LA 70734

Cornelius Thomas
6654 Fern Dr
Baton Rouge LA 70812

Cory Washington
2851 70th Avenue
Baton Rouge LA 70807

CROSS OIL REFINING &
484 EAST 6TH STREET
SMACKOVER AR 71762

CWG Business Consulting
5607 Caspian Falls Lane
Fulshear TX 77441

D J SCIMECA JR MD
P.O. Box 83029
Baton Rouge LA 70884-3029

DAIGLE ICE INC
77505 WILLE DR
GROSSE TETE LA 70740

Dana B. Coody
1854 Safford Blvd
Port Allen LA 70767

DANA Transport, Inc
P.O. Box 74286
Cleveland OH 44194

DANIELI CORPORATION
600 Cranberr Woods Dr. S
Cranberry Township PA 16066

Danny C. Carbo
16241 Pernecia Dr
Greenwel Springs LA 70739-6219

Darin E Williams
2236 Perkins Rd, Apt D2
Baton Rouge LA 70808

Darrick D. Whitley
4127 Mill Ln
Slaughter LA 70777-4717

Darryl L. Wheeler
P O Box 525
Brusly LA 70719-0525

David Cliburn
David H. Cliburn & Associates
2008-B Burnside Ave.
Gonzales LA 70737

David Grimes
10717 Dodger Dr
Denham Springs LA 70726

David K. Jones
P O Box 277
Darrow LA 70725-0277

David N. Cooper
15043 Ashville Ave
Pride LA 70770-9607

David N. Norwood
42144 Ficklin Wells
Gonzales LA 70737-7133

Dean Kent
Trenam Law
P.O. Box 1102
Tampa FL 33601

Delono Johnson, Sr.
701 Molino Dr
Baker LA 70714-4338

DELTA PROCESS EQUIPM
8275 Florida Blvd
DENHAM SPRINGS LA 70726

Delta Rigging & Tool
6938 Exchequer
Baton Rouge LA 70809

DELTAK MANUFACTURING
39455 JOHN LANIER RD
WALKER LA 70785

Demarkus Darensbourg
9947 W Mohawk Ave
Baton Rouge LA 70810

Denis W. May
13146 Milburn Dr
Walker LA 70785-8415

Dennis Gremillion
17438 Ashton Ave
Greenwell Springs LA 70739

DISTRIBUTION NOW
1450 EAST WORTHY ROAD
G0NZALES LA 70737

Donald McCallister, McCallister.
11580 Perkins Rd
Baton Rouge LA 70810

Donnie. Keithson
185 Woodrow Ridge
Coushatta LA 71019

DRAGO SUPPLY
PO Box 849737
Dallas TX 75284

DRESSER RAND
2444 DUMONT
BATON ROUGE LA 70815

DRUMS AND CONTAINERS
37108 EASLEY MELANCON RD
PRAIRIEVILLE LA 70769

DXP Enterprises, Inc
P O BOX 52709
BATON ROUGE LA 70892

East Baton Rouge Parish

East Baton Rouge Parish Sheriff
PO Box 91285
Baton Rouge LA 70821

East West Copolymer & Rubber LLC
5955 Scenic Hwy.
Baton Rouge LA 70805

East West Copolymer & Rubber LLC
5955 Scenic Hwy.
Baton Rouge LA 70805

East West Copolymer & Rubber LLC
5955 Scenic Hwy.
Baton Rouge LA 70805

East West Copolymer & Rubber LLC
5955 Scenic Hwy.
Baton Rouge LA 70805

Eddie Turner, Jr.
9444 Avis Ave
Baton Rouge LA 70810

EIU, Inc.
204 S. Bernard Rd.
Broussard LA 70518

Elemica, Inc.
550 E. Swedesford Rd. Sui
Wayne PA 19087

EMCO INCORPORATED
8900 SOUTH CHOCTAW
BATON ROUGE LA 70815-8813

Emery Oleochemiclas
P.O. Box 643848
Pittsburgh PA 15264

Emile Joseph, Jr.
Allen & Gooch
2000 Kaliste Saloom Rd., Suite 400
Lafayette LA 70508

Empire Scaffold, LLC
9680 South Choctaw Drive
Baton Rouge LA 70815

EMPLOYEE ASSISTANCE
PO Box 86178, Baton Rouge, LA
Baton Rouge LA 70879

ENTERGY
P.O. Box 8103
Bton Rouge LA 70891-8103

Entergy
P. O. Box 8103
Baton Rouge LA 70891-8103

Enterprise Products
1100 Louisiana St.
Houston TX 77002

Enterprise Products
1100 Louisiana St.
Houston TX 77002

ENVIRON INTERNATIONA
8235 YMCA Plaza Dr. Suite 300
Baton Rouge LA 70810

Environmental Expres
P.O. Box 742940
Atlanta GA 30374-2940

Eric A. Kracht
Kracht & Frazier, L.L.P.
5149 Bluebonnet Blvd.
Baton Rouge LA 70809-3076

ERO MAINTENANCE INC
2929 FLORIDA BLVD
BATON ROUGE LA 70802

ESTES REFRACTORY & I
20353 HIGHWAY 182
JEANERETTE LA 70544

EULER HERMES ACI SER
800 RED BROOK BLVD
OWINGS MILLS MD 21117-1008

Evans Gibson
4732 Cadillac St
Baton Rouge LA 70811

FedEx Freight
PO BOX 10306
PALATINE IL 60055-0306

Fidelity Investments
One Destin Way
Westlake TX 76262

FIDELITY RETIREMENT
One Destiny Way, WA2L
Westlake TX 76262

FIKE CORP
6655 EXCHEQUER DR
BATON ROUGE LA 70809

FISHER SCIENTIFIC
P O BOX 73869
CHICAGO IL 60673-7869

Flemming Bjoernslev
233 Crosswinds Ct
Coraopolis PA 15108

Flexsys America LP
260 Springside Dr.
Akron OH 44333

FLUID ENERGY ALJET
4300 Bethlehem Pike
Telford PA 18969

FORD-GELATT/SUNSOURC
PO Box 730698
Dallas TX 60673-1238

Francis Bowers
300 West 23rd St Apt 4E
New York NY 10011

FRAZEE RECRUITING CO
2351 Energy Dr, Ste 1100
Baton Rouge LA 70808

G AND K SERVICES
P.O. Box 842385
Boston MA 02284-2385

G and K Supply
P.O. Box 842385
Boston MA 02284-2385

GALA INDUSTRIES INC
181 PAULEY ST
EAGLE ROCK VA 24085

GALLS INCORPORATED
P O BOX 54308
LEXINGTON KY 40555-4308

Gary D. Taylor
17741 Wisdom Ave
Baker LA 70714-1545

Gary Williams
4110 Noah St
Baton Rouge LA 70802

GATOR ENVIROMENTAL &
5227 N. RIVER ROAD
PORT ALLEN LA 70767

Gayesco - Wika USA
P.O. Box 896113
Charlotte NC 28289

GBP Direct, Inc
20 Veterans Blvd., Suite 110
Kenner LA 70062

Gem-Trim, LLC
148 Equity Blvd.
HOUMA LA 70360

GEO HEAT EXCHANGERS
P O BOX 750
ST GABRIEL LA 70776

GEO SPECIALTY CHEMIC
340 Mathers Rd.
Ambler PA 19002

GEORGIA PACIFIC
P.O. Box 35806
WEST MONROE LA 71294-5806

GEORGIA-PACIFIC CHEM
P.O. Box 743167
ATLANTA GA 30374-3167

Gerald Bernard
3776 Gilead Rd
Clinton LA 70722

Glenn A Wilson, Sr.
13502 Hwy 959
Clinton LA 70722

GoodPack USA
550 North Commonds Drive
Aurora IL 60504

Goodpack USA
550 North Commonds Dr.
Aurora IL 60504

GOVERNOR CONTROL SYS
2022 TAMVEST COURT
MANDEVILLE LA 70448

GRAINGER INCORPORATE
8188 TOM DR
BATON ROUGE LA 70815-8046

Gratis Harrell, Jr.
12122 Mendenhal Ave
Baton Rouge LA 70814

GREAT AMERICAN INSUR
P.O. Box 89400
Cleveland OH 44101

Greater B.R. Industr
5800 One Perkins Place Dr
Baton Rouge LA 70808

Gregg Horne
28065 Chelsea St
Walker LA 70785

Gregory N Nelson
201 Aqua Ave, Unit 804
Miami Beach FL 33141

GRESON TECHNICAL SAL
8040 Eastex Freeway
Beaumont TX 77708

GUARDIAN-APPLETON
PO Box 677458
Dallas TX 75267-7458

Gulf Coast Supply &
4400-A Ambassador Caffery
Lafayette LA 70508

GULF SENSORS
PO BOX 45543
BATON ROUGE LA 70895-4554

GULF VALVE SERVICE C
P.O. Box 86180
BATON ROUGE LA 70879

H&R Group US, Inc.
2925 Briarpark Drive, Sui
Houston TX 77042

HAHN SALES ENSTOCKO
PO BOX 64805
BATON ROUGE LA 70896-4805

Hannis T Bourgeois, LLP
2322 Tremont Dr.
Baton Rouge LA 70809

HARCROS CHEMICALS
PO BOX 270
SAINT GABRIEL LA 70776-0270

HARRISON PAINT COMPA
5425 CHOCTAW DR
BATON ROUGE LA 70805-8494

HB Chemical / Kumho
1655 Enterprise Parkway
Twinsburg OH 44087

Head & Enquist
P.O. Box 40247
Baton Rouge LA 70835-0247

Helena. Nelsoson
201 Aqua Ave, Unit 804
Miami Beach FL 33141

HERC RENTALS INC.
P O BOX 650280
DALLAS TX 75265-0280

HGM INTERNATIONAL
PO BOX 1759
HOUSTON TX 77251-1759

HOLLY FRONTIER REFIN
P.O. Box 840408
DALLAS TX 75284-0408

HORIZON TECHNOLOGY
16 NORTHWESTERN DRIVE
SALEM NH 03079

HUBER INCORPORATED
915 Distributors Row
Harahan LA 70123

Hydrite Chemical
P.O. Box 689227
Chicago IL 60695-9227

HYG Financial Services, Inc.
P.O. Box 35701
Billings MT 59107

I-NOTIFICATION.NET
PO BOX 77116
BATON ROUGE LA 70879

IBERVILLE INSULATION
11637 SUNBELT COURT
BATON ROUGE LA 70809

IMR Total
10040 Mammoth Ave.
Baton Rouge LA 70814

INDUSTRIAL BABBITT B
1940 SO. PHILIPPE AVE
GONZALES LA 70737

INDUSTRIAL ELECTRIC
8920 BUZBEE DR
BATON ROUGE LA 70809

INDUSTRIAL ELECTRONI
PO BOX 45182
BATON ROUGE LA 70895-4182

INTL ASSOC OF OPERAT
6150 Hooper Rd.
Baton Rouge LA 70811

IPFS Corporation
3000 RDU Center Drive Suite 100
Morrisville NC 27590

```
IPH, LLC
12379 Legacy Hills Dr.
Geismar LA 70734

Isaac K. Carpenter, Sr.
7466 Callahan Rd
Denham Springs LA 70726-8944

ISCOLA
PO BOX 82679
BATON ROUGE LA 70884-2679

J M TEST SYSTEMS
PO BOX 45489
BATON ROUGE LA 70895-5489

Jack Carmain
P.O. Box 951654
Dallas TX 75395-1654

Jalen Robertson
6023 Heidel Ave
Baton Rouge LA 70805

James A Kent, Jr.
3608 Rollins Rd
Zachary LA 70791-2992

James D. Boyd
11247 Wilson Clinton Rd
Clinton LA 70722

James M. Smith Consulting
344 Romancok Rd.
Fairfield CT 06825

James S Thames
738 Darren Dr
Denham Springs LA 70726

James Smith
344 Somanock Rd.
Fairfield CT 06835

James. Leffeson
28090 Dogwood Ln
Albany LA 70711

James. Mearison
3526 Chippewa St
Baton Rouge LA 70805

Jarred Vidrine
16545 Sienna Ray Dr.
Zachary LA 70791
```

Jeffery W. Crockett, Sr.
3546 Pasadena Dr
Baton Rouge LA 70814-4620

Jeffrey C. Townsson
102 Graves St
Slaughter LA 70777-3312

Jerman. Jordason
314 Cohn Alley
Port Allen LA 70767

Jerry. Landrson
10000 E Pomona Dr
Baton Rouge LA 70815

JLL Valuation
2000 W. Loop South, Suite 1050
Houston TX 77027

Joe. son
4442 Alliquippa St
Baton Rouge AL 70805

John B. Corban, Jr.
312 Benton St
Denham Springs LA 70726-3306

John Bradford
6103 Riverbrook Dr
Baton Rouge LA 70820

JOHN CRANE INC
12123 INDUSTRIPLEX BLVD
BATON ROUGE LA 70809-5128

JOHN H CARTER COMPAN
17630 PERKINS RD
BATON ROUGE LA 70810-3828

John Hopewell
Hopewell Law Firm, LLC
2112 Old Scenic Hwy., Suite B
Zachary LA 70791

JOHNPAC
1860 HWY 90 WEST
CROWLEY LA 70526

JOHNSON SCREENS INC
1950 OLD HWY 8 NW
NEW BRIGHTON MN 55112

Jon Majewski
Bldg. 1, L-JEF-359
4809 Jefferson Hwy.
New Orleans LA 70121

Jonathan Allen
7023 Silverleaf Ave
Baton Rouge LA 70812

Jonathan Hurt
17330 Belle Helene Dr
Baton Rouge LA 70817

Joseph Deshotels, Jr.
837 Feliciana Crossing
Jackson LA 70748

Joseph Hebert
Liskow & Lewis
822 Harding St.
Lafayette LA 70505

Joseph Tabb
Baudry & Tabb, LLC
111 Wilson St.
Franklin LA 70538

Joseph. Dupreson
33140 Gracie Ln
Plaquemine LA 70764

Joshua Dunbar
4853 Hammond St
Baton Rouge LA 70805

KANSAS CITY SOUTHERN
P.O. Box 410253
Kansas City MO 64141-0253

KEAN MILLER LLP
P.O. Box 3513
Baton Rouge LA 71821-3513

KEEN Solutions LLC
4615 Whitehaven St.
Baton Rouge LA 70817

Kelly Hart & Pitre
201 Main St., Suite 2500
Fort Worth TX 76102

Kelvin T. Brown
8107 Comite Acres
Baker LA 70714-6210

Kelvin Waller
1408 E Washington St
Baton Rouge LA 70802

Kendall Williams
7070 Silverleaf Ave
Baton Rouge LA 70812

Kenneth Gaddy
C2C Resources, LLC
56 Perimeter Center, Suite E100
Atlanta GA 30346

Kentwood Springs
P.O. Box 77358
Baton Rouge LA

Kevin M. Gaines
P O Box 248
Woodville MS 39669-0248

KONE INC
11805 SUN BELT CT
BATON ROUGE LA 70809-4213

L.V. Lomas
11850 SW 67th Avenue, Sui
Portland OR 97223

LA Department of Environmental Quality
Office of Environmental Services
P.O. Box 4311
Baton Rouge LA 70821-4311

LA MAR KA CHEMICAL
10272 S PERDUE AVE
BATON ROUGE LA 70814-4907

Lacarlton J Ross, Sr.
9523 E Graham Ave
Baton Rouge LA 70814-4077

Lance J. Arnold
Baldwin & Haspel
1100 Poydras St., Suite 2200
New Orleans LA 70163-2200

LANDAUER INCORPORATE
2 SCIENCE ROAD
GLENWOOD IL 60425

LaQuinton. Evansson
1016 Sherron Ave
Baker LA 70714

LARD OIL COMPANY
P O BOX 9
DENHAM SPRINGS LA 70726

Larry J. Theriot
16302 Shetland Ave
Greenwel Springs LA 70739-5925

Layne Christensen
P.O. Box 230
Rayne LA 70578

Linde Group
575 Mountain Ave.
Murray Hill NJ 07974

LINDE, INC
575 MOUNTAIN AVE.
MURRAY HILL NJ 07974

Lion Copolymer Holdings, LLC
36191 Highway 30
Geismar LA 70734

Liskow & Lewis
701 Poydras St.
New Orleans LA 70139-5099

LIVINGSTON INTERNATI
P O BOX 5640, TERMINAL "A"
TORONTO, ON M5W1P1

LO-VAC
PO BOX 69
LOTTIE LA 70756-0069

LOCKTON COMPANIES, L
PO BOX 802707
KANSAS CITY MO 64180-2707

Loyd L Ussery
12402 Pecos Ave
Greenwell Springs LA 70739

Loyd S Ussery
12402 Pecos Ave
Greenwell Springs LA 70739

LUBRICATION ENGINEER
P O BOX 16025
Wichita KS 67216

Luke I. Youngson
11651 Gloria Ln
Denham Springs LA 70726

Main Street Capital Corp.
c/o David Magdol
1300 Post Oak Blvd., Suite 800
Houston TX 77056

Maintenance Protecti
9852 SOUTH PERDUE AVENUE
BATON ROUGE LA 70814

Malcolm Collings
3454 Cooney
Baton Rouge LA 70805

MARGOT INCORPORATED
7700 AIRLINE HWY
BATON ROUGE LA 70815-8199

Mario Zaragoza
51010 Office Park Dr., Suite 100
Bakersfield CA 93303

Mark E. Myers
P O Box 613
Prairieville LA 70769-0613

Marktrill Bessard
3568 Charles St
Baton Rouge LA 70805

MARLIN LEASING
P.O. BOX 13604
PHILADELPHIA PA 19101-3604

Marlin Leasing
P O.Box 13604
Philadelphia PA 19101

Marsha Barnes
21016 Watson Dr
Zachary LA 70791-8314

Matthew Bordelon
14378 Whispering Oaks
Gonzales LA 70737

Matthew. Ramagson
4364 Dunleith Ave
Port Allen LA 70767

MCDONALD'S
7077 S. Choctaw
BATON ROUGE LA 70806

METERING AND WEIGHIN
11725 INDUSTRIPLEX BLVD S
BATON ROUGE LA 70809-5190

Michael D. Brown
721 S 12th St
Port Allen LA 70767

Michael George
16827 Bristoe Ave
Baton Rouge LA 70816

Michael P. Carter
17481 Old Scenic Hwy
Zachary LA 70791-8503

Michael Peters
5750 Cypress St
St. Francisville LA 70775

Michael R. Peters
3883 Hwy 63
Clinton LA 70722-5220

Michael S Dennis
7355 Lake Meadow Dr
Denham Springs LA 70706

Michael W. Jones
7368 Villere Dr
Baker LA 70714-5352

Michael Willis
1002 Shilo Ave Apt B
Baker LA 70714

Michelin North America, Inc.
P.O. Box 981981
El Paso TX 79998-1981

Michelle. Guidrson
11831 N Milstead
Baton Rouge LA 70818

Mike Milliken
Rauch-Milliken International, Inc.
P.O. Box 8390
Metairie LA 70011

Miller Transporters
P.O. Box 1123
Jackson MS 39215-1123

Milton Gates
4845 St Louis St
Zachary LA 70791

MMR Group Inc.
P.O. Box 919205
Dallas TX 75391-9205

Mobile Mini  (Evergreen Tank)
4646 E. Van Buren # 400
Phoenix AZ 85008

Mode Transportation
P.O. Box 71188
CHICAGO IL 60694-1188

MORRIS COUPLING & CL
P.O. BOX 9010
ERIE PA 16505-8010

Motion Industries
P.O. Box 504606
Saint Louis MO 63150

MOTION INDUSTRIES IN
PO BOX 504606
ST LOUIS MO 63150

Motion Industries, Inc.
P.O. Box 1477
Birmingham AL 35201

Natalie Bickham
5004 Myrtle Hill Ave
Zachary LA 70791

Nathan Anderson
5771 San Juan Dr
Baton Rouge AL 70811

NATIONAL ELECTRIC MO
PO BOX 40443
BATON ROUGE LA 70835

National Oilwell Var
Bay Door A
NEW IBERIA LA 70560

NES RENTALS
3915 HWY 30
ST GABRIEL, LA 7-0776

Newstar Business Credit, LLC
as Administrative Agent
8401 N. Central Expressway, Suite 600
Dallas TX 75225

Nexeo Solution, LLC
3 Waterway Square Place, Suite 1000
The Woodlands TX 77380

Nigel. Woodfson
5842 Djuanna Dr
Baton Rouge LA 70811

Nolan Pittman
4722 Sumrall Dr
Baton Rouge LA 70811

North South Investments, LLC
201 Agua Ave., Unit 804
Miami Beach FL 33141

NOVA TECH LLC
11425 CRONHILL DRIVE
OWINGS MILLS MD 21117

OCCIDENTAL CHEMICAL
PO Box 840642
Dallas TX 75284-0642

OLD SOUTH INDUSTRIES
8411 WEST ANTOINE LOOP
SHREVEPORT LA 71129-8831

OLIVER VAN HORN COMP
P.O. Box 15319
Baton Rouge LA 70895-5319

OMEGA ENGINEERING
ONE OMEGA DRIVE, P.O. Box 4047
STAMFORD CT 06907-0047

OneSource EHS, LLC
1724 N. Burnside Ave. Ste
Gonzales LA 70737

Orange A Lang, Jr.
3461 Holly St
Zachary LA 70791-2970

ORION ENGINEERED CAR
500 CUMNINGS CENTER
BEVERLY MA 01915

OSECO INC
P.O. BOX 504834
ST LOUIS MO 63150-4834

OUTSOLVE, LLC
3116 5TH STREET
METAIRIE LA 70002

Paula Moreau
3314 Westervelt Ave
Baton Rouge LA 70820

PCTEK
2375 E. Lakeshore Drive
Baton Rouge LA 70808

Perry M. Comeaux
4126 Roseland Dr
Port Allen LA 70767

PICCADILLY
4150 S Sherwood Forest Bo
BATON ROUGE LA 70816

PICK HEATERS, INC
730 S. Indiana Ave.
West Bend LA 53095

PIPING & EQUIPMENT I
2030 S PHILIPPE AVE
GONZALES LA 70737-3739

PITNEY BOWES COMPANY
9434 INTERLINE AVE
BATON ROUGE LA 70809-1982

PLANT MACHINE WORKS
PO BOX 74090
BATON ROUGE LA 70874-4090

Plant-N-Power Servic
2711 Lilac
Pasadena TX 77503

Pontchartrain Natura
1100 Louisiana Street
HOUSTON TX 77002

PORT CITY TARPAULIN
6567 N FOSTER DR
BATON ROUGE LA 70811-6115

POSTLETHWAITE AND NE
8550 United Plaza Blvd., Ste 1001
Baton Rouge LA 70809

PPC MECHANICAL SEALS
PO BOX 52915
BATON ROUGE LA 70892-2915

Precision Air & Liquide
1905 W. Thomas St., Suite D271
Hammond LA 70401-2901

PREMIER CHEMICALS &
4856 REVERE AVE, SUITE A
BATON ROUGE LA 70808

PREMIER EQUIPMENT CO
P O BOX 15203
BATON ROUGE LA 70895-5203

Priscilla J. Emery
4126 Oakland Dr
Ethel LA 70730-3139

Process Oils Inc.
One Sugar Creek Center Bl, Box 3686
Sugar Land 77478

PROCESS PUMPS & EQUI
PO Box 1390
Gonzales LA 70707

Professional Scales
202 Capital St.
Denham Springs LA 70727

Psychological Services
11914 Justice Ave.
Baton Rouge LA 70816

PURCHASE POWER
P.O. Box 371874
PITTSBURGH PA 15250-7874

PUROLATOR EFP
PO BOX 849815
DALLAS TX 75284-9815

QUALITY BOLT & SCREW
5290 Gateway Dr.
Geismar LA 70734

Quality Machine Work
32838 Highway 642N
Paulina LA 70763

R & L Carriers / Gat
P.O. Box 10020
Port William OH 45164

R J TRICON COMPANY I
908 SHREWSBURY RD.
JEFFERSON LA 70121-1830

R Lee & Associates
145 Lakewood Ave.
Denham Springs LA 70726

R. Graham Arnold
Myles Law Firm
1575 Church St.
Zachary LA 70791

R.J. Morrison
Dentons US LLP
4520 Main St., Suite 1100
Kansas City MO 64111

R.M.S.
P.O. Box 361595
Columbus OH 43236

RAIN FOR RENT INC
36612 HWY 30
GEISMAR LA 70734

RALPH'S Industrial E
1732 Plank Road
Baton Rouge LA 70802

RAWSON LP
12310 INDUSTRIPLEX BLVD
BATON ROUGE LA 70809

RED STICK ARMATURE W
P O BOX 310
ST. FRANCISVILLE LA 70775-0310

RED STICK HOT SHOT L
PO Box 77021
BATON ROUGE LA 70879

Republic Services
P.O. Box 9001099
Louisville KY 40290-1099

Richard Hayes, Jr.
6307 E Myrtle Ave
Baker LA 70714-4351

Ricky Jack
10892 Major Oak Dr
Baton Rouge LA 70815

Rico Scott
1900 Blount Rd #151
Baton Rouge LA 70807

Rineco Innovative Wa
819 VULCAN ROAD
BENTON AR 72015

River Healthcare Inc
15481 Airline Hwy.
BATON ROUGE LA 70817

Robert Fischer
Marlin Leasing Corp.
300 Fellowship Rd.
Mount Laurel NJ 08054

Robert L Scott, Jr.
9487 Balboa Dr
Baton Rouge LA 70810-2315

Robert S Rikhoff
925 Carter Ave
Baton Rouge LA 70806

Roderick Brew
6424 Silverleaf Ave
Baton Rouge LA 70812

Rodney Reese
2512 Boxwood Dr
Baker LA 70714

Ronald Martin, Jr.
6640 Rio Dr
Baton Rouge LA 70812

Ronnie T Gauthier
11399 Lemonwood Dr
Denham Springs LA 70726

ROSEMOUNT INCORPORAT
8200 MARKET BLVD
CHANHASSEN MN 55317

Roy K. Davis
P O Box 1719
Woodville MS 39669-1719

Ryan Levatino
8285 Beechwood Dr
Denham Springs LA 70706

Ryan. Dupuyson
10932 Ida Ave
Baton Rouge LA 70818

S & S SPRINKLER CO.,
PO BOX 77058
BATON ROUGE LA 70879

Safety-Kleen Systems
2423 Tyler St.
Kenner 70062

SAGE AUTOMATION
P O BOX 21357
BEAUMONT TX 77720

Salvador Maddie, Jr.
18040 Lighthouse Ave
Greenwell Springs LA 70739-5749

Samantha Lewis
Creditors Recovery Systems, Inc.
212 West St. Charles Rd.
Villa Park IL 60181

Samantha. Noggeson
11210 Caddo Drive
Denham Springs LA 70726

SAMUEL & SON CO.
1848 BEAUMONT DR
BATON ROUGE LA 70816

Samuel Colon
15155 Hwy 44, Apt 37A
Gonzales LA 70737-7191

Samuel Emery
4505 Greenwood Ln
Baker AL 70714

San Joaquin Refining
P.O. Box 761
Los Angeles CA 90084

Sangha Associates
P.O. Box 1748
Pebble Beach CA 93953

SATSUMA VALVE & CONT
PO BOX 779
WALKER LA 70785-0779

SCHNEIDER NATIONAL
4400 Trenton St.
Metairie LA 70006

Scott E Thames
860 Moonglow Dr
Denham Springs LA 70726

Scott Legleu
107 Lakefield Dr
Milford OH 45150

Sepratech Corporatio
200 River Pointe Dr., Sui
Conroe TX 77304

Service Transport
P.O. Box 751418
Houston TX 77275-1418

SetPoint Integratd S
19151 Highland Road
Baton Rouge LA 70809

Sharman Brister
16450 Old Settlement Rd
Zachary LA 70791

Shell Chemical
P.O. Box 7247-6189
Philadelphia PA 19170-6189

Shell Chemical
P.O. Box 7247-6189
Philadelphia PA 19170-6189

Shrieve Chemical
1755 Woostead Ct.
The Woodlands TX 77380

SID RICHARDSON CARBO
PO BOX 674067
DALLAS TX 75267-4067

Sid Richardson Carbon, Ltd.
9455 FM 1559
Borger TX 79007

SKR Construction
908 W. Orice Roth Rd.
Gonzales LA 70737

SLAY TRANSPORTATION
75 Remittance Dr., Suite 6650
Chicago IL 60675-6650

SMI COMPANIES GLOBAL
1456 Hwy 317 S
Franklin LA 70538

SNF INC.
PO BOX 404637
ATLANTA GA 30384-4637

Southern Alloy Corp
P.O. Box 1168
Sylacauga AL 35150-1168

SOUTHERN PACKAGING I
7271 HWY 190 WEST
PORT ALLEN LA 70767-4707

Southern Packaging L
P.O. Box 677839
Mansfield TX 76063

SOUTHLAND FIRE&SAFET
11647 Cedar Park Avenue
Baton Rouge LA 70809

SPECTRUM WATER TECHN
218 W. Eastbank Street
Gonzales LA 70737

STAR SERVICE INCORPO
527 N ACADIAN THRUWAY
BATON ROUGE LA 70896

Star Services Inc.
527 N. Acadian Thruway
Baton Rouge LA 70896

State of LA - Dept. of Revenue & Tax
Sales Tax Division
P.O. box 91009
Baton Rouge LA 70822-0001

STEAM AND PROCESS RE
2403 SOUTH PHILIPPE AVENU
GONZALES LA 70737

Stephen R. Belden
MMR Constructors, Inc.
15961 Airline Hwyl.
Baton Rouge LA 70817

Stephen T. Boyd
10467 Northdale Dr
Baton Rouge LA 70811-1905

Sterling National Bank
f/n/a/ New Star Business Center, LLC
8401 North Central Expressway, Suite 606
Dallas TX 75225

Steve E. son
36433 S Winding Ridge Dr
Prairieville LA 70769

STOCKWELL, SIEVERT,
127 West Broad St.
Lake Charles LA 70601

Strongarm Industries
5455 Ohio St.
Beaumont TX 77005

Sunbelt Rentals, Inc
2341 Deerfield Drive
Fort Mill SC 29715

Susan F Devillier
12057 Solitude Ln
Zachary LA 70791

Symrise Total
P.O. Box 5801
Carol Stream IL 60197-5801

T-TRAX MAINTENANCE,
7365 BOCAGE BLVD.
BATON ROUGE LA 70809

T. Cormac McCarthy, Esq.
437 Kefferspm Ave.
Washington PA 15301

TANNER INDUSTRIES
735 DAVISVILLE RD  3RD FL
SOUTHAMPTON PA 18966

TCTM Financial 2015 EW LLC
200 Crescent Court, Suite 1040
Dallas TX 75201

TECH 2000 SERVICES &
240 West End Ave, Ste. 3B
New York NY 10023

TECTRON ENGINEERING
9378 Arlington Expressway
Jacksonville FL 32225

TEK LAB
10155 MAMMOTH AVE.
BATON ROUGE LA 70814

TERMINAL TRANSFER AN
PO BOX 3256
BATON ROUGE LA 70821-3256

TERMINIX COMPANY
P O BOX 742592
CINCINNATI OH 45274-2592

Terry Joseph
Matthews, Lawson, McCutcheon & Joseph
2000 Bering Dr.
Houston TX 77057

TEX TRUDE INC
PO BOX 58
CHANNELVIEW TX 77530-0058

THE ADVOCATE
P.O. Box 1069
Baton Rouge LA 70821-1069

THE RECOGNITION CO
7960 Goodwood Blvd.
Baton Rouge LA 70806

The Rosner Law Group
824 N. Market St., Suite 810
Wilmington DE 19801

THERMO ELECTRON NORTH
5255 Verona Rd.
Madison WI 53711

THERMO FISHER SCIENT
7011 EXCHEQUER DRIVE
BATON ROUGE LA 70809

Thomas E Lindsey
615 Hwy 1047
Amite LA 70422

Thomas Hall
4587 Yvonne Dr
Baker LA 70714

Thomas J Gordon, Jr.
13728 Stone Gate Dr
Baton Rouge LA 70816

THOMPSON SCALE COMPA
9000 JAMEEL RD, #190
HOUSTON TX 77040

Tijuan Thompson
12642 Erin Ave
Baton Rouge LA 70814

TMA Environmental
P.O. Box 150
Gonzales LA 70707-0150

TMA ENVIRONMENTAL IN
P O BOX 150
GONZALES LA 70707-0150

TOM WATERS CLOTHES &
5225 VERONA ROAD
MADISON WI 53711

Total Boiler & Mecha
P.O. Box 1119
Alvin TX 77577

Total Petrochemical
1201 Louisiana St.
Houston TX 77002

Total Petrochemicals
1201 Louisiana St.
Houston TX 77002

TPC Group Inc.
PO Box 120349
Dallas TX 75312-0319

TPC Group, Inc.
P.O. Box 120349
Dallas TX 75312-0319

TRANSPORT SERVICE CO
4944 Paysphere Circle
CHICAGO IL 60674

Trinity Consultants
4000 S SHERWOOD FOREST BLVD.
BATON ROUGE LA 70816

Trive Capital
Attn: Conner Sewcy
200 Crescent Court, Suite 1040
Dallas TX 75201

TROSCLAIR PRINT INC
23725 EDEN STREET
PLAQUEMINE LA 70764

Troy D. Franklin
5628 Bayridge Dr
Baton Rouge LA 70817-2807

TURF-SCAPE INCORPORA
PO BOX 86023
BATON ROUGE LA 70879-6023

Twin Rivers Technology
780 Washington Street
Quincy MA 02169

U.S. Security
P.O. Box 931703
Atlanta GA 31193

U.S. Security Associ
P.O. BOX 931703
ATLANTA GA 31193

UNIQUE SYSTEMS INC
4 SADDLE ROAD
CEDAR KNOLLS NJ 07927-1998

UNITED HEALTHCARE
Dept. CH 10151
Palatine IL 60055-0151

UNITED RENTALS PUMP
6952 AIRLINE HWY
BATON ROUGE TX

UNIVAR USA INC
34200 VW&W LANE
GEISMAR LA 70734-3507

VAN LONDON-PHOENIX C
10540 Rockley Rd.
HOUSTON TX 77099

VANTAGE OLEOCHEMICAL
4650 S. RACINE AV
CHICAGO IL 60609

Vecmar Corporation
7595 Jenther Dr.
Mentor OH 44060

Veolia North America
28958 Network Place
Chicago IL 60673-1289

Vernon Alcee
PO Box 774
Gonzales LA 70737

VWR INERNATIONAL INC
1050 Satellite Blvd. NW
Suwanee GA 30024

Walter Quin
6003 Adams Rd
Liberty MS 39645

Waste Management
P.O. Box 9001054
Louisville KY 40290-1054

WEIR MINERALS-LEWIS
8625 GRANT ROAD
ST LOUIS MO 63123

Wesco
PO BOX 15198
BATON ROUGE LA 70895-5198

WESTGATE INC
P O BOX 1948
BATON ROUGE LA 70821

Westlake Chemical
2801 POST OAK BLVD
HOUSTON TX 77056

Whitney Bolding
2996 Lexington Dr
Baton Rouge LA 70808

WIDGETT SCIENTIFIC I
2063 DALLAS DR
BATON ROUGE LA 70806

William B Montgomery
7065 Sullivan Rd
Greenwell Springs LA 70739

William Cade
20489 Perrilloux Road
Livingston LA 70754

William D. Kirkwood
3018 Old Baker Rd
Zachary LA 70791-4704

William Lloyd
11440 Bard Ave #402
Baton Rouge LA 70815

WKB CONSULTING, LLC
243 HIGHLAND TRACE
BATON ROUGE LA 70810

Womack Machine
2011 8th St.
Harvey LA 70058-4097