4/07/17 3:02PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **East West Copolymer LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF LOUISIANA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AMERICAS STYRENICS 24 WATERWAY SUITE 1200 THE WOODLANDS, TX 77380** | | | | | | **$768,349.51** |
| **Arizona Chemical Com 4600 Touchton Road East Jacksonville, FL 32246** | | | | | | **$180,543.93** |
| **Brown & Root Industrial Services P.O. BOX 95422 GRAPEVINE, TX 76099-9734** | | | | | | **$3,020,855.72** |
| **East Baton Rouge Parish Sheriff PO Box 91285 Baton Rouge, LA 70821** | | | | | | **$323,902.76** |
| **ENTERGY P.O. Box 8103 Bton Rouge, LA 70891-8103** | | | | | | **$369,020.55** |
| **ESTES REFRACTORY & I 20353 HIGHWAY 182 JEANERETTE, LA 70544** | | | | | | **$226,896.01** |
| **GEORGIA-PACIFIC CHEM P.O. Box 743167 ATLANTA, GA 30374-3167** | | | | | | **$274,670.60** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4/07/17 3:02PM

Debtor **East West Copolymer LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GoodPack USA<br>550 North Commonds Drive<br>Aurora, IL 60504** | | | | | | **$281,531.10** |
| **H&R Group US, Inc.<br>2925 Briarpark Drive, Sui<br>Houston, TX 77042** | | | | | | **$218,909.51** |
| **HB Chemical / Kumho<br>1655 Enterprise Parkway<br>Twinsburg, OH 44087** | | | | | | **$228,974.67** |
| **Michelin North America, Inc.<br>P.O. Box 981981<br>El Paso, TX 79998-1981** | | | | | | **$977,648.00** |
| **PCTEK<br>2375 E. Lakeshore Drive<br>Baton Rouge, LA 70808** | | | | | | **$220,000.00** |
| **PLANT MACHINE WORKS<br>PO BOX 74090<br>BATON ROUGE, LA 70874-4090** | | | | | | **$177,200.80** |
| **Pontchartrain Natura<br>1100 Louisiana Street<br>HOUSTON, TX 77002** | | | | | | **$173,642.07** |
| **Process Oils Inc.<br>One Sugar Creek Center Bl, Box 3686<br>Sugar Land 77478** | | | | | | **$347,564.81** |
| **Shell Chemical<br>P.O. Box 7247-6189<br>Philadelphia, PA 19170-6189** | | | | | | **$2,804,875.00** |
| **TMA ENVIRONMENTAL IN<br>P O BOX 150<br>GONZALES, LA 70707-0150** | | | | | | **$475,345.56** |
| **Total Petrochemicals<br>1201 Louisiana St.<br>Houston, TX 77002** | | | | | | **$983,985.74** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4/07/17 3:02PM

Debtor **East West Copolymer LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **TPC Group Inc.<br>PO Box 120349<br>Dallas, TX<br>75312-0319** | | | | | | **$295,611.00** |
| **Twin Rivers Technology<br>780 Washington Street<br>Quincy, MA 02169** | | | | | | **$349,292.12** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4/07/17 3:02PM

# United States Bankruptcy Court
## Middle District of Louisiana

In re **East West Copolymer LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **East West Copolymer & Rubber LLC**<br>**5955 Scenic Hwy.**<br>**Baton Rouge, LA 70805** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 7, 2017**

Signature **/s/ Gregory Nelson**
**Gregory Nelson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Louisiana

In re **East West Copolymer LLC** Case No. ______
Debtor(s) Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **East West Copolymer LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**East West Copolymer & Rubber LLC**
**5955 Scenic Hwy.**
**Baton Rouge, LA 70805**

☐ None [*Check if applicable*]

**April 7, 2017**
Date

**/s/ Brandon A. Brown**
**Brandon A. Brown**
Signature of Attorney or Litigant
Counsel for **East West Copolymer LLC**

**Stewart Robbins & Brown, LLC**
**620 Florida Street, Suite 100**
**Post Office Box 2348**
**Baton Rouge, LA 70821**
**(225) 231-9998 Fax:(225) 709-9467**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy