IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 17-10327 |
| East West Copolymer, LLC, | Chapter 11 |
| Debtor | Hon. Douglas D. Dodd |

## **AMENDMENT TO CREDITOR'S LIST**

Please **add** the following creditors to the mailing list:

Georgia Pacific
Attn: Yolanda E. Wooley
133 Peachtree St., NE, 7th Floor
Atlanta, GA 30303

Linde
Attn: Mario Coronado
230 Somerset Corp. Blvd., Suite 7000
Bridgewater, NJ 08807

Edward F. Bukaty, III
Attorney at Law
One Galleria Blvd., Suite 1810
Metairie, LA 70001-7571

Altus GTS, Inc.
2400 Veterans Memorial Blvd., Suite 300
Kenner, LA 70062

Briggs Equipment
Attn: Dequila Blackmon
10540 N. Stemmons Freeway
Dallas, TX 75220

Kaster & Cop, L.L.C.
Attn: Craig Kaster
P.O. Box 815
Zachary, LA 70791-0815

Commercial Claims Inc.
1901 Park Dr.
P.O. Box 1315
Kansas City, KS 65117

Greenberg, Grant & Richards, Inc.
Attn: Thomas Zuccaro
5858 Westheimer Rd., Suite 500
Houston, TX 77057

Superior Bulk Logistics, Inc.
711 Jorie Blvd., # 101N
Oakbrook, IL 60523

Newman Mathis Brady & Spedale
Attn: Joycelyn Kloeger
433 Metairie Rd., Suite 600
Metairie, LA 70005

Synter Resource Group, LLC
5935 Rivers Ave., Suite 102
Charleston, SC 29406-6071

Respectfully Submitted,

**STEWART ROBBINS & BROWN, LLC**

By:     /s/ *P. Douglas Stewart, Jr.*
        P. Douglas Stewart, Jr. (La. #24661)
        Brandon A. Brown (La. # 25592)
        620 Florida Street, Suite 100
        P. O. Box 2348
        Baton Rouge, LA  70821-2348
        (225) 231-9998 Telephone
        (225) 709-9467 Fax
        dstewart@stewartrobbins.com
        bbrown@stewartrobbins.com

        *Proposed Attorneys for East West Copolymer LLC*