UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

EAST WEST COPOLYMER LLC,                    CASE NO. 17-10327

DEBTOR.                                      CHAPTER 11

**O R D E R**

Considering the Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363, 1107 and 1108 Authorizing: (a) Continued Maintenance of Existing Bank Accounts, (b) Continued Use of Existing Business Forms and (c) Waiver of Section 345(b) Deposit and Investment Requirements and Certain U.S. Trustee Guidelines (the "Motion") [P-5] filed by East West Copolymer LLC ("Debtor"), the record of this case and applicable law:

IT IS ORDERED that**:**

1. Pursuant to Bankruptcy Code sections 105 and 363 the Debtor is authorized to designate, maintain and continue to use:

| Account # | Currency | Account Title |
|---|---|---|
| 1881652414 | USD | East West Copolymer LLC – Operating Acct. |

(the "Operating Account") with Comerica Bank (the "Bank") with the same account numbers, and treat the Operating Account for all purposes as an account of the Debtor in its capacity as debtor in possession, provided that Comerica Bank is an authorized depository institution under the United States Trustee guidelines.

2. Debtor is authorized to continue to use its existing business forms (including letterhead, purchase orders, and invoices) and checks without alteration or change and without the designation "Debtor in Possession" or a "debtor in possession case number" imprinted upon them, provided, however, that the Debtor will, to the extent practicable, note its

1

status as debtor-in-possession, and further, in the event that Debtor needs to purchase new check stock or any other business forms during the pendency of this chapter 11 case, such check stock or other business forms will include a printed legend referring to Debtor as "Debtor in Possession" or "DIP."

3. After the Petition Date, and subject to the terms of this order, the Bank at which the Operating Account is maintained is authorized and directed to continue to administer the Operating Account as such account was maintained prepetition, without interruption and in the usual and ordinary course, and to pay any and all checks, wire transfers, ACH transfers, electronic fund transfers or other items presented, issued or drawn on the Operating Account, provided, however, that, unless otherwise ordered by the court, no checks, drafts, ACH transfers (excluding any ACH Transfer that the Bank is obligated to settle), or other items presented, issued, or drawn on the Operating Account prior to the Petition Date shall be honored.

4. The Bank shall implement reasonable handling procedures designed to effectuate the terms of this order. If the Bank that implements such handling procedures and then honors a prepetition check or other item drawn on any account that is the subject of this order either (i) at the direction of Debtor to honor such prepetition check or item, (ii) in good-faith belief that the court has authorized such prepetition check or item to be honored or (iii) as a result of an innocent mistake made despite implementation of such handling procedures, it shall not be liable to the Debtor or their estates or otherwise in violation of this order. However, nothing in this order shall constitute a limitation on any right or power to avoid such transfer as to the transferee under any section of Title 11 of the United States Code.

5. Subject to the provisions of this order, the Bank is authorized and directed to honor all representations from Debtor as to which checks should be honored or dishonored.

6. Any requirement to establish separate accounts for cash collateral and/or tax payments is waived.

7. Debtor is authorized to execute any additional documents as may be required to carry out the intent and purpose of this order.

8. Notwithstanding Bankruptcy Rule 6004(h), this order is effective and enforceable immediately upon its entry.

Baton Rouge, Louisiana, April 17, 2017.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

```
                           United States Bankruptcy Court
                            Middle District of Louisiana
In re:                                                              Case No. 17-10327-ddd
East West Copolymer LLC                                             Chapter 11
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 053N-3          User: csmi              Page 1 of 1          Date Rcvd: Apr 17, 2017
                              Form ID: pdf801         Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
db             East West Copolymer LLC,    5855 Scenic Hwy.,    Baton Rouge, LA 70805
cr             Iberville Insulations, LLC,    c/o David S. Rubin,    Kantrow Spaht Weaver & Blitzer,
                P. O. Box 2997,   Baton Rouge, LA 70821-2997
cr            +Lion Copolymer Holdings, LLC,   c/o Stephen W. Lemmon,    Husch Blackwell LLP,
                111 Congress Avenue,   Suite 1400,    Austin, TX 78701-4093
cr            +Progress Oils, Inc.,   c/o Jon Ann Giblin,    McGlinchey Stafford,    301 Main St., 14th Floor,
                Baton Rouge, LA 70801-0012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
              Benjamin L Wallen    on behalf of Creditor    Main Street Capital Corporation bwallen@coleschotz.com
              Brandon A. Brown    on behalf of Debtor    East West Copolymer LLC bbrown@stewartrobbins.com,
               kheard@stewartrobbins.com
              Cherie D. Nobles    on behalf of Creditor    Brown & Root Industrial Services, LLC
               cnobles@hellerdraper.com
              David S. Rubin    on behalf of Creditor    Iberville Insulations, LLC drubin@kswb.com
              Emile  Dreuil, III    on behalf of Creditor    Main Street Capital Corporation
               edreuil@smr-lawfirm.com, kseghers@smr-lawfirm.com
              Eric A. Kracht    on behalf of Creditor    Brown & Root Industrial Services, LLC
               eakracht@kflawbr.com,  pzbraud@kflawbr.com
              JonAnn  Giblin    on behalf of Creditor    Progress Oils, Inc. jgiblin@mcglinchey.com
              Michael D Warner    on behalf of Creditor    Main Street Capital Corporation mwarner@coleschotz.com
              Patrick S. Garrity    on behalf of Creditor    TMA Environmental, Inc. pgarrity@steffeslaw.com,
               schassaing@steffeslaw.com;pgarrity@ecf.courtdrive.com
              Paul Douglas Stewart, Jr.    on behalf of Debtor    East West Copolymer LLC
               dstewart@stewartrobbins.com,
               jdelage@stewartrobbins.com;baltazan@stewartrobbins.com;wrobbins@stewartrobbins.com;srbmyecfmail@g
               mail.com;kheard@stewartrobbins.com
              Stephen W. Lemmon    on behalf of Creditor    Lion Copolymer Holdings, LLC
               stephen.lemmon@huschblackwell.com,
               penny.keller@huschblackwell.com;Christine.deacon@huschblackwell.com
              Tristan  Manthey    on behalf of Creditor    Brown & Root Industrial Services, LLC
               tmanthey@hellerdraper.com,  awientjes@hellerdraper.com;lwright@hellerdraper.com
              U.S. Trustee    ustp.region05@usdoj.gov
              Warren  Usatine    on behalf of Creditor    Main Street Capital Corporation wusatine@coleschotz.com
              William H. Patrick, III    on behalf of Creditor    Brown & Root Industrial Services, LLC
               wpatrick@hellerdraper.com
                                                                                               TOTAL: 15
```