**Fill in this information to identify the case:**

Debtor name      **East West Copolymer LLC**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF LOUISIANA

Case number (if known)      **17-10327**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May  8, 2017**          *X* **/s/ Gregory Nelson**
                                        Signature of individual signing on behalf of debtor

                                        **Gregory Nelson**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **East West Copolymer LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF LOUISIANA

Case number (if known)  **17-10327**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................   $   **10,200,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................................   $   **6,427,700.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................   $   **16,627,700.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $   **33,343,077.72**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **323,902.76**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$   **16,216,843.46**

4.   Total liabilities ..................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                   $   **49,883,823.94**

**Fill in this information to identify the case:**

Debtor name  **East West Copolymer LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF LOUISIANA

Case number (if known)  **17-10327**

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Comerica Bank** | **Checking** | **2414** | **$470,000.00** |
| 3.2. | **Comerica Bank** | **Lockbox** | **2232** | **$39,000.00** |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **Comerica Credit Line for Credit Card Charges** | | **$100,000.00** |
| 4.2. | **Comerica Credit Line for WC Insurance** | | **$105,000.00** |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$714,000.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

Debtor   **East West Copolymer LLC**                                     Case number *(If known)* **17-10327**
         Name

**7.    Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

       7.1.   **Sterling Bank holdback for expenses**                                          $50,000.00

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

       8.1.   **Regulating Permits**                                                            $23,000.00

       8.2.   **Prepaid Insurance**                                                             $20,000.00

**9.    Total of Part 2.**                                                                      $93,000.00
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☒ Yes Fill in the information below.

**11.   Accounts receivable**

       11a. 90 days old or less:         2,245,700.00      -              0.00     = ....      $2,245,700.00
                                          face amount          doubtful or uncollectible accounts

       11b. Over 90 days old:                    0.00      -              0.00     = ....              $0.00
                                          face amount          doubtful or uncollectible accounts

**12.   Total of Part 3.**                                                                      $2,245,700.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

   ☒ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw materials** <br> **Raw Materials** | 12/31/16 | $0.00 | **Recent cost** | $150,000.00 |

Debtor    **East West Copolymer LLC**                     Case number *(If known)*  **17-10327**
      Name

| 20. | **Work in progress** | | | | |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** | | | | |
| | Finished Goods | 12/31/16 | $0.00 | Recent cost | $1,600,000.00 |

| 22. | **Other inventory or supplies** | | | | |
|---|---|---|---|---|---|
| | Inventory in stores | 12/31/16 | $0.00 | Recent cost | $100,000.00 |

**23.**    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

                                                 $1,850,000.00

**24.**    **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** | | | |
|     Office Furniture | $0.00 | | $25,000.00 |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|     Office Equipment. | $0.00 | | $25,000.00 |

**42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **East West Copolymer LLC**                    Case number *(If known)*  **17-10327**
_____
Name

| 43. | **Total of Part 7.** | **$50,000.00** |
|---|---|---|

Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. Vehicles | $0.00 | | Unknown |
| | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Machinery and Equipment. See Exhibit "A". | $0.00 | | $950,000.00 |

| 51. | **Total of Part 8.** | **$950,000.00** |
|---|---|---|

Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | **East West Copolymer LLC** | | | Case number *(If known)* | **17-10327** |
| | Name | | | | |

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1.  **96 acres of land with over 475.000 square fee of gross building area located at 5955 Scenic Hwy., Baton Rouge, LA and other movable property and other movable property and other movable property.** | | **$0.00** | **Appraisal** | **$10,200,000.00** |

**56.**    **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

| | **$10,200,000.00** |
|---|---|

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☐ No
    ■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** **Patents, copyrights, trademarks and trade secrets** | **$0.00** | | **Unknown** |
| **Internet Domain and Websit** | **$0.00** | | **Unknown** |
| **Customer lists, mailing lists or other compilations** | **$0.00** | | **Unknown** |

**61.**    **Internet domain names and websites**

**62.**    **Licenses, franchises, and royalties**

**63.**    **Customer lists, mailing lists, or other compilations**

**64.**    **Other intangibles, or intellectual property**

**65.**    **Goodwill**

5/08/17 5:23PM

| Debtor | **East West Copolymer LLC** | Case number *(If known)* **17-10327** |
|---|---|---|
| | Name | |

**66.**  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$0.00**

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**

■ No
☐ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**71.**    **Notes receivable**
Description (include name of obligor)

**State of LA - credit**    425,000.00 -   0.00 = **$525,000.00**

525,000.00 - Total face amount    0.00 = doubtful or uncollectible amount    **$525,000.00**

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$525,000.00**

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **East West Copolymer LLC**                              Case number *(If known)* **17-10327**
_____
Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $714,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $93,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,245,700.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,850,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $950,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $10,200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $525,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,427,700.00 | + 91b. $10,200,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $16,627,700.00 |

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS EQUIPMENT LOCATED IN RUBBER STORAGE BUILDING, INCLUDING BUT NOT LIMITED TO:<br>(1) PLATFORM SCALE, 4' X 4', W/ DIGITAL READOUT, BARCODE SCANNER;<br>(1) PLATFORM SCALE, 6' X 6', IN FLOOR MOUNTED, W/ DIGITAL READOUT [NOT IN SERVICE ON DATE OF INSPECTION];<br>(1) GUILLOTINE SHEAR, APPROXIMATELY 36"W CAPACITY, HYDRAULIC POWER PACK [NOT IN SERVICE ON DATE OF INSPECTION];<br>(1) HYSTER, ELECTRIC PALLET JACK [POOR CONDITION];<br>(1) SPEEDAIRE, AIR COMPRESSOR, RECIPROCATING TYPE, APPROXIMATELY 5-HP, TANK MOUNTED;<br>(1) TOLEDO FLOOR SCALE;<br>(1) GARDNER DENVER, AIR COMPRESSOR, RECIPROCATING TYPE, 15-HP, TANK MOUNTED [POOR CONDITION] |
| 2 | 1 | N/A | N/A | N/A | N/A | N/A | M | INHIBITOR TANK TRAILER AND RAILCAR CHEMICAL UNLOADING STATION, CONSISTING OF:<br>(1) PHP PUMP, 2-HP, INSTALLED UNDER SHEET STEEL OPEN-SIDED BUILDING, EQUIPMENT # 22-P-41A;<br>(1) PHP PUMP, 2-HP, INSTALLED UNDER SHEET STEEL OPEN-SIDED BUILDING, EQUIPMENT # 22-P-41B;<br>(1) PHP HOLDING TANK, 7,000-GALLON CAPACITY, 27'-5 3/4"L X 6'-6 1/4" O.D. SIZE, HORIZONTAL, WELDED CARBON STEEL CONSTRUCTION, CONICAL ENDS, INSTALLED UNDER SHEET STEEL OPEN-SIDED BUILDING, EQUIPMENT # 22-V-38;<br>(2) RAILCAR UNLOADING STATION, APPROXIMATELY 200'L, W/ (5) UNLOAD CONNECTIONS, OVERHEAD MEZZANINE WALKWAY, STEEL CONSTRUCTION, |

2

Effective Date: Month Day, 2015


EXHIBIT
A
tabbies

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 3 | 1 | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS TANKS IN THE RAW MATERIALS STORAGE AREA, INCLUDING BUT NOT LIMITED TO:<br>(1) 1943 BUTADIENE RAW MATERIAL HOLDING SPHERE, 260,000-GALLON CAPACITY, 40'-6" O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, W/ EAST BUTADIENE 15-HP TRANSFER PUMP, EQUIPMENT #C-14101, WEST BUTADIENE 15-HP TRANSFER PUMP, EQUIPMENT #C-14102, TANK #1980, EQUIPMENT # 28-V-80;<br>(1) 1943 BUTADIENE RAW MATERIAL HOLDING SPHERE, 260,000-GALLON CAPACITY, 40'-6" O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, W/ EAST BUTADIENE 15-HP TRANSFER PUMP, EQUIPMENT #N/A, WEST BUTADIENE 15-HP TRANSFER PUMP, EQUIPMENT #N/A, TANK #1981, EQUIPMENT # 28-V-81;<br>(1) 1943 BUTADIENE RAW MATERIAL HOLDING SPHERE, 260,000-GALLON CAPACITY, 40'-6" O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, W/ EAST BUTADIENE 15-HP TRANSFER PUMP, EQUIPMENT #N/A, WEST BUTADIENE 15-HP TRANSFER PUMP, EQUIPMENT #N/A, TANK #1982, EQUIPMENT # 28-V-82;<br>(1) 1943 BUTADIENE RAW MATERIAL HOLDING SPHERE, 260,000-GALLON CAPACITY, 40'-6" O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, |
| 4 | 1 | C-733 | N/A | TRANE | CGAEC204A AA1GWHR | J94C80917 | UN | CHILLER |

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 5 | 1 | N/A | N/A | N/A | N/A | N/A | MH | (1) FOAMASTER VC NALCO STORAGE TANK, 734-GALLON CAPACITY, 5' O.D. X 5'H, FIBERGLASS CONSTRUCTION, VERTICAL, EQUIPMENT #20-V-91; (1) STORAGE TANK, 1,500-GALLON CAPACITY, APPROXIMATELY 6' DIAMETER X 7'H, STAINLESS STEEL CONSTRUCTION, EQUIPMENT #20-V-95; (1) POTASSIUM CHLORIDE MIXING TANK, APPROXIMATELY 935-GALLON CAPACITY, APPROXIMATELY 5'W X 5'L X 5'H, W/ TOP MOUNTED 1/2-HP AGITATOR, IN FLOOR PIT MOUNTED; (1) 2001 POTASSIUM CHLORIDE, VERSENE, LOMAR LS-1 AND SODIUM FORMALDEHYDE SULFOXYLATE FEED TANK, APPROXIMATELY 3,655-GALLON CAPACITY , 6'-6" O.D. X 14'H, STAINLESS STEEL CONSTRUCTION, VERTICAL, EQUIPMENT #20-V-09 (1) STORAGE TANK, 3,822-GALLON CAPACITY, 8'6" O.D. X 14'H, STAINLESS STEEL CONSTRUCTION , VERTICAL, W/ TOP MOUNTED AGITATOR; (1) ATMOSPHERIC TANK, 5,159-GALLON CAPACITY, 9'6" DIAMETER X 9'-9 1/2"H, STAINLESS STEEL CONSTRUCTION, VERTICAL, MOUNTED BETWEEN FIRST AND SECOND FLOOR; |
| 6 | 1 | N/A | N/A | THERMO SCIENTIFIC | ORION STAR A111 | N/A | UN | PH TESTER |
| 7 | 4 | N/A | N/A | N/A | N/A | N/A | UN | CIRCULATING WATER PUMP, 150-HP, EQUIPMENT #3,4,5,9 |
| 8 | 1 | C-4-34 | 1993 | INGERSOLL-RAND | 2CV23M3 | M92-6880 | UN | AIR COMPRESSOR, 500-HP, 2,325-CFM |
| 9 | 1 | C-4-21 | N/A | INGERSOLL-RAND | 1ACV18M2E110 | NR141026040 5 | UN | AIR COMPRESSOR, ROTARY SCREW TYPE, 500-HP |
| 10 | 1 | 69-V-35A, 69-V-35B | N/A | GDI | N/A | N/A | SE | AIR DRYER, 2-TANK SYSTEM |

4

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 11 | 1 | N/A | 1997 | BOC GASES | WRT-2 | W9332A | SE | NITROGEN GENERTAING SYSTEM |
| 12 | 1 | N/A | N/A | N/A | N/A | N/A | SE | COMPRESSED AIR RECEIVING TANKS INCLUDING: (1) AIR RECEIVING TANK, APPROXIMATELY 1,500-GALLON CAPACITY; (1) AIR RECEIVING TANK, APPROXIMATELY 1,000-GALLON CAPACITY, EQUIPMENT #T15; (1) AIR RECEIVING TANK, APPROXIMATELY 2,500-GALLON CAPACITY, EQUIPMENT #69-V-13; (1) AIR RECEIVING TANK, APPROXIMATELY 2,500-GALLON CAPACITY, EQUIPMENT #69-V-12 |
| 13 | 1 | C-4-21 | N/A | INGERSOLL-RAND | N/A | N/A | SE | AIR COMPRESSOR, 500-HP [NOT IN SERVICE ON DATE OF INSPECTION] |
| 14 | 1 | 69-C-01 | 1997 | SIEMENS | CGII | E09364-01-1 | SE | AMMONIA COMPRESSOR, 1,500-HP CAPACITY, W/ LEWIS CIMCO MODEL SCS 3261W REFRIGERATION SYSTEM, S/N 111, APPROXIMATELY 1,000-GALLON OIL SEPARATING TANK, OIL COOLING SYSTEM, EQUIPMENT #69-H-22 |
| 15 | 1 | 69-C-02 | 1996 | SIEMENS | FODI | E07765-01-1 | SE | AMMONIA COMPRESSOR, 1,500-HP CAPACITY, W/ LEWIS CIMCO MODEL SCS 3261W REFRIGERATION SYSTEM, S/N 110, APPROXIMATELY 1,000-GALLON OIL SEPARATING TANK, OIL COOLING SYSTEM, EQUIPMENT #69-H-23 |
| 16 | 1 | 69-C-03 | 2000 | SIEMENS | CGII | E13194-01-1 | SE | AMMONIA COMPRESSOR, 1,500-HP CAPACITY, W/ LEWIS CIMCO MODEL SCS 3261W REFRIGERATION SYSTEM, S/N 109, APPROXIMATELY 1,000-GALLON OIL SEPARATING TANK, OIL COOLING SYSTEM, EQUIPMENT #69-H-24 |

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 17 | 1 | 69-V-06 | 1954 | N/A | N/A | N/A | MH | AMMONIA LOW PRESSURE SUCTION TANK, 5,900-GALLON CAPACITY, 10' I.D. X 7'-7"H, STAINLESS STEEL CONSTRUCTION, JACKETED, 4-SUPPORT LEGS, W/ (1) 10-HP AMMONIA SUCTION PUMP, (1) 10-HP AMMONIA TRANSFER PUMP |
| 18 | 1 | 69-V-08 | 1942 | N/A | N/A | N/A | MH | AMMONIA FLASH TANK SYSTEM, APPROXIMATELY 2,000-GALLON CAPACITY, 4'-6" O.D. X 17H, CARBON STEEL CONSTRUCTION, JACKETED, VERTICAL, W/ (2) 10-HP AMMONIA TRANSFER PUMPS, [SURROUNDED BY STEEL MEZZANINE] |
| 19 | 1 | N/A | N/A | N/A | N/A | N/A | MH | AMMONIA STORAGE TANKS: (1) 1941 ANHYDROUS AMMONIA STORAGE TANK, APPROXIMATELY 3,900-GALLON CAPACITY, CARBON STEEL CONSTRUCTION, HORIZONTAL, CONICAL ENDS, EQUIPMENT #69-V-14; (1) 1949 ANHYDROUS AMMONIA STORAGE TANK, APPROXIMATELY 12,200-GALLON CAPACITY, 6'-5" I.D. X 45'-11"L, CARBON STEEL CONSTRUCTION, HORIZONTAL, CONICAL ENDS, EQUIPMENT #69-V-15 |

6

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 20 | 1 | N/A | N/A | N/A | N/A | N/A | SE | AMMONIA CONDENSERS LOCATED OUTSIDE OF PUMP HOUSE TO INCLUDE BUT NOT LIMITED TOO:<br>(1) 1950 SECONDARY AMMONIA CONDENSER NO.1, APPROXIMATELY 740-GALLON CAPACITY, 2'-8" I.D. X 16'L, CARBON STEEL CONSTRUCTION, JACKETED, HORIZONTAL, MOUNTED ON ONE STORY HIGH STEEL MEZZANINE, EQUIPMENT #69-H-04;<br>(1) 1948 SECONDARY AMMONIA CONDENSER NO.2, APPROXIMATELY 850-GALLON CAPACITY, 2'-8" I.D. X 16'L, CARBON STEEL CONSTRUCTION, JACKETED, HORIZONTAL, MOUNTED ON ONE STORY HIGH STEEL MEZZANINE, EQUIPMENT #69-H-05;<br>(1) 1950 SECONDARY AMMONIA CONDENSER NO.3, APPROXIMATELY 740-GALLON CAPACITY, 2'-8" I.D. X 16'L, CARBON STEEL CONSTRUCTION, JACKETED, HORIZONTAL, MOUNTED ON ONE STORY HIGH STEEL MEZZANINE, EQUIPMENT #69-H-06;<br>(1) 1960 SECONDARY AMMONIA CONDENSER NO.4, APPROXIMATELY 740-GALLON CAPACITY, 2'-8" I.D. X 15'-11"L, CARBON STEEL CONSTRUCTION, JACKETED, HORIZONTAL, MOUNTED ON ONE STORY HIGH STEEL MEZZANINE, EQUIPMENT #69-H-09; |
| 21 | 1 | N/A | N/A | N/A | N/A | N/A | SE | PUMP HOUSE COOLING TOWERS:<br>(1) COOLING TOWER, APPROXIMATELY 40' HIGH X 40'L X 40'W, 2-FAN TYPE, W/ 200-HP WATER WELL PUMP;<br>(1) COOLING TOWER, APPROXIMATELY 30' HIGH X 35'L X 30'W, 2-FAN TYPE;<br>(1) COOLING TOWER, APPROXIMATELY 35' HIGH X 60'W X 100'L, 6-FAN TYPE |
| 22 | 1 | N/A | 1997 | HYSTER | S70XL | D004D03490U | ME | LIFT TRUCK, 7,500-LB CAPACITY, PROPANE FUELED, 2-STAGE MAST, SOLID TIRES |

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 23 | 1 | N/A | 1987 | HYSTER | S80FT | G004V04843H | ME | LIFT TRUCK, 3,600-LB CAPACITY, PROPANE FUELED, 2-STAGE MAST, SOLID TIRES, SIDE SHIFT |
| 24 | 1 | N/A | N/A | HYSTER | S70XL | D004D04884T | ME | LIFT TRUCK, 7,400-LB CAPACITY, PROPANE FUELED, 2-STAGE MAST, SOLID TIRES, SIDE SHIFT [NOT IN SERVICE ON DATE OF INSPECTION] |
| 25 | 1 | N/A | 1998 | HYSTER | S70XL | D004D04863V | ME | LIFT TRUCK, 7,400-LB CAPACITY, PROPANE FUELED, 2-STAGE MAST, SOLID TIRES, SIDE SHIFT |
| 26 | 1 | N/A | 1988 | HYSTER | S80FT | G004V05933J | ME | LIFT TRUCK, 3,600-LB CAPACITY, PROPANE FUELED, 2-STAGE MAST, SOLID TIRES, SIDE SHIFT [NOT IN SERVICE ON DATE OF INSPECTION] |
| 27 | 1 | C-4205 | N/A | N/A | N/A | N/A | SE | RADIAL ARM SAW, APPROXIMATELY 12" BLADE |
| 28 | 1 | 22-V-37 | N/A | N/A | N/A | N/A | SE | STACK KNOCKOUT SYSTEM, CARBON STEEL CONSTRUCTION, APPROXIMATELY 2' DIAMETER X 120'H, EXHAUST STACK, W/ STACK SEAL DRUM, CARBON STEEL CONSTRUCTION, 5' DIAMETER X 8'LENGTH |
| 29 | 1 | 22-V-90 | N/A | N/A | N/A | N/A | SE | AMMONIA SCRUBBER TANK, APPROXIMATELY 21,500-GALLON CAPACITY, APPROXIMATELY 10' DIAMETER X 30'L, WELDED CARBON STEEL CONSTRUCTION, HORIZONTAL, CONICAL ENDS, W/ CONCRETE SURROUNDING, TOP MOUNTED METAL CATWALK WELDED TO TANK |
| 30 | 1 | N/A | N/A | ORION | 175DGFB | K950592029 | SE | STAND-BY GENERATOR, 200-KW |
| 31 | 1 | 22-V-38 | 1957 | N/A | N/A | N/A | MH | PARAMENTHANE HYDROPEROXIDE/ PINANE HYDROPEROXIDE STORAGE TANK, APPROXIMATELY 7,800-GALLON CAPACITY, 6'-6" O.D. X 27'-5"L, WELDED CARBON STEEL CONSTRUCTION, HORIZONTAL, CONICAL ENDS, CONCRETE SUPPORTS, W/ (2) 10-HP TRANSFER PUMPS, MOUNTED INSIDE STEEL BUILDING ENCLOSURE |

8

Effective Date: Month, Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description |
|-------|------|---------|------|------|-------|----------|-------|-------------|
| 32 | 1 | N/A | N/A | N/A | N/A | N/A | SE | WELL WATER, PRE-BOILER TREATMENT AREA TO INCLUDE BUT NOT LIMITED TOO: (1) REVERSE OSMOSIS SYSTEM, W/ (2) REVERSE OSMOSIS TANKS, APPROXIMATELY 3,000-GALLON CAPACITY, APPROXIMATELY 8' DIAMETER X 8'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT # N/A; (1) CAUSTIC DAY TANK, APPROXIMATELY 2,800-GALLON CAPACITY, APPROXIMATELY 7' DIAMETER X 10'H, CARBON STEEL CONSTRUCTION, VERTICAL, IN CONCRETE ENCLOSURE; (1) WASTEWATER SUMP PUMP, 15-HP, EQUIPMENT # 64-P-42; (1) HIGH ACID DAY TANK, APPROXIMATELY 2,800-GALLON CAPACITY, APPROXIMATELY 7' DIAMETER X 10'H, POLY CONSTRUCTION, VERTICAL, IN CONCRETE ENCLOSURE, EQUIPMENT # 63-V-52; (3) STORAGE TANKS, APPROXIMATELY 3,700-GALLON CAPACITY, APPROXIMATELY 8' DIAMETER X 10'H, CARBON STEEL CONSTRUCTION, VERTICAL; (1) STORAGE TANK, APPROXIMATELY 3,450-GALLON CAPACITY, APPROXIMATELY 7' DIAMETER X 12'H, CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT # 64-V- |

Effective Date: Month Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 33 | 1 | N/A | N/A | N/A | N/A | N/A | SE | BOILER STEAM SYSTEM, CONSISTING OF: (1) STORAGE TANK, APPROXIMATELY 144,000-GALLON CAPACITY, WELDED CARBON STEEL CONSTRUCTION; (2) WATER TRANSFER PUMP, APPROXIMATELY 20-HP; (2) DEAERATOR TANK, APPROXIMATELY 10' DIAMETER X 12'L; (1) BOILER FEEDWATER PUMP, 125-HP; (1) BOILER FEEDWATER PUMP, TURBO STEAM DRIVEN; (1) BOILER START-UP PUMP, APPROXIMATELY 50-HP; (2) STEAM DRUM, APPROXIMATELY 5' DIAMETER X 30'L, [MOUNTED ON 4TH STORY MEZZANINE]; (2) BOILER SYSTEM, 4-BURNER, 4-STORY HIGH, APPROXIMATELY 40' X 40' ENCLOSURE CARBON STEEL BURNER HOUSING; (2) BLOWER FANS, 400-HP; (1) 1969 ROTHSCHILD GAS KNOCKOUT POT; (3) WESTINGHOUSE GENERATOR, STEAM DRIVEN, STEAM TURBINE TYPE [NOT IN SERVICE ON DATE OF INSPECTION]; (1) BRIDGE CRANE, 5-TON CAPACITY, DOUBLE GIRDER, APPROXIMATELY 50' SPAN, W/ SHAW-BOX CABLE HOIST, PENDANT CONTROL |

Effective Date: Month, Day, 2015

**Company Name**
Asset List

Exhibit B

| Item # | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 34 | 1 | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS PUMPS IN THE TRANSFER PUMP HOUSE, CONSISTING OF: (1) STYRENE TRANSFER AND CIRCULATION PUMP, 15-HP, EQUIPMENT # 22-P-02; (1) STYRENE TRANSFER EAST PUMP, 5-HP, EQUIPMENT # 22-P-01A; (1) STYRENE TRANSFER WEST PUMP, 5-HP, EQUIPMENT # 22-P-01B; (1) SOUTH CIRCULATION WATER DECANTER PUMP, 3-HP, EQUIPMENT # 22-P-06; (1) NORTH CIRCULATION WATER DECANTER PUMP, 3-HP, EQUIPMENT # 22-P-05; (1) NORTH DECANTER CAUSTIC CIRCULATION PUMP, 3-HP; (1) SOUTH DECANTER CAUSTIC CIRCULATION PUMP, 3-HP |
| 35 | 1 | 50-V-42 | 1973 | N/A | N/A | N/A | MH | SERUM WATER NO.6 LINE TANK, 1,500,000-GALLON CAPACITY, 80' O.D. X 40'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, W/ (1) 15-HP TRANSFER PUMP, (1) 30-HP TRANSFER PUMP (3) TRAIN RAIL UNLOADING STATIONS W/ 15-HP PUMPS [NOT IN SERVICE ON DATE OF INSPECTION] |
| 36 | 1 | N/A | 1983 | GMC | 6000 | 1GDG6D1A3D V508883 | UN | GONDOLA TRUCK, SINGLE AXLE |
| 37 | 1 | N/A | 2006 | GMC | 1500 | 3GTEC14296 G219027 | RS | PICKUP TRUCK, REGULAR CAB |
| 38 | 1 | 402 | N/A | DROTT | 3330 | N/A | ME | DECK CRANE |
| 39 | 1 | N/A | N/A | MASSEY FERGUSON | 283 2WD | G01274 | ME | FARM TRACTOR, 2-WHEEL DRIVE, W/ MOWING DECK |
| 40 | 1 | N/A | N/A | WILDCAT | N/A | N/A | ME | SCISSOR LIFT, ELECTRIC |

11

Effective Date: Month Day, 2015



**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 41 | 1 | N/A | 1998 | MILLER | DIMENSION 302 | KJ124020 | SE | MAINTENANCE EQUIPMENT LOCATED IN MAINTENANCE BUILDING TO INCLUDE BUT NOT LIMITED TO: (1) 1998 MILLER MODEL DIMENSION 302, S/N KIJ24020; (1) MILLER MODEL SRH444 WELDER; (1) LOWN MODEL G500, PLATE ROLLER, 52"W, 3-ROLLER; (1) DAYTON MODEL, 2Z919 DRILL PRESS, 20" THROAT; (1) MANUAL BRAKE, 6'L; (1) DIXIE MANUAL FINGER BRAKE, 10'L; (1) CINCINNATI MODEL 1410, SHEAR, 3/16" MILD STEEL, 12'W CAPACITY, S/N 33825; (1) SCOTCHMAN MODEL 4014-C, IRON WORKER, 40-TON CAPACITY, S/N 4056M1289; (1) MILLER MODEL SYNCROWAVE 250, WELDER, S/N N/A; (1) HYPERTHERM MODEL POWERMAX 800, PLASMA CUTTER, S/N 800-012021; (1) 2000 MILLER MODEL SYNCROWAVE 250, WELDER, S/N LA112502; (1) DISC DRINDER, DUAL TYPE; (1) BERNARD MODEL, 2500S GAS PLASMA CUTTER, S/N WC24071; (1) MILLER MODEL S-21E, WIRE FEEDER, S/N KB120466; |
| 42 | 1 | N/A | 1992 | CLARK | GPX30 | GPX230-0106-9155K0F | ME | LIFT TRUCK, 5,400-LB CAPACITY, PROPANE FUELED, 2-STAGE MAST, SOLID TIRES, SIDE SHIFT |
| 43 | 1 | N/A | N/A | THOMPSON | LIMA SHIELDS #X | 4B55324 | SE | SURFACE GRINDER, W/ 24" X 12" ELECTROMAGNETIC CHUCK, NEUTROFIRE II CONTROLLER, COOLANT SYSTEM |
| 44 | 1 | N/A | N/A | CLAUSING | COLCHEST ER 17 | LMT8001RFV/17590 | SE | LATHE, 34" SWING X 10' DISTANCE BETWEEN CENTERS, 3/16 THROUGH HOLE, 10" 3-JAW CHUCK, W/ TOLL TAPER ATTACHMENT |

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 45 | 1 | N/A | N/A | LEBLOND | 16" | NE 6452 | SE | LATHE, 36" SWING, 11" DISTANCE BETWEEN CENTERS, 2" THROUGH HOLE, 14" 4-JAW CHUCK, W/ TOOL TAPER ATTACHMENT |
| 46 | 1 | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS MAINTENANCE EQUIPMENT LOCATED IN MAINTENANCE SHOT TO INCLUDE BUT NOT LIMITED TOO: (1) WALKER-TURNER DRILL PRESS, APPROXIMATELY 8" THROAT, S/N-1 944; (1) DAVIS BROACH MACHINE; (1) ENERPAC, H-FRAME SHOP PRESS, 30-TON CAPACITY; (1) CRAFTSMAN DRILL PRESS, 20"-THROAT, 2-HP, 12-SPEED; (2) BALDOR DUAL DISC GRINDER; (1) SPEEDAIRE, AIR COMPRESSOR, RECIPROCATING TYPE, 5-HP, TANK MOUNTED, PORTABLE; (1) DIEHARD BATTERY CHARGER; (1) 6" BELT SANDER; (3) PRESSURE WASHERS; (1) SANDBLASTING UNIT, APPROXIMATELY 2' X 4' W/ DUST RECLAIM SYSTEM |
| 47 | 1 | N/A | 1945 | BRIDGEPORT | SERIES 2 | 5203S | SE | MACHINING CENTER, VERTICAL, 11"W X 58"L WORK TABLE, 2-HP |
| 48 | 1 | N/A | N/A | MARVEL | 8 | N/A | SE | ROLL-IN SAW, VERTICAL BAND TYPE, APPROXIMATELY 24" THROAT |
| 49 | 1 | N/A | 2012 | WILLIS | RD-1100 | TY-1207079 | SE | RADIAL ARM DRILL, 12" COLUMN, 44" RADIAL ARM LENGTH, 1,500-MAXIMUM RPM SPINDLE SPEED, COOLANT PUMP |
| 50 | 1 | N/A | N/A | AMERICAN | N/A | 78432 24/68 | SE | LATHE, 24" SWING X 11" DISTANCE BETWEEN CENTERS, 2" THROUGH HOLE, 10" 3-JAW CHUCK, W/ TOOL TAPER ATTACHMENT |
| 51 | 1 | N/A | N/A | DETROIT SHEET METALWORKS | N/A | E1358 | SE | HEATING OVEN, APPROXIMATELY 3'W X 3'D X 6'H, NATURAL GAS FIRED |
| 52 | 1 | CI-10.161 | N/A | JM TEST SYSTEMS INC. | N/A | TR-01361 | L | INSTRUMENT ELECTRONIC TESTING SYSTEM |

13

Effective Date: Month, Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 53 | 1 | C1-10-160 | N/A | JM TEST SYSTEMS INC. | N/A | TR-01360 | L | INSTRUMENT ELECTRONIC TESTING SYSTEM |
| 54 | 1 | C1-10.191 | N/A | JM TEST SYSTEMS INC. | N/A | 006426 | L | INSTRUMENT ELECTRONIC TESTING SYSTEM |
| 55 | 1 | N/A | N/A | CLARK | GPX25 | GPX230-0463-7170K0F | ME | LIFT TRUCK, PROPANE FUELED, 3-STAGE MAST, SOLID TIRES, SIDE SHIFT |
| 56 | 1 | N/A | N/A | JOHN DEERE | GATOR 6X4 | N/A | ME | UTILITY VEHICLE, 4-WHEEL DRIVE |
| 57 | 1 | N/A | 2000 | FORD | F-350 | 1FDWF36S1Y EE18466 | RS | FLATBED TRUCK, TRITON V-10, 68,381-MILES INDICATED. |
| 58 | 1 | N/A | 1991 | EMERGENCY ONE, INC. | 8598 | 46JBBAA87M1 003561 | RS | FIRE TRUCK, W/ WATER PUMPING SYSTEM, FULL FIRE GEAR, CAPABLE OF USING SPRAY FOAM OR WATER |

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 59 | 1 | N/A | N/A | N/A | N/A | N/A | L | MISCELLANEOUS EQUIPMENT IN LAB AREA, INCLUDING BUT NOT LIMITED TO: (1) VWR MINI INCUBATOR; (1) BROOKFIELD DV-E VISCOMETER; (1) HUMONICS OPTIFLOW 520 FLOWMETER, DIGITAL TYPE; (1) HEWLETT-PACKARD 5890 SERIES II GAS CHROMATOGRAPH; (1) METTLER TOLEDO XS105 LAB SCALE, DUAL RANGE; (1) THERMO SCIENTIFIC FLASH 2000 ORGANIC ELEMENT ANALYZER; (2) CLEAVER PRESS, HEATED, APPROXIMATELY 6" X 6" HEATED SQUARE PLATES; (1) CARVER 2822-24 HEATED PRESS; (1) THERMO SCIENTIFIC NICOLET 6700 FT-IR SPECTROMETER MACHINE; (6) HEWLETT-PACKARD 5890 STYRENE TESTING MACHINE; (1) AGILENT TECHNOLOGIES 7890A GAS CHROMATOGRAPH SYSTEM, S/N CN12151143; (1) AGILENT TECHNOLOGIES 7890A GAS CHROMATOGRAPH SYSTEM, S/N CN12151187; (1) HEWLETT-PACKARD 8590 STYRENE TESTER; (1) A&D MS-70 CONVERSION MACHINE; (2) HAMILTON EXHAUST HOOD; (2) CEM SMART TURBO TESTING MACHINE; |
| 60 | 1 | N/A | N/A | CURTIS | N/A | N/A | SE | AIR COMPRESSOR, RECIPROCATING TYPE, TANK MOUNTED, 7 1/2-HP, W/ HANKISON SPX AIR DRYER, APPROXIMATELY 500-GALLON VERTICAL AIR STORAGE TANK |
| 61 | 1 | N/A | N/A | N/A | N/A | N/A | SE | AIR COMPRESSOR, RECIPROCATING TYPE, DUAL MOTOR, APPROXIMATELY 5-HP, TANK MOUNTED |

15

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 62 | 1 | N/A | N/A | YORK | YLAA0090S E46XCASDT XATXBLXCX X44XXXXXX HXXXSA | 2AWM005071 | SE | CHILLER, 410A REFRIGERANT |
| 63 | 1 | C-6130 | N/A | HOLLOSHAFT | N/A | N/A | SE | WATER WELL #1 PUMP, 200-HP, 1,775-RPM |
| 64 | 1 | 15-V-19 | N/A | N/A | N/A | N/A | MH | 6-PACK LATEX STORAGE TANK AREA TO INCLUDE BUT NOT LIMITED TO: (1) 1993 LATEX BLEND TANK, 189,500-GALLON CAPACITY, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT #15-V-19, W/ (1) LATEX BLEND TANK AGITATOR, APPROXIMATELY 25-HP, EQUIPMENT #03-A-19, (1) LATEX BLEND TANK PUMP, APPROXIMATELY 25-HP, EQUIPMENT #03-P-19; (1) 1993 LATEX BLEND TANK, 189,500-GALLON CAPACITY, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT #15-V-17, W/ (1) LATEX BLEND TANK AGITATOR, APPROXIMATELY 25-HP, EQUIPMENT #15-A-17, (1) LATEX BLEND TANK PUMP, APPROXIMATELY 25-HP, EQUIPMENT #N/A; (1) 1993 LATEX BLEND TANK, 189,500-GALLON CAPACITY, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT #15-V-16, W/ (1) LATEX BLEND TANK AGITATOR, APPROXIMATELY 25-HP, EQUIPMENT #15-A-16, (1) LATEX BLEND TANK PUMP, APPROXIMATELY 25-HP, EQUIPMENT #15-P-16; (1) 1993 LATEX BLEND TANK, 189,500-GALLON CAPACITY, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT #04-V-34, W/ (1) LATEX BLEND TANK AGITATOR, |
| 65 | 1 | N/A | N/A | N/A | N/A | N/A | SE | TRUCK SCALE, APPROXIMATELY 80,000-LB CAPACITY, 45'L X 8'W, [IN-GROUND MOUNTED WITH CONCRETE TOP SURFACE] |

16

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 66 | 1 | 50-V-01 | 1971 | N/A | N/A | N/A | MH | PRETREATMENT TANK, WELDED CARBON STEEL CONSTRUCTION, APPROXIMATELY 27,500-GALLON CAPACITY, 10' O.D. X 40'L, WELDED CARBON STEEL CONSTRUCTION, HORIZONTAL, CONICAL ENDS, W/ (5) APPROXIMATELY 20-HP PUMPS, (2) APPROXIMATELY 5-HP PUMPS, (1) POLYURETHANE TANK, 1,850-GALLON CAPACITY, 8'H X 7' DIAMETER, (1) STORAGE TANK, APPROXIMATELY 880-GALLON CAPACITY, APPROXIMATELY 8'H X 5' DIAMETER, POLYURETHANE CONSTRUCTION, VERTICAL |
| 67 | 1 | N/A | N/A | N/A | N/A | N/A | MH | MISCELLANEOUS OUT OF SERVICE WATER TREATMENT TANKS, INCLUDING BUT NOT LIMITED TO: (1) WATER STORAGE TANK, APPROXIMATELY 7,000-GALLON CAPACITY, APPROXIMATELY 10' DIAMETER X 12'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL; (1) STORAGE TANK, APPROXIMATELY 2,800-GALLON CAPACITY, APPROXIMATELY 7' DIAMETER X 10'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL |
| 68 | 1 | N/A | N/A | N/A | N/A | N/A | SE | WASTEWATER TREATMENT BASIN, APPROXIMATELY 150' X 100', CONCRETE CONSTRUCTION, W/ (4) 50-HP AGITATOR MOTORS |

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 69 | 2 | N/A | N/A | N/A | N/A | N/A | SE | COAGULATION TANKS TO INCLUDE BUT NOT LIMITED TO: (1) 1971 EAST COAGULATION TANK, APPROXIMATELY 2,200-GALLON CAPACITY, 6' I.D. X 10'-6"H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, SURROUNDED BY MEZZANINE, W/ APPROXIMATELY 10-HP TOP MOUNTED AGITATOR, EQUIPMENT #51-V-01; (1) 1971 WEST COAGULATION TANK, APPROXIMATELY 3,950-GALLON CAPACITY, 8' I.D. X 10'-6"H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, W/ APPROXIMATELY 10-HP TOP MOUNTED AGITATOR, EQUIPMENT #51-V-03; (2) 15-HP TRANSFER PUMPS; (3) APPROXIMATELY 5-HP TRANSFER PUMPS [ENCLOSED IN BUILDING] |
| 70 | 1 | 51-V-30 | 1971 | AMERCOAT | N/A | N/A | MH | CATIONIC POLYMER STORAGE TANK, 16,000-GALLON CAPACITY, 12' DIAMETER X 15'H, FIBERGLASS CONSTRUCTION, VERTICAL |
| 71 | 1 | N/A | 2012 | API STANDARD | N/A | N/A | MH | WATER STORAGE TANK, 31,000-GALLON CAPACITY, 15' DIAMETER X 24'H, WELDED STAINLESS STEEL CONSTRUCTION |
| 72 | 1 | N/A | N/A | N/A | N/A | N/A | SE | CUSTOM MANUFACTURED CARBON BLACK SLUDGE UNLOADING SYSTEM, W/ VIBRATORY SIFTING TABLE, 18"W X 7'L  [NOT IN SERVICE ON DATE OF INSPECTION] |
| 73 | 1 | 51-V-08 | N/A | N/A | N/A | N/A | SE | SOUTH EQUALIZATION BASIN, 62' DIAMETER X 12' DEEP, CONCRETE CONSTRUCTION, W/ (2) TRANSFER PUMPS, EQUIPMENT #PA-A1A AND 51-P-07A, W/ (2) APPROXIMATELY 50-HP AGITATORS |
| 74 | 1 | 51-V-07 | N/A | N/A | N/A | N/A | SE | NORTH EQUALIZATION BASIN, 62' DIAMETER X 12'H, CONCRETE CONSTRUCTION, W/ (2) TRANSFER PUMPS, W/ (2) APPROXIMATELY 50-HP AGITATORS |

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 75 | 1 | N/A | N/A | N/A | N/A | N/A | SE | COOLING TOWER, APPROXIMATELY 20'L X 30'W X 20'L, W/ (2) FANS, W/ (2) 30-HP WATER PUMPS, (1) 20-HP WATER PUMP |
| 76 | 1 | N/A | N/A | N/A | N/A | N/A | SE | CUSTOM MANUFACTURED WASTE DISINTEGRATOR, APPROXIMATELY 10' X 10' BOTTOM, CONE SHAPED W/ TOP MOUNTED VENT HOOD, NATURAL GAS FIRED [NO LONGER IN SERVICE] |
| 77 | 1 | N/A | N/A | N/A | N/A | N/A | SE | WATER CLARIFICATION BASIN, TOP RUNOFF WATER TROUGH, APPROXIMATELY 50' DIAMETER, CONCRETE CONSTRUCTION, W/ CHAIN DRIVEN WATER AGITATOR, APPROXIMATELY 10-HP, W/ (3) APPROXIMATELY 30-HP WATER TRANSFER PUMPS |
| 78 | 1 | 51-V-05 | 1980 | N/A | N/A | N/A | MH | FLASH TANK, APPROXIMATELY 8,250-GALLON CAPACITY, 12'-6" O.D. X 9'H, WELDED STAINLESS STEEL CONSTRUCTION, DOME BOTTOM, OPEN TOP, 4-SUPPORT LEGS, TOP MOUNTED AGITATOR [INSIDE METAL FRAMED BUILDING] |
| 79 | 1 | 51-V-04 | 1980 | N/A | N/A | U-7444-80-1 | MH | AIR RETENTION TANK, APPROXIMATELY 830-GALLON CAPACITY, 4'-6" O.D. X 7'H, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CONICAL ENDS, 4-SUPPORT LEGS |
| 80 | 1 | N/A | N/A | N/A | N/A | N/A | MH | OIL SEPERATION TANK, APPROXIMATELY 56,000-GALLON CAPACITY, APPROXIMATELY 25'W X 60'L X 5'H, WELDED CARBON STEEL CONSTRUCTION, RECTANGULAR, TOP MOUNTED PADDLE AGITATING SYSTEM, GEAR DRIVEN, W/ (4) 60-HP WATER PUMPS, (1) 40-HP WATER PUMP, (1) APPROXIMATELY 20-HP WATER PUMP, ASSOCIATED PIPING |
| 81 | 1 | 53-V-15 | 1990 | N/A | N/A | PA-7 | MH | FERRIC SULFATE STORAGE TANK, APPROXIMATELY 3,000-GALLON CAPACITY, 8' DIAMETER X 8'H, CARBON STEEL CONSTRUCTION, VERTICAL, W/ APPROXIMATELY 20-HP TRANSFER PUMP |

Effective Date: Month Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 82 | 1 | 53-V-02 | 1973 | N/A | N/A | N/A | MH | SERUM WATER TREATMENT TANK, APPROXIMATELY, 4,200-GALLON CAPACITY, 9' DIAMETER X 9'H, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CONICAL BOTTOM, OPEN TOP, 4-SUPPORT LEGS, W/ (2) APPROXIMATELY 20-HP TRANSFER PUMPS, (2) APPROXIMATELY 10-HP TRANSFER PUMPS, (1) APPROXIMATELY 5-HP TOP MOUNTED AGITATOR [MOUNTED IN MEZZANINE] |
| 83 | 1 | 53-V-01 | N/A | N/A | N/A | N/A | MH | ANIONIC CHEMICAL FEED TANK, APPROXIMATELY 380-GALLON CAPACITY, 4' DIAMETER X 4'H, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, OPEN TOP, W/ APPROXIMATELY 2-HP TOP MOUNTED AGITATOR |
| 84 | 1 | 53-V-03 | 1973 | N/A | N/A | N/A | MH | RECYCLE TANK, APPROXIMATELY 60,500-GALLON CAPACITY, 20' O.D, X 25'-9"H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, W/ APPROXIMATELY 20-HP CENTRIFUGAL PUMP, EQUIPMENT, TOP MOUNTED WORKING PLATFORM |

Effective Date: Month Day, 2015



**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 85 | 1 | N/A | N/A | N/A | N/A | N/A | M | SBR #5 LINE, CONSISTING OF: (1) HEAD TANK, 90-GALLON CAPACITY, 30" O.D. X 30"H SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT BOTTOM, OPEN TOP, MOUNTED ON (3) LEGS, W/ TOP MOUNTED PNEUMATIC AGITATOR, EQUIPMENT # 15-V-01; (1) HEAD TANK PUMP, 20-HP, EQUIPMENT # 05-P-03; (3) STATIC MIXER, STAINLESS STEEL CONSTRUCTION; (1) TRANSFER TROUGH, 8"W X 8"D X 10'L, STAINLESS STEEL CONSTRUCTION; (1) 1975 COAGULATION TANK, 2,300-GALLON CAPACITY, 8'H X 7' I.D. SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT BOTTOM, OPEN TOP, W/ TOP-MOUNTED 25-HP AGITATOR, PH METER, ENCLOSED IN 2ND FLOOR STEEL MEZZANINE, EQUIPMENT # 15-V-05; (1) TRANSFER TROUGH, 12"W X 12"D X 6'L, STAINLESS STEEL CONSTRUCTION; (1) 1957 SOAP CONVERSION TANK, 6,400-GALLON CAPACITY, 11'H X 10' I.D. SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, W/ FLAT BOTTOM, OPEN TOP, W/ TOP-MOUNTED 25-HP AGITATOR, PH METER, |

Effective Date: Month Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make# | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 66 | 1 | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS TANKS AND PUMPS, COMMON TO MULTIPLE LINES, LOCATED IN FINISHING BUILDING, INCLUDING BUT NOT LIMITED TO: (1) DILUTE CAUSTIC FEED TANK, 4,500-GALLON CAPACITY, 12'H X 8' O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT BOTTOM, FLAT TOP, W/ (2) 3-HP PUMP MOTORS, EQUIPMENT # 04-V-06; (1) STAINING ANTIOXIDANT #2 TANK, 8,400-GALLON CAPACITY, 10'-1"H X 12' O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, LOWER HALF STEAM JACKET, VERTICAL, CYLINDRICAL, FLAT BOTTOM, FLAT TOP, W/ (2) 1-HP PUMP MOTORS, TOP MOUNTED 5-HP AGITATOR, EQUIPMENT # 04-V-38; (1) 1962 NON-STAINING ANTIOXIDANT TANK, 8,000-GALLON CAPACITY, 10'-6"H X 11'-6" O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT BOTTOM, FLAT TOP, TOP MOUNTED 5-HP AGITATOR, W/ (2) 1-HP PUMP MOTORS, EQUIPMENT # 03-V-24; (1) OIL EMULSION #1 TANK, 8,000-GALLON CAPACITY, 10'-6"H X 11'-6" O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT BOTTOM, FLAT TOP, 10-HP PUMP MOTOR, ENCLOSED IN STEEL MEZZANINE WALKWAY, TOP MOUNTED 3-HP AGITATOR, |

Effective Date: Month Day, 2015



**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 87 | 1 | N/A | N/A | N/A | N/A | N/A | M | RE-RUN RUBBER HOG LINE, CONSISTING OF: (1) GUILLOTINE HYDRAULIC BALE CUTTER, 10-HP HYDRAULIC UNIT, W/ GORBEL 250-LB WALL MOUNTED JIB CRANE, 8' REACH, EQUIPMENT # 04-B-01; (1) POWER RUBBER BELT-OVER-ROLLER INCLINED CONVEYOR, 16"W X 40'L; (1) JEFFREY BUZZ-SAW HAMMER MILL SHREDDER, 24" X 20' FEED THROAT, 100-HP MOTOR, W/ AMERICAN AIR FILTER ARRESTALL DUST COLLECTOR, SHAKER TYPE, EQUIPMENT # 04-Z-02, EQUIPMENT # 04-M-02, S/N 8848; (1) CONVEYOR, 16"W X 40'L, POWER RUBBER SLIDER BELT, INCLINED TYPE; (1) JEFFREY HAMMER MILL, 75-HP MOTOR, W/ 30-HP MATERIAL BLOWER, EQUIPMENT #04-F-06, EQUIPMENT # 04-M-01 |

Effective Date: Month Day, 2015



Company Name
Asset List

Exhibit B

| Item # | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 08 | 1 | N/A | N/A | N/A | N/A | N/A | M | SBR #3 LINE, CONSISTING OF: (1) HEAD TANK #3, WELDED STAINLESS STEEL CONSTRUCTION, 55-GALLON CAPACITY, 24" O.D. X 30"H SIZE, CYLINDRICAL, VERTICAL, MOUNTED ON (3) LEGS, 5-HP HEAD TANK PUMP, SPARE 5-HP HEAD TANK PUMP[TANK INSTALLED ON 2ND FLOOR], EQUIPMENT # 03-V-02; (1) CARBEX TANK, 260-GALLON CAPACITY, 4'-6"H X 3'-2" O.D. SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT BOTTOM, FLAT TOP, TOP MOUNTED 3-HP AGITATOR, EQUIPMENT # 03-V-03; (1) TRANSFER TROUGH, 9"W X 9"D X 9'L, WELDED STAINLESS STEEL CONSTRUCTION; (1) 1958 COAGULATION TANK #1 LARGE, 8,400-GALLON CAPACITY, 10'H X 12' O.D. SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT BOTTOM, OPEN TOP, TOP MOUNTED 30-HP AGITATOR, INSTALLED THROUGH 2ND FLOOR STEEL MEZZANINE, EQUIPMENT # 03-V-06; (1) TRANSFER TROUGH, 12"W X 12"D A 5'L, STAINLESS STEEL CONSTRUCTION; (1) COAGULATION TANK #2 SMALL, 2,300-GALLON CAPACITY, 8'H X 7' I.D. SIZE, TOP MOUNTED 10-HP AGITATOR, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT |

Effective Date: Month Day, 2015



**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 89 | 1 | N/A | N/A | N/A | N/A | N/A | M | SBR #6 LINE, CONSISTING OF:<br>(1) 1960 HEAD TANK, 90-GALLON CAPACITY, 30" I.D. X 30"H SIZE, STAINLESS STEEL CONSTRUCTION, CYLINDRICAL, VERTICAL, W/ TOP-MOUNTED AGITATOR, MOUNTED ON (3) LEGS, OPEN TOP, W/ 20-HP BOTTOM FEED PUMP, EQUIPMENT # 16-V-01;<br>(1) OVERFLOW TROUGH, 10"W X 8"D X 10'L, STAINLESS STEEL CONSTRUCTION;<br>(4) STATIC MIXER, STAINLESS STEEL CONSTRUCTION;<br>(1) COAGULATION TANK, 2,300-GALLON CAPACITY, 8'H X 7' O.D. SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT BOTTOM AND TOP, OPEN TOP, W/ TOP-MOUNTED 25-HP AGITATOR, MOUNTED THROUGH STEEL MEZZANINE FLOOR, 12"W X 12"D X 5'L STAINLESS STEEL TRANSFER TROUGH, PH METERING, EQUIPMENT # 16-V-04;<br>(1) SOAP CONVERSION TANK, 6,400-GALLON CAPACITY, 11'H X 10' O.D. SIZE, WELDED STAINLESS STEEL CONSTRUCTION, PH METERING, VERTICAL, CYLINDRICAL, FLAT BOTTOM AND TOP, OPEN TOP, MOUNTED THROUGH STEEL MEZZANINE FLOOR, W/ TOP-MOUNTED 25-HP AGITATOR, 12"D X 12"D X 90'L STAINLESS STEEL SLURRY TROUGH, |

Effective Date: Month Day, 2015



**Company Name**
Asset List

Exhibit B

| Item# | Qty | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|-----|----------|------|------|-------|----------|-------|-------------|
| 90 | 1 | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS EQUIPMENT THROUGHOUT FINISHING BUILDING, INCLUDING BUT NOT LIMITED TO:<br>(1) 1996 SPEEDAIRE 5Z689A RECIPROCATING AIR COMPRESSOR, 10-HP, 2-STAGE, HORIZONTAL TANK MOUNTED, W/ REFRIGERATED COMPRESSED AIR DRYER, S/N 082196L-767854;<br>(1) 1994 MILLER SRH-444 ARC WELDER, S/N KE650817;<br>(1) HI-VAC VACUUM UNIT, EQUIPMENT # 04-Z-03 |

Effective Date: Month Day, 2015



**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 91 | 1 | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS EQUIPMENT LOCATED IN RECOVERY BUILDING 2ND FLOOR, INCLUDING BUT NOT LIMITED TO: (1) DEGAS SURGE TANK, 10,000-GALLON CAPACITY, WELDED CARBON STEEL CONSTRUCTION, HORIZONTAL, CYLINDRICAL, CONICAL ENDS, TOP MOUNTED MEZZANINE [NOT IN SERVICE ON DATE OF INSPECTION], EQUIPMENT # 26-V-73; (1) 1969 PRESSURE FLASH TANK #5, 10,000-GALLON CAPACITY, 22'-4"L X 9' O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, HORIZONTAL, CYLINDRICAL, CONICAL ENDS, TOP MOUNTED MEZZANINE, PIPING, EQUIPMENT # 26-V-71; (1) 1969 VACUUM FLASH TANK #5, 10,000-GALLON CAPACITY, 22'-4"L X 9' O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, HORIZONTAL, CYLINDRICAL, CONICAL ENDS, TOP MOUNTED MEZZANINE, PIPING, EQUIPMENT # 26-V-72; (1) 1974 F STRIPPING COLUMN, 23,000-GALLON CAPACITY, 49'-3"H X 9' O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, FLAT BOTTOM, FLAT TOP, ENCLOSED IN STEEL MEZZANINE WALKWAY, EQUIPMENT # 27-V-04; (1) 1959 E STRIPPING COLUMN, 21,000-GALLON |

Effective Date: Month Day, 2015



**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 92 | 1 | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS EQUIPMENT LOCATED IN RECOVERY BUILDING 3RD FLOOR, INCLUDING BUT NOT LIMITED TO: (1) 1960 E COLUMN INCLINED HEAT EXCHANGER, 600-GALLON CAPACITY, 39" I.D, X 120"L SIZE, WELDED CARBON STEEL CONSTRUCTION, INCLINED MOUNTED, CYLINDRICAL, FLAT ENDS, W/ TOP MOUNTED PIPING, EQUIPMENT # 26-H-19; (1) E COLUMN FOAM TRAP TANK, 1,200-GALLON CAPACITY, 8'-4"L X 5' O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, HORIZONTAL MOUNTED, CYLINDRICAL, CONICAL ENDS, W/ TOP MOUNTED STEEL MEZZANINE, PIPING, EQUIPMENT # 26-V-53; (1) 1987 E COLUMN JET SUCTION DRUM, 370-GALLON CAPACITY, 7'H X 3' O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, CONICAL TOP AND BOTTOM, MOUNTED ON (3) LEGS, W/ TOP MOUNTED MEZZANINE WALKWAY, PIPING, EQUIPMENT # 26-V-66; (1) 1967 E COLUMN JET CONDENSER, 180-GALLON CAPACITY, 7'-9"H X 2' I.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, CONICAL TOP AND BOTTOM, W/ TOP AND BOTTOM MOUNTED PIPING, EQUIPMENT # 26-H-22; |

Effective Date: Month Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 93 | 1 | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS EQUIPMENT IN THE REACTOR BUILDING 3RD FLOOR, INCLUDING BUT NOT LIMITED TO: <br> (1) NC-11 REACTOR, WELDED CARBON STEEL CONSTRUCTION, CYLINDRICAL, VERTICAL, W/ TOP-MOUNTED 25-HP CHEMINEER DIRECT DRIVE, W/ CONICAL TOP AND BOTTOM, TOP INSULATED, MEZZANINE ENCLOSED, 3RD FLOOR ENCLOSED, EQUIPMENT # 24-V-26; <br> (1) NC-12 REACTOR, WELDED CARBON STEEL CONSTRUCTION, CYLINDRICAL, VERTICAL, W/ TOP-MOUNTED 25-HP CHEMINEER DIRECT DRIVE, W/ CONICAL TOP AND BOTTOM, TOP INSULATED, MEZZANINE ENCLOSED, 3RD FLOOR ENCLOSED, EQUIPMENT # 24-V-27; <br> (1) NC-13 REACTOR, WELDED CARBON STEEL CONSTRUCTION, CYLINDRICAL, VERTICAL, W/ TOP-MOUNTED 25-HP CHEMINEER DIRECT DRIVE, W/ CONICAL TOP AND BOTTOM, TOP INSULATED, MEZZANINE ENCLOSED, 3RD FLOOR ENCLOSED, EQUIPMENT # 24-V-28; <br> (1) NC-14 REACTOR, WELDED CARBON STEEL CONSTRUCTION, CYLINDRICAL, VERTICAL, W/ TOP-MOUNTED 7 1/2-HP STRUTHERS WELLS BELT DRIVE, W/ CONICAL TOP AND BOTTOM, TOP INSULATED, MEZZANINE ENCLOSED, 3RD FLOOR ENCLOSED, EQUIPMENT # 24-V-90; |

Effective Date: Month Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 94 | 0 | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS TANKS AND PUMPS IN THE RECOVERY BUILDING GROUND FLOOR, INCLUDING BUT NOT LIMITED TO: (1) FLASH TANK #5 NORTH CHARGE PUMP, 15-HP, EQUIPMENT # 26-P-15A; (1) FLASH TANK #5 SOUTH CHARGE PUMP, 15-HP, EQUIPMENT # 26-P-15B; (1) BATCH DRUM PUMP, 1 1/2-HP, W/ STAINLESS STEEL CONSTRUCTION PUMP; (1) F-COLUMN PUMPOUT PUMP, 30-HP, EQUIPMENT # 26-P-08; (1) E OR F-COLUMN PUMPOUT PUMP, 30-HP, SPARE, EQUIPMENT # 26-P-07; (1) E-COLUMN PUMPOUT PUMP, 30-HP, EQUIPMENT # 26-P-06; (1) FLASH TANK #4 NORTH CHARGE PUMP, 20-HP, EQUIPMENT # 26-P-14A; (1) FLASH TANK #4 SOUTH CHARGE PUMP, 20-HP, EQUIPMENT # 26-P-14B; (1) NORTH D-COLUMN PUMPOUT PUMP, 30-HP, EQUIPMENT # 26-P-05A; (1) SOUTH D-COLUMN PUMPOUT PUMP, 30-HP, EQUIPMENT # 26-P-05B; (1) NORTH DILUTION WATER PUMP, 3-HP, EQUIPMENT # 26-P-46A; (1) SOUTH DILUTION WATER PUMP, 3-HP, EQUIPMENT # 26-P-46B; |

Effective Date: Month Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 95 | 1 | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS EQUIPMENT, LOCATED IN SHORTSTOP SHED, INCLUDING BUT NOT LIMITED TO: (1) SDDC CALIBRATION TANK, 60-GALLON CAPACITY, 30"H X 25" O.D. SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, MOUNTED ON (3) LEGS, OPEN TOP, FLAT BOTTOM, MEZZANINE MOUNTED, EQUIPMENT # 22-V-59; (1) SDDC CALIBRATION TANK, 115-GALLON CAPACITY, 60"H X 24" O.D SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, MOUNTED ON (4) LEGS, OPEN TOP, FLAT BOTTOM, MEZZANINE MOUNTED; (1) SDDC CALIBRATION TANK, 115-GALLON CAPACITY, 60"H X 24" O.D SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, MOUNTED ON (4) LEGS, OPEN TOP, FLAT BOTTOM, MEZZANINE MOUNTED; (1) 1987 SDDC MIX TANK, 1,100-GALLON CAPACITY, 60" O.D. X 98"H SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT TOP, FLAT BOTTOM, W/ 3/4-HP TOP MOUNTED AGITATOR, EQUIPMENT # 22-V-53; (1) MAKE-UP NYS SPECIAL SHORTSTOP PUMP, 2-HP, EQUIPMENT # 22-P-40; |

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 98 | 1 | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS EQUIPMENT LOCATED IN CONTINUOUS AREA, INCLUDING BUT NOT LIMITED TO: (1) OLD HIGH SOLIDS SOAP TANK, APPROXIMATELY 4,500-GALLON CAPACITY, APPROXIMATELY 12'H X 8' O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT BOTTOM, FLAT TOP, EQUIPMENT # 20-V-34; (1) CHARGE SOAP NC WEST PUMP, 10-HP, EQUIPMENT # 24-P-26B; (1) CHARGE SOAP NC EAST PUMP, 10-HP, EQUIPMENT # 24-P-26A; (1) CHARGE SOAP SC WEST PUMP, 10-HP, EQUIPMENT # 24-P-41B; (1) CHARGE SOAP SC EAST PUMP, 10-HP, EQUIPMENT # 24-P-41A; (1) CALIBRATION TANK, 220-GALLON CAPACITY, 30" O.D. X 72"H SIZE, CARBON STEEL CONSTRUCTION, VERTICAL CYLINDRICAL, FLAT BOTTOM, FLAT TOP, BOTTOM HALF INSULATED, MOUNTED ON (4) LEGS, EQUIPMENT # 20-V-38; (1) CALIBRATION TANK, 220-GALLON CAPACITY, 30" O.D. X 72"H SIZE, CARBON STEEL CONSTRUCTION, VERTICAL CYLINDRICAL, FLAT BOTTOM, FLAT TOP, BOTTOM HALF INSULATED, MOUNTED ON (4) LEGS, EQUIPMENT # 20-V-37; |

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 97 | 1 | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS EQUIPMENT LOCATED IN REACTOR BUILDING GROUND FLOOR, INCLUDING BUT NOT LIMITED TO: (1) ACTIVATOR SURGE TANK, APPROXIMATELY 2,300-GALLON CAPACITY, APPROXIMATELY 8'H X 7' O.D. SIZE, POLYETHYLENE CONSTRUCTION, VERTICAL, CYLINDRICAL, CONICAL TOP, FLAT BOTTOM, EQUIPMENT # 24-V-67; (1) SURGE RACK, W/ (24) EXPLOSION PROOF PUMP CIRCUIT BREAKERS; (1) DISTILLED WATER HOLDING TANK, 650-GALLON CAPACITY, 30" O.D. X 18'L SIZE, CARBON STEEL CONSTRUCTION, HORIZONTAL MOUNTED, CYLINDRICAL, CONICAL ENDS, HEAVY WALL [NOT IN SERVICE ON DATE OF INSPECTION]; (1) CHARGE HEADER BOOSTER NC PUMP, 20-HP, EQUIPMENT # 24-P-30; (1) WEST ACTIVATOR FEED PUMP, 15-HP, EQUIPMENT # 24-P-07B; (1) CENTER ACTIVATOR FEED PUMP, 15-HP, EQUIPMENT # 24-P-07C; (1) EAST ACTIVATOR FEED PUMP, 15-HP, EQUIPMENT # 24-P-07A; (1) BUTADIENE CHARGE NC WEST PUMP, 10-HP, EQUIPMENT # 24-P-04B; (1) NC BUTADIENE CHARGE PUMP EAST, |

Effective Date: Month Day, 2015

[A]                    **Company Name**                                    Exhibit B
                          Asset List

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 98 | 1 | N/A | N/A | N/A | N/A | N/A | M | SBR #4 LINE, CONSISTING OF;<br>(1) HEAD TANK, 55-GALLON CAPACITY, 24" O.D. X 30"H SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT BOTTOM, OPEN TOP, MOUNTED ON (3) LEGS, 5-HP PUMP MOTOR [INSTALLED ON 2ND LEVEL STEEL MEZZANINE], EQUIPMENT # 04-V-03;<br>(1) CARBEX TANK, 230-GALLON CAPACITY, 4'-6"H X 3' O.D. SIZE, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT BOTTOM, OPEN TOP,  TOP MOUNTED 2-HP AGITATOR [INSTALLED THROUGH 2ND LEVEL STEEL MEZZANINE], EQUIPMENT # 04-V-04;<br>(1) TRANSFER TROUGH, 10"W X 10"D X 10'L, STAINLESS STEEL CONSTRUCTION;<br>(1) 1974 COAGULATION #1 LARGE TANK, 8,400-GALLON CAPACITY, 10'H X 12' O.D. SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, FLAT BOTTOM, OPEN TOP, TOP MOUNTED 25-HP AGITATOR [INSTALLED THROUGH 2ND FLOOR STEEL MEZZANINE], EQUIPMENT # 04-V-15;<br>(1) TRANSFER TROUGH, 12" X 12" X 5'L, STAINLESS STEEL CONSTRUCTION;<br>(1) COAGULATION #2 SMALL TANK, 2,100-GALLON CAPACITY, 7'-6"H X 7' O.D. SIZE, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, |

Effective Date: Month Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 99 | 1 | N/A | N/A | N/A | N/A | N/A | M | BAGGING LINE, CONSISTING OF: (1) LOADING HOPPER, STAINLESS STEEL CONSTRUCTION, APPROXIMATELY 24" DIAMETER X 48"H, 2-HP MOTOR, EQUIPMENT # 13-N-04; (1) AUGER CONVEYOR, 12" DIAMETER X 12'L, STAINLESS STEEL CONSTRUCTION; (1) K-TRON SODER WEIGH SCALE, CONVEYOR-TYPE, 22"W X 45"L RUBBER BELT, STAINLESS STEEL CONSTRUCTION, EQUIPMENT # 13-N-01; (1) AUGER FEED CONVEYOR, 12" DIAMETER X 12'L, STAINLESS STEEL CONSTRUCTION; (1) WHITEX NYSYN HOLDING BIN, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, TAPERED BOTTOM, FLAT TOP, TOP MOUNTED VERTICAL SCREW CONVEYOR, W/ 7 1/2-HP MOTOR, 8" DIAMETER AUGER X 24'L FEED CONVEYOR, 3-HP VIBRATORY SHAKER MOTOR AT THE BASE [MOUNTED THROUGH 2ND FLOOR MEZZANINE], EQUIPMENT # 13-V-01; (1) MERIC SCALE, 12"W X 40"L, POWER RUBBER BELT TYPE; (1) AUGER, 9" DIAMETER X 11'L, VERTICAL, SCREW FEED CONVEYOR, STAINLESS STEEL CONSTRUCTION, APPROXIMATELY 2-HP MOTOR [RUN THROUGH 2ND FLOOR MEZZANINE]; (1) AUGER, 9" DIAMETER X 11'L, VERTICAL, |

**Company Name**
Asset List

Exhibit B

| Item # | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 100 | 1 | N/A | N/A | N/A | N/A | N/A | M | PILOT PLANT EQUIPMENT LOCATED ON 1ST FLOOR, INCLUDING BUT NOT LIMITED TO: (1) HEAT EXCHANGER, 30"W X 5'L, EQUIPMENT # 75-V-44; (1) HEAT EXCHANGER, 30"W X 5'L, EQUIPMENT # 75-V-46; (1) AIR COMPRESSOR, RECIPROCATING TYPE, 7 1/2-HP; (1) ELECTRICAL MOTOR, 20-HP; (1) SEPARATOR VENT GAS COMPRESSOR, W/ 15-HP MOTOR, EQUIPMENT # 75-V-43; (1) COMPRESSOR SUCTION KNOCKOUT POT, EQUIPMENT # 75-V-30; (1) CEMENT SURGE TANK, APPROXIMATLEY 3,200-GALLON CAPACITY, APPROXIMATELY 6' DIAMETERX 15'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, CONICAL BOTOM, MOUNTED BETWEEN FIRST AND SECOND FLOOR, EQUIPMENT #75-V-52, W/ APPROXIMATELY 10-HP AGITATOR (1) CEMENT SURGE TANK, APPROXIMATLEY 3,200-GALLON CAPACITY, APPROXIMATELY 6' DIAMETERX 15'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, CONICAL BOTOM, MOUNTED BETWEEN FIRST AND SECOND FLOOR, EQUIPMENT #75-V-50, W/ APPROXIMATELY 10-HP AGITATOR |

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 101 | 1 | N/A | N/A | N/A | N/A | N/A | M | PILOT PLANT EQUIPMENT LOCATED ON 2ND FLOOR, INCLUDING BUT NOT LIMITED TO: (1) VACUUM KNOCKOUT POT, APPROXIMATELY 70-GALLON CAPACITY, APPROXIMATLEY 2' DIAMETER X 3'H, WELDED STAINLESS STEEL CONSTRUCTION, EQUIPMENT # 75-V-20; (1) TOWER CONDENSATE POT, APPROXIMATELY 95-GALLON CAPACITY, APPROXIMATELY 2' DIAMETER X 4'L, CARBON STEEL CONSTRUCTION, JACKETED, EQUIPMENT # 75-V-49; (1) VENT COMPRESSOR KNOCKOUT POT, APPROXIMATELY 315-GALLON CAPACITY, APPROXIMATLEY, 3' DIAMETER X 6'H, WELDED CARBON STEEL CONSTRUCTION, CONICAL TOP AND BOTTOM, EQUIPMENT # 75-V-48; (1) VENT COMPRESSOR KNOCKOUT DRUM, APPROXIMATELY 70-GALLON CAPACITY , APPROXIMATELY 2' DIAMETER X 3'H, WELDED CARBON STEEL CONSTRUCTION, CONICAL TOP AND BOTTOM, EQUIPMENT # 75-V-47; (1) ROTHSCHILD 335 SOLVENT TOWER, APPROXIMATELY 700-GALLON CAPACITY, APPROXIMATELY 2' DIAMETER X 30'H, CARBON STEEL CONSTRUCTION, VERTICAL, MOUNTED BETWEEN FIRST AND SECOND FLOOR, EQUIPMENT # 75-V-46, S/N 25381; |

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description |
|-------|------|---------|------|------|-------|----------|-------|-------------|
| 102 | 1 | N/A | N/A | N/A | N/A | N/A | M | PILOT PLANT EQUIPMENT LOCATED ON 3RD FLOOR, INCLUDING BUT NOT LIMITED TO: (1) BD PURIFICATION POT, APPROXIMATLEY 470-GALLON CAPACITY, APPROXIMATELY 4' DIAMETER X 5'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL , JACKETED, W/ TOP MOUNTED AGITATOR, APPROXIMATELY 10-HP, EQUIPMENT # 74-V-23; (1) AN WEIGH TANK, APPROXIMATELY 210-GALLON CAPACITY, APPROXIMATELY 3' DIAMETER X 4'H, WELDED CARBON STEEL CONSTRUCTION, REMOVABLE TOP, BOLT TOGETHER CONSTRUCTION, 3-LEG, W/ WEIGH SCALE SENSORS, EQUIPMENT # 74-V-27; (1) BD WEIGH TANK, APPROXIMATLEY 420-GALLON CAPACITY, APPROXIMATELY 3' DIAMETER X 8'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, CONICAL TOP AND BOTTOM, 3-LEG, W/ WEIGH SCALE SENSORS, EQUIPMENT # 74-V-28; (1) STRIPPER FOAM TRAP TANK, 1,500-GALLON CAPACITY, WELDED CARBON STEEL CONSTRUCTION, VERTICAL , CYLINDRICAL, CONICAL TOP AND BOTTOM, JACKETED, EQUIPMENT # 74-V-29; (1) STRIPPER CONDENSER POT, APPROXIMATELY 160-GALLON CAPACITY, |

Effective Date: Month, Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 103 | 1 | N/A | N/A | N/A | N/A | N/A | M | BLACK MASTER BATCH LINE TO INCLUDE BUT NOT LIMITED TO: (1) CARBON BLACK HOPPER, APPROXIMATELY 9'H X 6' OPENING DIAMETER TAPERING DOWN TO 6" DIAMETER, WELDED CARBON STEEL CONSTRUCTION, 4-POST MOUNTED, EQUIPMENT # 74-V-68; (1) BELT CONVEYOR, APPROXIMATELY 12"W X 3'L; (1) DUMPING FEED HOPPER, W/ GEAR DRIVEN LOAD SEPARATOR; (1) CARBON BLACK QUENCH TOWER, APPROXIMATELY 12" DIAMETER X 15'H, CARBON STEEL CONSTRUCTION, CYLINDRICAL, HORIZONTAL, 4-POST, EQUIPMENT # 74-V-70; (1) CARBON BLACK SCRUBBER TUBE, APPROXIMATELY 8" DIAMETER X 15'H, WELDED CARBON STEEL CONSTRUCTION, BOLT-ON ENDS, EQUIPMENT # 74-V-69; (1) HOLDING TANK, APPROXIMATLEY 40-GALLON CAPACITY, APPROXIMATELY 1'-6" DIAMETER X 3'H, STAINLESS STEEL CONSTRUCTION, VERTICAL; (1) HOLDING TANK, APPROXIMATELY 4' DIAMETER X 8'H, WELDED STAINLESS STEEL CONSTRUCTION, OPEN TOP, WELDED CARBON STEEL LEGS, CYLINDRICAL, VERTICAL, W/ TOP |

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 104 | 1 | N/A | N/A | N/A | N/A | N/A | MH | MISCELLANEOUS TANKS AND PUMPS IN PILOT PLANT TANK FARM, INCLUDING BUT NOT LIMITED TO: (1) 1986 BEST MANUFACTURING COMPANY INC. CEMENT SURGE TANK, APPROXIMATELY 550-GALLON CAPACITY, 4' O.D X 5'11"H, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, CYLINDRICAL, CONICAL TOP AND BOTTOM, 4-POST LEGS, TOP MOUNTED AGITATOR, APPROXIMATELY 5-HP; (1) SOUTH LATEX TANK, APPROXIMATELY 3,300-GALLON CAPACITY, APPROXIMATELY 8' DIAMETER X 9'H, WELDED CARBON STEEL CONSTRUCTION, CONICAL TOP, FLAT BOTTOM, W/ APPROXIMATELY 5-HP TOP MOUNTED AGITATOR, EQUIPMENT # 74-V-63; (1) 1974 VACUUM POT KNOCKOUT DRUM, APPROXIMATELY 17-GALLON CAPACITY, APPROXIMATELY 12" DIAMETER X 3'L, WELDED CARBON STEEL CONSTRUCTION, CONICAL TOP AND BOTTOM, 300-PSI MAXIMUM, S/N 742961, EQUIPMENT # 75-V-53; (1) CRUMB TANK, APPROXIMATELY 8' DIAMETER X 9'H, WELDED CARBON STEEL CONSTRUCTION, DOME TOP, FLAT BOTTOM, W/ APPROXIMATELY 5-HP TOP MOUNTED AGITATOR, EQUIPMENT # 74-V-62; |

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 105 | 1 | N/A | N/A | N/A | N/A | N/A | MH | TANK FARM OUTSIDE OF NORTH SIDE OF REACTOR, CONSISTING OF:<br>(1) 1960 BLOWDOWN TANK, BUTADIENE, STYRENE AND ACRYLONITRILE, 30,000-GALLON CAPCITY, 12' I.D.  X 33'L, WELDED CARBON STEEL CONSTRUCTION, CYLINDRICAL, HORIZONTAL, CONICAL ENDS, EQUIPMENT # 24-V-40;<br>(1) 1967 LATEX SURGE TANK, 100,000-GALLON CAPACITY, 22' I.D. X 36'H, WELDED CARBON STEEL CONSTRUCTION, CYLINDRICAL, VERTICAL, EQUIPMENT # 26-V-61;<br>(1) LATEX SURGE TRANSFER PUMP, 15-HP, EQUIPMENT # 26-P-49;<br>(1) STYRENE WATER SURGE TANK, APPROXIMATELY 50,000-GALLON CAPACITY, APPROXIMATELY 15' DIAMETER X 30'L, CYLINDRICAL, HORIZONTAL, CONICAL ENDS, EQUIPMENT # 26-V-80;<br>(1) STYRENE WATER SURGE PUMP, 10-HP, EQUIPMENT # 26-P-80;<br>(1) 1955 LATEX SURGE TANK, 30,000-GALLON CAPACITY, 16' DIAMETER X 20'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT # 26-V-43 [NOT IN SERVICE ON DATE OF INSPECTION];<br>(1) LATEX SURGE TANK, APPROXIMATLEY 33,000- |



**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 106 | 1 | N/A | N/A | N/A | N/A | N/A | MH | PILOT PLANT TANK FARM TO INCLUDE BUT NOT LIMITED TO: (1) HEXANE STORAGE TANK, APPROXIMATELY 10,000-GALLON CAPACITY, APPROXIMATELY 11' DIAMETER X 15'H, WELDED CARBON STEEL CONSTRUCTION, CYLINDRICAL, VERTICAL, EQUIPMENT # 75-V-51 [INSIDE CONCRETE HOLDING AREA, APPROXIMATELY 4'H CONCRETE WALLS]; (1) SOLVENT SURGE PUMP, 3-HP, EQUIPMENT # 75-P-51; (1) 1980 WET HEXANE STORAGE TANK, APPROXIMATELY 7,000-GALLON CAPACITY, APPROXIMATELY 10' DIAMETER X 12'H, WELDEC CARBON STEEL CONSTRUCTION, CYLINDRICAL, VERTICAL , EQUIPMENT # 75-V-36 [INSIDE CONCRETE HOLDING AREA, APPROXIMATELY 4'H CONCRETE WALLS]; (1) PROPYLENE UNLOADING PUMP, APPROXIMATELY 5-HP; (1) DRY HEXANE STORAGE TANK, APPROXIMATELY 2,000-GALLON CAPACITY, APPROXIMATELY 6' DIAMETER X 10'H, WELDED CARBON STEEL CONSTRUCTION, CYLINDRICAL, VERTICAL, CONICAL TOP AND BOTTOM, 4-SUPPORT LEGS, EQUIPMENT # 75-V-33; (1) DRY HEXANE STORAGE TANK, |

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description |
|-------|------|---------|------|------|-------|----------|-------|-------------|
| 107 | 1 | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS LATEX PILOT PLANT EQUIPMENT, INCLUDING BUT NOT LIMITED TO: (1) UNLOADING SILO, APPROXIMATELY 8' DIAMETER AT TOP CYCLING DOWN TO 2' DIAMETER AT BOTTOM X APPROXIMATELY 10'L, GALVANIZED CONSTRUCTION, W/ APPROXIMATELY 10-HP TRANSFER PUMP, TOP MOUNTED DAY MIXER, EQUIPMENT # 75-V-71; (1) CIRCULATING FEED HEATER, APPROXIMATELY 12" DIAMETER X 12'L, INSULATED, EQUIPMENT # 75-H-19; (1) MIXER FEED HEATER, APPROXIMATELY 10" DIAMETER X 10'L, 2ND STAGE, HEAT JACKETED, EQUIPMENT # H2; (1) 1ST STAGE FLASH TANK, APPROXIMATLEY 2,100-GALLON CAPACITY, APPROXIMATELY 6' DIAMETER X 10'H, STAINLESS STEEL CONSTRUCTION, CONICAL TOP AND BOTTOM, FULLY JACKETED, EQUIPMENT # 75-V-78; (1) VACUUM PUMP, 15-HP; (1) 1ST STAGE PRIMARY OH CONDENSER, APPROXIMATELY 10" DIAMETER X 8'L, EQUIPMENT # 75-H-12; (1) 1ST STAGE SECONDARY OH CONDENSER, APPROXIMATELY 8" DIAMETER X 8'L, EQUIPMENT # 75-H-13; (1) CONICAL MIXER OVER-HEAT CONDENSER, |

Effective Date: Month Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 108 | 1 | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS LATEX PILOT LINE SUPPORT EQUIPMENT, INCLUDING BUT NOT LIMITED TO:<br>(1) EN FEED TANK, APPROXIMATELY 11-GALLON CAPACITY, APPROXIMATELY 12" DIAMETER X 2'H, WELDED CARBON STEEL CONSTRUCTION, 3-SUPPORT LEGS , BOLT-ON TOP;<br>(1) RD FEED TANK, APPROXIMATELY 11-GALLON CAPACITY , APPROXIMATELY 12" DIAMETER X 2'H, WELDED CARBON STEEL CONSTRUCTION, CONICAL BOTTOM, BOLT-ON TOP, W/ PNEUMATIC AGITATOR;<br>(1) MI FEED TANK, APPROXIMATELY 11-GALLON CAPACITY , APPROXIMATELY, 12" DIAMETER X 2'H, WELDED CARBON STEEL CONSTRUCTION, CONICAL BOTTOM, BOLT-ON TOP, W/ TOP AIR PNEUMATIC CONTROLLED AGITATOR;<br>(1) ALKYL FEED TANK, APPROXIMATELY 11-GALLON CAPACITY , APPROXIMATELY 12"W X 2'H, WELDED CARBON STEEL CONSTRUCTION, CONICAL BOTTOM, BOLT-ON TOP;<br>(1) CATALYST FEED TANK, APPROXIMATELY 11-GALLON CAPACITY , APPROXIMATELY 12" DIAMETER X 2'H, WELDED CARBON STEEL CONSTRUCTION, CONICAL BOTTOM, BOLT-ON TOP, W/ PNEUMATIC AGITATOR;<br>(1) HEAT EXCHANGER, APPROXIMATELY 10" DIAMETER X 8'L, EQUIPMENT # 75-V-37; |

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 109 | 1 | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS EQUIPMENT OUTSIDE PILOT PLANT, INCLUDING BUT NOT LIMITED TO: (1) HOLDING TANK, APPROXIMATELY 260-GALLON CAPACITY, APPROXIMATELY 3' DIAMETER X 5'H, WELDED STAINLESS STEEL CONSTRUCTION, 4-SUPPORT LEGS, W/ TOP MOUNTED APPROXIMATELY 5-HP AGITATOR; (1) MIXING POT, APPROXIMATELY 70-GALLON CAPACITY, APPROXIMATELY 2' DIAMETER X 3'H, WELDED CARBON STEEL CONSTRUCTION, BOLT-ON TOP; (1) COAGULATION TANK, APPROXIMATELY 115-GALLON CAPACITY, APPROXIMATELY 2' DIAMETER X 5'L, CARBON STEEL CONSTRUCTION, CONICAL TOP AND BOTTOM, EQUIPMENT # 75-V-19; (1) PROCESS WASTEWATER STORAGE TANK, APPROXIMATELY 10,000-GALLON CAPACITY, APPROXIMATELY 12' DIAMETER X 12'H, POLYURETHANE CONSTRUCTION, EQUIPMENT #75-V-07 W/ WASTE STORAGE TANK TRANSFER PUMP, APPROXIMATELY 5-HP, EQUIPMENT #75-P-01; (1) TRANSFER PUMP, 7-1/2-HP, EQUIPMENT #75-P-47; (1) WATER METERING PUMP, 1/2-HP; (3) BREAKER, EXPLOSION-PROOF |
| 110 | 1 | N/A | N/A | N/A | N/A | N/A | POW | SUBSTATION FOR PILOT PLANT, TO INCLUDE BUT NOT LIMITED TO: (18) SUBSTATION PANELS, SINGLE SIDED, W/ 4-5 BREAKERS PER PANEL; (5) SINGLE THROW MAIN BREAKERS |



**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 111 | 1 | N/A | N/A | N/A | N/A | N/A | L | MISCELLANEOUS LAB EQUIPMENT LOCATED IN PILOT PLANT ANNEX, INCLUDING BUT NOT LIMITED TO: (1) METTLER PEE LAB SCALE; (1) LAB SCALE; (1) LAB BLENDER; (1) BROOKFIELD DV2T VISCOMETER; (1) CORNING PC-351 HOT PLATE; (1) LABORATORY HOOD FUME EXTRACTOR, APPROXIMATELY 4'W X 2'H |
| 112 | 1 | N/A | N/A | N/A | N/A | N/A | L | MISCELLANEOUS TESTING EQUIPMENT IN PILOT LAB RESEARCH AREA, INCLUDING BUT NOT LIMITED TO: (6) EXHAUST FUME HOOD, APPROXIMATELY 8'W X 4'D X 10'H, WALK-IN TYPE, SLIDING GLASS DOORS, THROUGH-ROOF VENTILATION; (1) METTLER TOLEDO AG204 DIGITAL RANGE SCALE; (1) BOTTLE TUMBLER, APPROXIMATELY 4'L X 2'W X 2'D, STAINLESS STEEL TANK, REFRIGERATION TYPE; (1) WATER CHILLER, APPROXIMATELY 2' DIAMETER X 3'H, W 3/4-HP PUMP; (1) SARTORIUS LAB SCALE; (1) HOTPACK TRUE TEMP OVEN, APPROXIMATELY 4'W X 4'D X 7'H; (1) LAB BLENDER; (1) MIXING TANK, 2' DIAMETER X 3 1/2'H, STAINLESS STEEL CONSTRUCTION, W/ PNEUMATIC AGITATOR; (1) PRESSURE WASHER; (1) POLYMER SYSTEMS BTP SILENATOR; (1) METTLER 31-0851FU SCALE, 100-LB CAPACITY; (1) SUSSMAN ELECTRONIC BOILERS ES48 BOILER SYSTEM, 100-PSI MAXIMUM BOILER PRESSURE, S/N N3-20639-W12; |

Effective Date: Month, Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 113 | 1 | N/A | N/A | HANKISON | DH-300 | 3345-7-0401-1 | SE | AIR DRYER, 3,000-CFM [NOT IN SERVICE ON DATE OF INSPECTION; SITTING OUTSIDE IN STORAGE AREA] |
| 114 | 1 | 74-D-03 | N/A | PROCTOR & SCHWARTZ | N/A | K-5796 | SE | BURNOFF OVEN, APPROXIMATELY 7'W X 8'D X 10'H, W/ APPROXIMATELY 20-HP BLOWER |
| 115 | 1 | 74-H-1 | N/A | COPELAND | N/A | N/A | SE | AMMONIA CHILLER SYSTEM, W/ AMMONIA STORAGE TANK, APPROXIMATELY 6'W X 15'L, CARBON STEEL CONSTRUCTION, HORIZONTAL, CYLINDRICAL, DOMED ENDS, INSULATED, W/ EAST AND WEST COOLAN PUMPS, APPROXIMATELY 10-HP EACH [NOT IN SERVICE ON DATE OF INSPECTION] |
| 116 | 1 | N/A | N/A | FARREL | N/A | N/A | SE | LAB PRESS, DUAL DRUM, APPROXIMATELY 7' DIAMETER X 12"W DRUMS, STEAM HEATED ROLLER DRUMS |
| 117 | 1 | N/A | N/A | MILLER | N/A | N/A | SE | CUTOFF PRESS, APPROXIMATELY 24"W, GUILLOTINE TYPE, HYDRAULIC [NOT IN SERVICE ON DATE OF INSPECTION] |

Effective Date: Month Day, 2015

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 118 | 1 | N/A | N/A | N/A | N/A | N/A | MH | CARBON BLACK UNLOADING AREA, CONSISTING OF: (1) TRUCK UNLOADING CONVEYOR, APPROXIMATELY 35' FLAT LENGTH, W/ APPROXIMATELY 20' ANGLED RISER, 12"W, CAM BELT TYPE, 3-POSITION UNLOADING, FULLY ENCLOSED IN STAINLESS STEEL CASING, PIT MOUNTED FOR FLAT SECTION, EQUIPMENT # B-60-4-384, CONVEYOR #2; (1) RAIL CAR UNLOADING CONVEYOR, APPROXIMATELY 20'L FLAT, W/ APPROXIMATELY 30' RISER SECTION, 24"W, CAM BELT TYPE, 2-POSITION UNLOADING, FULLY ENCLOSED IN STAINLESS STEEL HOUSING, PIT MOUNTED FOR FLAT SECTION, APPROXIMATELY 20-HP DRIVE MOTOR, EQUIPMENT # B-60-4-383, CONVEYOR #1; (1) BUCKET ELEVATOR, 18"W X 42"L X APPROXIMATELY 40'H, FULLY ENCLOSED IN STAINLESS STEEL HOUSING, W/ 5-HP TOP MOUNTED DRIVE MOTOR, EQUIPMENT # B-60-4-390 CW BUCKET ELEVATOR #1; (1) CONVEYOR, 24"W X 60'L, BELT TYPE, FULLY ENCLOSED IN STAINLESS STEEL HOUSING, RUBBER BELT TYPE, W/ 5-HP DRIVE MOTOR, EQUIPMENT # B-60-4-385; (1) DUST COLLECTION HOPPER, |

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 119 | 1 | N/A | N/A | N/A | N/A | N/A | MH | MISCELLANEOUS OIL STORAGE TANKS, INCLUDING BUT NOT LIMITED TO: (1) STAINING OIL AND OR STAINING OIL EMULSION STORAGE TANK, 100,000-GALLON CAPACITY, 25' I.D. X 27'-3"H, CARBON STEEL CONSTRUCTION, VERTICAL, JACKETED, EQUIPMENT # 04-V-44; (2) STAINING OIL TRANSFER PUMP, 15-HP; (1) 1955 TALL OIL STORAGE TANK, 15,500-GALLON CAPACITY, 12' I.D. X 18'-2"H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT # 04-V-40; (2) DRYER FUEL OIL PUMP, APPROXIMATELY 15-HP; (1) STORAGE TANK, APPROXIMATELY 15,500-GALLON CAPACITY, APPROXIMATELY 12' DIAMETER X 18'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT #N/A; (2) OIL TRANSFER PUMP, 5-HP; (1) 1955 STAINING OIL AND OR STAINING OIL EMULSION STORAGE TANK, 27,500-GALLON CAPACITY, 10' O.D X 40'L, WELDED CARBON STEEL CONSTRUCTION, CYLINDRICAL, HORIZONTAL, CONICAL ENDS, W/ INTERNAL HEATER COIL, STEAM HEATED, EQUIPMENT # 16-V-24; (1) 1952 STAINING OIL AND OR STAINING OIL |

**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 120 | 1 | N/A | N/A | N/A | N/A | N/A | MH | MISCELLANEOUS LATEX STORAGE TANKS, INCLUDING BUT NOT LIMITED TO: (1) 1952 LATEX BLEND TANK, 158,000-GALLON CAPACITY, 30' I.D. X 30'H , WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT #03-V-26,  W/ SIDE MOUNTED AGITATOR, 25-HP, EQUIPMENT #03-A-26; (1) LATEX TK PUMP, APPROXIMATELY 25-HP, EQUIPMENT # 03-P-13; (1) 1952 LATEX BLEND TANK, 205,000-GALLON CAPACITY, 34'-6" I.D. X 30'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT # 04-V-42, W/ 25-HP SIDE MOUNTED AGITATOR [NOT IN SERVICE ON DATE OF INSPECTION; AWAITING HARDENED LATEX TO BE REMOVED]; (1) LATEX TRANSFER PUMP, 25-HP [NOT IN SERVICE ON DATE OF INSPECTION]; (1) 1960 LATEX BLEN TANK, 180,000-GALLON CAPACITY, 32' I.D. X 30'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT #15-V-38, #9, W/ SIDE MOUNTED AGITATOR, 30-HP, EQUIPMENT #15-A-38; (1) LATEX BLEND TK PUMP, APPROXIMATELY 25-HP, EQUIPMENT # 05-P-15; (1) 1968 LATEX BLEND TANK, 204,000-GALLON CAPACITY, 32' I.D. X 34'H METER, WELDED CARBON STEEL CONSTRUCTION, VERTICAL; |



**Company Name**
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 121 | 1 | N/A | N/A | N/A | N/A | N/A | MH | MISCELLANEOUS LATEX FEED TANK, INCLUDING BUT NOT LIMITED TO:<br>(1) 1974 LATEX FEED TANK, 84,000-GALLON CAPACITY, 20' I.D. X 36'-2"H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT # 16-V-34, #6 NORTH, W/ LATEX FEED TANK AGITATOR, 25-HP, EQUIPMENT 16-A-34;<br>(1) LATEX FEED TANK PUMP, 25-HP, EQUIPMENT # 06-P-34;<br>(1) 1974 LATEX FEED TANK, 84,000-GALLON CAPACITY, 20' I.D. X 36'-2"H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT # 16-V-32, #6 SOUTH, W/ LATEX TK AGITATOR, 25-HP, EQUIPMENT #16-A-32;<br>(1) LATEX TK FEED PUMP, APPROXIMATELY 25-HP, EQUIPMENT # 06-P-32;<br>(1) 1974 LATEX FEED TANK, 84,000-GALLON CAPACITY, 20' I.D. X 36'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT # 15-V-46, #5 NORTH, W/ LATEX FEED TK AGITATOR, 25-HP, EQUIPMENT #15-A-46;<br>(1) BLEND TK PUMP, 25-HP, EQUIPMENT # 05-P-13;<br>(1) 1974 LATEX FEED TANK, 84,000-GALLON CAPACITY, 20' I.D. X 36'H, WELDED CARBON STEEL CONSTRUCTION, VERTICAL, EQUIPMENT # 15-V-44, #5 SOUTH,  W/ LATEX FEED TK |

Effective Date: Month Day, 2015



Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 122 | 1 | N/A | N/A | N/A | N/A | N/A | MH | MISCELLANEOUS RECYCLED RUBBER STORAGE TANKS, INCLUDING BUT NOT LIMITED TO: (1) STORAGE TANK, APPROXIMATELY 19,800-GALLON CAPACITY, APPROXIMATELY 15' DIAMETER X 15'H, WELDED STAINLESS STEEL CONSTRUCTION, VERTICAL, EQUIPMENT # N/A; (1) DAF RECYCLE PUMP, 25-HP, EQUIPMENT # 04-P-6B; (1) RECYCLE TRANSFER PUMP, APPROXIMATELY 25-HP; (1) EAST SLUDGE FEED PUMP, 7-1/2-HP; (1) 1972 RECYCLED RUBBER STORAGE TANK, 24,800-GALLON CAPACITY, 16' I.D. X 18'H, WELDED CARBON STEEL CONSTRUCTION,VERTICAL, EQUIPMENT # 04-V-23 |
| 123 | 1 | N/A | N/A | N/A | N/A | N/A | MH | WASTEWATER COLLECTION PIT, CONCRETE CONSTRUCTION, W/ (3) WASTEWATER TRANSFER PUMPS, 40-HP EACH, (1) WASTEWATER AGITATOR, 5-HP |
| 124 | 1 | N/A | N/A | N/A | N/A | N/A | POW | MISCELLANEOUS SUBSTATION EQUIPMENT IN SUBSTATION 15, INCLUDING BUT NOT LIMITED TO: (5) POWER BANK, W/ (3) MAIN BREAKERS; (2) WESTINGHOUSE ASL TRANSFORMER, DRY TYPE; (3) POWER RELAY BANK; (4) SUBSTATION PANEL, W/ (5) TO (6) BREAKERS; (3) SUBSTATION PANEL, W/ (6) BREAKERS; (5) SUBSTATION PANEL, W/ (4) TO (6) BREAKERS; (1) ENERGENIUS DUAL MICROPROCESSOR DC POWER SUPPLY, CHARGER, W/ INTEGRATED BATTERY CHECK SYSTEM, DATA LOGGER |

Effective Date: Month Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|-------|------|----------|------|------|-------|----------|-------|-------------|
| 125 | 1 | N/A | N/A. | N/A | N/A | N/A | POW | MISCELLANEOUS SUBSTATION EQUIPMENT LOCATED IN SUBSTATION 15-2, INCLUDING BUT NOT LIMITED TO: (6) SUBSTATION PANELS, W/ 6-BREAKERS PER PANEL |
| 126 | 1 | N/A | N/A | N/A | N/A | N/A | POW | MISCELLANEOUS SUBSTATION EQUIPMENT IN SUBSTATION #2, INCLUDING BUT NOT LIMITED TO: (22) SUBSTATION PANEL, DUAL SIDED, W/ APPROXIMATELY 5-6 BREAKERS PER SIDE; (2) NATIONAL TRANSFORMER, DRY TYPE; (6) SUBSTATION PANEL, 3-BREAKERS PER PANEL; (15) SUBSTATION PANEL, DUAL SIDED, W/ APPROXIMATELY 6-7 BREAKERS PER SIDE |
| 127 | 1 | N/A | N/A | N/A | N/A | N/A | POW | MISCELLANEOUS SUBSTATION EQUIPMENT LOCATED IN SUBSTATION 11, INCLUDING BUT NOT LIMITED TO: (18) SUBSTATION PANEL, SINGLE SIDED, W/ APPROXIMATELY 6-BREAKERS PER PANEL; (10) SUBSTATION PANEL, DUAL SIDED, W/ APPROXIMATELY 5-BREAKERS PER SIDE; (1) WESTINGHOUSE ASL TRANSFORMER, DRY TYPE |
| 128 | 1 | N/A | N/A | N/A | N/A | N/A | POW | MISCELLANEOUS SUBSTATION EQUIPMENT LOCATED IN SUBSTATION #1, INCLUDING BUT NOT LIMITED TO: (22) SUBSTATION PANEL, DUAL SIDED, W/ APPROXIMATELY 4-6 BREAKERS PER SIDE; (2) WESTINGHOUSE ASL TRANSFORMER, DRY TYPE; (4) SUBSTATION PANEL, SINGLE SIDED, W/ 3-BREAKERS PER PANEL; (3) SUBSTATION PANEL, SINGLE SIDED, W/ 6-BREAKERS PER PANEL |

Effective Date: Month Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 129 | 1 | N/A | N/A | N/A | N/A | N/A | POW | MISCELLANEOUS SUBSTATION EQUIPMENT IN SUBSTATION #4, INCLUDING BUT NOT LIMITED TO: (2) GENERAL ELECTRIC SUBSTATION PANEL, W/ 3-BREAKERS PER PANEL; (5) SUBSTATION PANEL, SINGLE SIDED W/ 3-BREAKERS PER PANEL; (8) SUBSTATION PANEL, DUAL SIDED, W/ 3-BREAKERS PER SIDE; (7) SUBSTATION PANEL, SINGLE SIDED, W/ 5-BREAKERS PER PANEL |
| 130 | 1 | N/A | N/A | N/A | N/A | N/A | POW | MISCELLANEOUS SUBSTATION EQUIPMENT LOCATED IN EC SUBSTATION, INCLUDING BUT NOT LIMITED TO: (8) SUBSTATION PANEL, DUAL SIDED, W/ APPROXIMATELY 4-BREAKERS PER SIDE; (4) MAIN BREAKER PANEL, SINGLE THROW BREAKER |
| 131 | 1 | N/A | N/A | N/A | N/A | N/A | POW | MISCELLANEOUS SUBSTATION EQUIPMENT LOCATED IN SUBSTATION #5, INCLUDING BUT NOT LIMITED TO: (30) WESTINGHOUSE SUBSTATION PANEL, SINGLE BREAKER TYPE; (5) SUBSTATION PANEL, SINGLE SIDED, 4-BREAKER PER PANEL |
| 132 | 1 | N/A | N/A | N/A | N/A | N/A | POW | MISCELLANEOUS POWERHOUSE SUBSTATION EQUIPMENT, INCLUDING BUT NOT LIMITED TO: (2) SUBSTATION PANELS, SINGLE SIDED, SINGLE BREAKER PER PANEL; (2) SUBSTATION PANEL, DUAL SIDED, W/ APPROXIMATELY 6-BREAKERS PER SIDE; (4) SUBSTATION PANEL, SINGLE SIDED, W/ 5-BREAKERS PER PANEL |
| 133 | 1 | N/A | N/A | N/A | N/A | N/A | POW | MISCELLANEOUS WATER TREATMENT SUBSTATION PANELS, INCLUDING BUT NOT LIMITED TO: (3) SUBSTATION PANEL, DUAL SIDED, W/ APPROXIMATELY 4-BREAKERS PER SIDE |

54

Effective Date: Month Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 134 | 1 | N/A | N/A | N/A | N/A | N/A | POW | MISCELLANEOUS SUBSTATION EQUIPMENT LOCATED IN SUBSTATION #12, INCLUDING BUT NOT LIMITED TO: ASSORTED OUT OF SERVICE SUBSTATION EQUIPMENT, USED FOR TRAINING AREA |
| 135 | 1 | N/A | N/A | N/A | N/A | N/A | POW | MISCELLANEOUS SWITCH GEAR LOCATED IN SWITCH GEAR STATION B, INCLUDING BUT NOT LIMITED TO: (9) SWITCH GEAR STATIONS |
| 136 | 1 | N/A | N/A | N/A | N/A | N/A | POW | MISCELLANEOUS SUBSTATION PANELS LOCATED IN SUBSTATION 3-2, INCLUDING BUT NOT LIMITED TO: (13) SUBSTATION PANEL, DUAL SIDED, W/ 5-BREAKERS PER SIDE; (6) SUBSTATION PANEL, DUAL SIDED, W/ 6-BREAKERS PER SIDE |
| 137 | 1 | 16-V-88 | 1986 | N/A | N/A | N/A | MH | CALCIUM CHLORIDE STORAGE TANK, 8,800-GALLON CAPACITY, 10' I.D. X 15'H, POLYURETHANE CONSTRUCTION, CONICAL TOP, W/ CALCIUM CHLORIDE SUMP PUMP, 1-/2-HP, EQUIPMENT #06-P-20, (2) CALCIUM CHLORIDE PUMPS, 1-HP, EQUIPMENT #S 06-P-19A, 06-P-19B |
| 138 | 1 | 16-V-22 | 1978 | N/A | N/A | N/A | MH | ALUMINUM SULFATE TANK, 8,800-GALLON CAPACITY, 10' O.D. X 14'H, FIBERGLASS CONSTRUCTION, W/ (2) ALUMINUM SULFATE PUMPS, 1-HP, EQUIPMENT #S 06-P-17A AND 06-P-17B |
| 139 | 1 | N/A | N/A | N/A | W F-175 | HP-2427 | SE | HYDROBLASTER, HIGH PRESSURE GENERATING PRESSURE WASHER, W/ 150-HP ELECTRIC MOTOR |
| 140 | 1 | 15-V-24 | 1981 | N/A | N/A | N/A | MH | NALCO COAGULATION AID STORAGE TANK, 8,900-GALLON CAPACITY, 10'-6" DIAMETER X 15'H, FIBERGLASS CONSTRUCTION, VERTICAL, W/ (2) NALCO TRANSFER PUMPS, 1-HP, EQUIPMENT NUMBER, N/A |

Effective Date: Month Day, 2015

Company Name
Asset List

Exhibit B

| Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description |
|---|---|---|---|---|---|---|---|---|
| 141 | 1 | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS EQUIPMENT, INCLUDING BUT NOT LIMITED TO:<br>(1) EXHAUST BLOWER SYSTEM FOR 3 AND 4 LINE, 4-LINE SYSTEM, W/ 1-STACK VENT EXHAUST SYSTEM, WELDED CARBON STEEL CYCLONE, 125-HP ELECTRIC MOTOR, ROOFTOP MOUNTED, MEZZANINE STRUCTURE SURROUNDED;<br>(1) EXHAUST FAN SYSTEM FOR 3 LINE, APPROXIMATELY 7' DIAMETER X 20'H, DUAL CYCLONE TYPE, ROOFTOP MOUNTED, FULL MEZZANINE STRUCTURE ENCLOSED, W/ SINGLE DUST COLLECTION FAN, APPROXIMATELY 8' RADIUS X 24"W, W/ GENERAL ELECTRIC 300-HP MOTOR, ROOFTOP MEZZANINE MOUNTED;<br>(1) 4 LINE MAIN BLOWER, APPROXIMATELY 72" DIAMETER HOUSING X 24"W, W/ 350-HP ELECTRICAL MOTOR [LOCATED INSIDE BUILDING];<br>(1) 2009 QUALITY MACHINE WORKS 3 LINE MAIN BLOWER, APPROXIMATELY 72" DIAMETER X 24"W, W/ 600-HP ELECTRICAL DRIVE MOTOR, FRESH AIR STACK GOING UP 4-STORIES HIGH |
| 142 | 1 | | 1982 | FORD | LT800 | 1FDRT80K6C VA29780 | RS | DUMP TRUCK [NOT PHYSICALLY INSPECTED, VALUE BASED ON COMPANY PROVIDED DATA, CONDITION ASSUMED GOOD] |
| 143 | 1 | | 1994 | NISSAN | UD2600 | JNAPA08J3R GE75337 | RS | CAB OVER ENGINE TRUCK [NOT PHYSICALLY INSPECTED, VALUE BASED ON COMPANY PROVIDED DATA, CONDITION ASSUMED GOOD] |
| 144 | 1 | N/A | 2000 | JLG | 1932E2 | 0200089569 | ME | AERIAL LIFT, PLATFORM SCISSOR TYPE, 500-LB PLATFORM LOAD CAPACITY, 19' MAXIMUM LIFT HEIGHT |

Effective Date: Month Day, 2015

| Fill in this information to identify the case: |
|---|

Debtor name **East West Copolymer LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF LOUISIANA

Case number (if known)    **17-10327**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Bank of America, N.A.** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**101 North Tryon St.**
**NC1-001-05-45**
**Charlotte, NC 28255**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11-23-16**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | **Brown & Root Industrial Services** | Describe debtor's property that is subject to a lien | $3,020,855.72 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 95422**
**GRAPEVINE, TX**
**76099-9734**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

| Debtor | **East West Copolymer LLC** | Case number (if know) | **17-10327** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.3 | **Copolymer Holdings** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**36191 Highway 20**
**Geismar, LA 70734**

Creditor's mailing address

Describe the lien
**Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2-11-14**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **HYG Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 35701**
**Billings, MT 59107**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2-21-17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Lion Copolymer Holdings, LLC** | Describe debtor's property that is subject to a lien | $5,135,992.00 | $10,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**96 acres of land with over 475.000 square fee of gross building area located at 5955 Scenic Hwy., Baton Rouge, LA and other movable property and other movable property and other movable property.**

**36191 Highway 30**
**Geismar, LA 70734**

Creditor's mailing address

Describe the lien
**UCC**

| Debtor | **East West Copolymer LLC** | | Case number (if know) | **17-10327** |
|---|---|---|---|---|
| | Name | | | |

---

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **4-16-14** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **1. Main Street Capital Corp.** | ☐ Disputed |
| **2. Lion Copolymer Holdings, LLC** | |
| **3. TCTM Financial 2015 EW LLC** | |

---

| 2.6 | **Main Street Capital Corp.** | **Describe debtor's property that is subject to a lien** | **$14,131,921.00** | **$10,200,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **96 acres of land with over 475.000 square fee of gross building area located at 5955 Scenic Hwy., Baton Rouge, LA and other movable property and other movable property and other movable property.** | | |
| | **c/o David Magdol** | | | |
| | **1300 Post Oak Blvd., Suite 800** | | | |
| | **Houston, TX 77056** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | _____ | | |
| | | **Is the creditor an insider or related party?** | | |
| | _____ | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ☐ No | Check all that apply | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | **Specified on line 2.5** | ☐ Disputed | | |

---

| 2.7 | **Motion Industries, Inc.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **P.O. Box 1477** | | | |
| | **Birmingham, AL 35201** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC** | | |
| | | **Is the creditor an insider or related party?** | | |
| | _____ | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **10-7-15** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |

---

| Debtor | **East West Copolymer LLC** | Case number (if know) | **17-10327** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Newstar Business Credit, LLC** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**as Administrative Agent
8401 N. Central
Expressway, Suite 600
Dallas, TX 75225**
Creditor's mailing address

Describe the lien
**UCC**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**8-13-15**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Sterling National Bank** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**f/n/a/ New Star Business
Center, LLC
8401 North Central
Expressway, Suite 606
Dallas, TX 75225**
Creditor's mailing address

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**8-17-15**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **TCTM Financial 2015 EW LLC** | Describe debtor's property that is subject to a lien | **$11,054,309.00** | **$10,200,000.00** |
|---|---|---|---|---|

---

Debtor    **East West Copolymer LLC**                         Case number (if know)    **17-10327**
_____
Name

| | |
|---|---|
| Creditor's Name | **96 acres of land with over 475.000 square fee of gross building area located at 5955 Scenic Hwy., Baton Rouge, LA and other movable property and other movable property and other movable property.** |
| **200 Crescent Court, Suite 1040** **Dallas, TX 75201** | |
| Creditor's mailing address | **Describe the lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **12-29-15** | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.5** | ☐ Disputed |

| | | | | |
|---|---|---|---|---|
| 2.1 1 | **Trive Capital** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
| | Creditor's Name | | | |
| | **Attn: Conner Sewcy** **200 Crescent Court, Suite 1040** **Dallas, TX 75201** | | | |
| | Creditor's mailing address | **Describe the lien** **UCC** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **2-17-16** | | | |
| | **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$33,343,077. 72**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **East West Copolymer LLC** | Case number (if know) | **17-10327** |
|--------|------------------------------|------------------------|--------------|
|        | Name                         |                        |              |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-------------------------------------------------------------|-------------------------------------------------|
| **Eric A. Kracht**<br>**Kracht & Frazier, L.L.P.**<br>**5149 Bluebonnet Blvd.**<br>**Baton Rouge, LA 70809-3076** | Line   **2.2** |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **East West Copolymer LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF LOUISIANA

Case number (if known) **17-10327**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Adam Kent**
**PO Box 834**
**Livonia, LA 70755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Albert Bucher**
**1401 Holly Dr**
**Slaughter, LA 70777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Albert Hall**
**1947 78th Ave**
**Baton Rouge, LA 70807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Alvin E Mitchell**
**Po Box 176**
**Zachary, LA 70791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Amy P. Maronge**
**1533 S Elaine**
**Baton Rouge, LA 70815-4814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Anthony J. Patteson**
**9849 Greenwll Spg Ph**
**Zachary, LA 70791-8306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Austin Braud**<br>**7757 Duplantier Ave**<br>**Denham Springs, AL 70726** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Barbara S. Chinn**<br>**15072 Brent Ave**<br>**Baton Rouge, LA 70818-5315** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Barry D. Smith**<br>**14575 Springfield Rd**<br>**Walker, LA 70785-2931** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Benajmin Bohall**<br>**13570 Meadow Crossing Ln**<br>**Walker, LA 70785** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address

**Benito L. Muguira**
**17085 Robert Ln**
**Grosse Tete, LA 70740-3025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address

**Benjamin. Forbeson**
**30528 B Cane Market Rd**
**Walker, LA 70785**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address

**Bernard A. Geason**
**40375 Creekway Cove**
**Gonzales, LA 70737-6891**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address

**Billy C. Ferguson**
**1306 Ave B**
**Port Allen, LA 70767-2231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | | Case number (*if known*) | **17-10327** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Blake Panepinto**
**3628 Borruano Acres**
**Brusly, LA 70719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Brad K. Smothers**
**3083 Hwy 67**
**Slaughter, LA 70777-3821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Brandon Scully**
**8812 Sharlane Drive**
**Baton Rouge, LA 70809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Brett Staley**
**9381 Lockhart Rd**
**Denham Springs, LA 70726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | | Case number (*if known*) | **17-10327** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Brian Gordon**
**6642 Lakeridge Dr**
**Zachary, LA 70791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Cade Bampbell**
**8607 Shady Bluff**
**Baton Rouge, LA 70818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Carl. Kellyson**
**5960 Siegen Ln #4103**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Carol Goodwin**
**300 Rowell Rd**
**Ringgold, LA 71068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address

**Casey W Prather**
**9795 Rustling Oaks Dr**
**Baton Rouge, LA 70818**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address

**Cedric. Jacksson**
**12513 Kingston Dr**
**Baton Rouge, LA 70807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address

**Charles M. Burks St.**
**140 Anita St**
**Brusly, LA 70719-2137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address

**Coady G Gremillion**
**6862 Lacey St**
**Baton Rouge, LA 70811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cole. Goodmson**
**17434 Roble Ave**
**Greenwell Springs, LA 70739**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cornelius Thomas**
**6654 Fern Dr**
**Baton Rouge, LA 70812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cory Washington**
**2851 70th Avenue**
**Baton Rouge, LA 70807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Dana B. Coody**
**1854 Safford Blvd**
**Port Allen, LA 70767**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Danny C. Carbo**
**16241 Pernecia Dr**
**Greenwel Springs, LA 70739-6219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Darin E Williams**
**2236 Perkins Rd, Apt D2**
**Baton Rouge, LA 70808**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Darrick D. Whitley**
**4127 Mill Ln**
**Slaughter, LA 70777-4717**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Darryl L. Wheeler**
**P O Box 525**
**Brusly, LA 70719-0525**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**2.35** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00
**David Grimes**
10717 Dodger Dr
Denham Springs, LA 70726

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00
**David K. Jones**
P O Box 277
Darrow, LA 70725-0277

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00
**David N. Cooper**
15043 Ashville Ave
Pride, LA 70770-9607

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00
**David N. Norwood**
42144 Ficklin Wells
Gonzales, LA 70737-7133

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Delono Johnson, Sr.**<br>**701 Molino Dr**<br>**Baker, LA 70714-4338** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Demarkus Darensbourg**<br>**9947 W Mohawk Ave**<br>**Baton Rouge, LA 70810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Denis W. May**<br>**13146 Milburn Dr**<br>**Walker, LA 70785-8415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Dennis Gremillion**<br>**17438 Ashton Ave**<br>**Greenwell Springs, LA 70739** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**2.43**

Priority creditor's name and mailing address
**Donald McCallister, McCallister.**
**11580 Perkins Rd**
**Baton Rouge, LA 70810**

As of the petition filing date, the claim is:          **$0.00**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.44**

Priority creditor's name and mailing address
**Donnie. Keithson**
**185 Woodrow Ridge**
**Coushatta, LA 71019**

As of the petition filing date, the claim is:          **$0.00**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.45**

Priority creditor's name and mailing address
**East Baton Rouge Parish Sheriff**
**PO Box 91285**
**Baton Rouge, LA 70821**

As of the petition filing date, the claim is:       **$323,902.76**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.46**

Priority creditor's name and mailing address
**Eddie Turner, Jr.**
**9444 Avis Ave**
**Baton Rouge, LA 70810**

As of the petition filing date, the claim is:          **$0.00**     **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.47**

Priority creditor's name and mailing address
**Evans Gibson**
**4732 Cadillac St**
**Baton Rouge, LA 70811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.48**

Priority creditor's name and mailing address
**Flemming Bjoernslev**
**233 Crosswinds Ct**
**Coraopolis, PA 15108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.49**

Priority creditor's name and mailing address
**Francis Bowers**
**300 West 23rd Apt 4E**
**New York, NY 10011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.50**

Priority creditor's name and mailing address
**Gary D. Taylor**
**17741 Wisdom Ave**
**Baker, LA 70714-1545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

5/08/17 5:23PM

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|--------|------------------------------|---------------------------|--------------|

Name

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|------------------------------------------------|-------|-------|

**Gary Williams**
**4110 Noah St**
**Baton Rouge, LA 70802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|------------------------------------------------|-------|-------|

**Gerald Bernard**
**3776 Gilead Rd**
**Clinton, LA 70722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|------------------------------------------------|-------|-------|

**Glenn A Wilson, Sr.**
**13502 Hwy 959**
**Clinton, LA 70722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|------------------------------------------------|-------|-------|

**Gratis Harrell, Jr.**
**12122 Mendenhal Ave**
**Baton Rouge, LA 70814**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | | Case number (if known) | **17-10327** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |

**Gregg Horne**
**28065 Chelsea St**
**Walker, LA 70785**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |

**Gregory N Nelson**
**201 Aqua Ave, Unit 804**
**Miami Beach, FL 33141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |

**Helena. Nelsoson**
**201 Aqua Ave, Unit 804**
**Miami Beach, FL 33141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |

**Isaac K. Carpenter, Sr.**
**7466 Callahan Rd**
**Denham Springs, LA 70726-8944**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Jalen Robertson**
**6023 Heidel Ave**
**Baton Rouge, LA 70805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**James A Kent, Jr.**
**3608 Rollins Rd**
**Zachary, LA 70791-2992**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**James D. Boyd**
**11247 Wilson Clinton Rd**
**Clinton, LA 70722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**James S Thames**
**738 Darren Dr**
**Denham Springs, LA 70726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | | Case number *(if known)* | **17-10327** |
|---|---|---|---|---|
| | Name | | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**James. Leffeson**
**28090 Dogwood Ln**
**Albany, LA 70711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |

**James. Mearison**
**3526 Chippewa St**
**Baton Rouge, LA 70805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |

**Jarred Vidrine**
**16545 Sienna Ray Dr.**
**Zachary, LA 70791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |

**Jeffery W. Crockett, Sr.**
**3546 Pasadena Dr**
**Baton Rouge, LA 70814-4620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
| --- | --- | --- | --- |

Name

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Jeffrey C. Townsson**
**102 Graves St**
**Slaughter, LA 70777-3312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Jerman. Jordason**
**314 Cohn Alley**
**Port Allen, LA 70767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Jerry. Landrson**
**10000 E Pomona Dr**
**Baton Rouge, LA 70815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Joe. son**
**4442 Alliquippa St**
**Baton Rouge, AL 70805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
| --- | --- | --- | --- |
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**John B. Corban, Jr.**
**312 Benton St**
**Denham Springs, LA 70726-3306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**John Bradford**
**6103 Riverbrook Dr**
**Baton Rouge, LA 70820**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Jonathan Allen**
**7023 Silverleaf Ave**
**Baton Rouge, LA 70812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Jonathan Hurt**
**17330 Belle Helene Dr**
**Baton Rouge, LA 70817**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**2.75** | Priority creditor's name and mailing address

**Joseph Deshotels, Jr.**
**837 Feliciana Crossing**
**Jackson, LA 70748**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.76** | Priority creditor's name and mailing address

**Joseph. Dupreson**
**33140 Gracie Ln**
**Plaquemine, LA 70764**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.77** | Priority creditor's name and mailing address

**Joshua Dunbar**
**4853 Hammond St**
**Baton Rouge, LA 70805**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.78** | Priority creditor's name and mailing address

**Kelvin T. Brown**
**8107 Comite Acres**
**Baker, LA 70714-6210**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kelvin Waller**
**1408 E Washington St**
**Baton Rouge, LA 70802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kendall Williams**
**7070 Silverleaf Ave**
**Baton Rouge, LA 70812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kevin M. Gaines**
**P O Box 248**
**Woodville, MS 39669-0248**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lacarlton J Ross, Sr.**
**9523 E Graham Ave**
**Baton Rouge, LA 70814-4077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**LaQuinton. Evansson**
**1016 Sherron Ave**
**Baker, LA 70714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Larry J. Theriot**
**16302 Shetland Ave**
**Greenwel Springs, LA 70739-5925**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Loyd L Ussery**
**12402 Pecos Ave**
**Greenwell Springs, LA 70739**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Loyd S Ussery**
**12402 Pecos Ave**
**Greenwell Springs, LA 70739**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Luke I. Youngson**
**11651 Gloria Ln**
**Denham Springs, LA 70726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Malcolm Collings**
**3454 Cooney**
**Baton Rouge, LA 70805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mark E. Myers**
**P O Box 613**
**Prairieville, LA 70769-0613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Marktrill Bessard**
**3568 Charles St**
**Baton Rouge, LA 70805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Marsha Barnes**
**21016 Watson Dr**
**Zachary, LA 70791-8314**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Matthew Bordelon**
**14378 Whispering Oaks**
**Gonzales, LA 70737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Matthew. Ramagson**
**4364 Dunleith Ave**
**Port Allen, LA 70767**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michael D. Brown**
**721 S 12th St**
**Port Allen, LA 70767**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

**2.95** | Priority creditor's name and mailing address

**Michael George**
**16827 Bristoe Ave**
**Baton Rouge, LA 70816**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$0.00    $0.00

---

**2.96** | Priority creditor's name and mailing address

**Michael P. Carter**
**17481 Old Scenic Hwy**
**Zachary, LA 70791-8503**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$0.00    $0.00

---

**2.97** | Priority creditor's name and mailing address

**Michael Peters**
**5750 Cypress St**
**St. Francisville, LA 70775**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$0.00    $0.00

---

**2.98** | Priority creditor's name and mailing address

**Michael R. Peters**
**3883 Hwy 63**
**Clinton, LA 70722-5220**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$0.00    $0.00

| Debtor | **East West Copolymer LLC** | | Case number (if known) | **17-10327** |
| | Name | | | |

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Michael S Dennis** | Check all that apply. | | |
| | **7355 Lake Meadow Dr** | ☐ Contingent | | |
| | **Denham Springs, LA 70706** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Michael W. Jones** | Check all that apply. | | |
| | **7368 Villere Dr** | ☐ Contingent | | |
| | **Baker, LA 70714-5352** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Michael Willis** | Check all that apply. | | |
| | **1002 Shilo Ave Apt B** | ☐ Contingent | | |
| | **Baker, LA 70714** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Michelle. Guidrson** | Check all that apply. | | |
| | **11831 N Milstead** | ☐ Contingent | | |
| | **Baton Rouge, LA 70818** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **East West Copolymer LLC** | | Case number (*if known*) | **17-10327** |
|---|---|---|---|---|

Name

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Milton Gates**
**4845 St Louis St**
**Zachary, LA 70791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Natalie Bickham**
**5004 Myrtle Hill Ave**
**Zachary, LA 70791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Nathan Anderson**
**5771 San Juan Dr**
**Baton Rouge, AL 70811**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Nigel. Woodfson**
**5842 Djuanna Dr**
**Baton Rouge, LA 70811**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**2.107** | Priority creditor's name and mailing address
**Nolan Pittman**
**4722 Sumrall Dr**
**Baton Rouge, LA 70811**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.108** | Priority creditor's name and mailing address
**Orange A Lang, Jr.**
**3461 Holly St**
**Zachary, LA 70791-2970**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.109** | Priority creditor's name and mailing address
**Paula Moreau**
**3314 Westervelt Ave**
**Baton Rouge, LA 70820**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.110** | Priority creditor's name and mailing address
**Perry M. Comeaux**
**4126 Roseland Dr**
**Port Allen, LA 70767**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | | Case number *(if known)* | **17-10327** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Priscilla J. Emery**<br>**4126 Oakland Dr**<br>**Ethel, LA 70730-3139** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Richard Hayes, Jr.**<br>**6307 E Myrtle Ave**<br>**Baker, LA 70714-4351** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Ricky Jack**<br>**10892 Major Oak Dr**<br>**Baton Rouge, LA 70815** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Rico Scott**<br>**1900 Blount Rd #151**<br>**Baton Rouge, LA 70807** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Robert L Scott, Jr.**
**9487 Balboa Dr**
**Baton Rouge, LA 70810-2315**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Robert S Rikhoff**
**925 Carter Ave**
**Baton Rouge, LA 70806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Roderick Brew**
**6424 Silverleaf Ave**
**Baton Rouge, LA 70812**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Rodney Reese**
**2512 Boxwood Dr**
**Baker, LA 70714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **East West Copolymer LLC** | | Case number *(if known)* | **17-10327** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ronald Martin, Jr.**
**6640 Rio Dr**
**Baton Rouge, LA 70812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ronnie T Gauthier**
**11399 Lemonwood Dr**
**Denham Springs, LA 70726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Roy K. Davis**
**P O Box 1719**
**Woodville, MS 39669-1719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ryan Levatino**
**8285 Beechwood Dr**
**Denham Springs, LA 70706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |

Name

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Ryan. Dupuyson**
**10932 Ida Ave**
**Baton Rouge, LA 70818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Salvador Maddie, Jr.**
**18040 Lighthouse Ave**
**Greenwell Springs, LA 70739-5749**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Samantha. Noggeson**
**11210 Caddo Drive**
**Denham Springs, LA 70726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Samuel Colon**
**15155 Hwy 44, Apt 37A**
**Gonzales, LA 70737-7191**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**2.127** | Priority creditor's name and mailing address

**Samuel Emery**
**4505 Greenwood Ln**
**Baker, AL 70714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.128** | Priority creditor's name and mailing address

**Scott E Thames**
**860 Moonglow Dr**
**Denham Springs, LA 70726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.129** | Priority creditor's name and mailing address

**Scott Legleu**
**107 Lakefield Dr**
**Milford, OH 45150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.130** | Priority creditor's name and mailing address

**Sharman Brister**
**16450 Old Settlement Rd**
**Zachary, LA 70791**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of LA - Dept. of Revenue & Tax**
**Sales Tax Division**
**P.O. box 91009**
**Baton Rouge, LA 70822-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Stephen T. Boyd**
**10467 Northdale Dr**
**Baton Rouge, LA 70811-1905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Steve E. son**
**36433 S Winding Ridge Dr**
**Prairieville, LA 70769**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Susan F Devillier**
**12057 Solitude Ln**
**Zachary, LA 70791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Thomas E Lindsey**
**615 Hwy 1047**
**Amite, LA 70422**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Thomas Hall**
**4587 Yvonne Dr**
**Baker, LA 70714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Thomas J Gordon, Jr.**
**13728 Stone Gate Dr**
**Baton Rouge, LA 70816**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Tijuan Thompson**
**12642 Erin Ave**
**Baton Rouge, LA 70814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Troy D. Franklin**
**5628 Bayridge Dr**
**Baton Rouge, LA 70817-2807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Vernon Alcee**
**PO Box 774**
**Gonzales, LA 70737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Walter Quin**
**6003 Adams Rd**
**Liberty, MS 39645**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Whitney Bolding**
**2996 Lexington Dr**
**Baton Rouge, LA 70808**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**William B Montgomery**
**7065 Sullivan Rd**
**Greenwell Springs, LA 70739**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**William Cade**
**20489 Perrilloux Road**
**Livingston, LA 70754**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**William D. Kirkwood**
**3018 Old Baker Rd**
**Zachary, LA 70791-4704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**William Lloyd**
**11440 Bard Ave #402**
**Baton Rouge, LA 70815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210.44** |
|---|---|---|---|
| | **4-B PLASTICS INCORPO** | ☐ Contingent | |
| | **PO BOX 45090** | ☐ Unliquidated | |
| | **BATON ROUGE, LA 70895-4090** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,170.00** |
|---|---|---|---|
| | **ABB Inc.** | ☐ Contingent | |
| | **29801 Euclid Ave** | ☐ Unliquidated | |
| | **Wickliffe, OH 44092** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$102,235.00** |
|---|---|---|---|
| | **ADDIVANT USA, LLC.** | ☐ Contingent | |
| | **4 Mountain View Terrace Suite 200** | ☐ Unliquidated | |
| | **Danbury, CT 06810** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,771.25** |
|---|---|---|---|
| | **AGGREKO INC** | ☐ Contingent | |
| | **11522 INDUSTRIPLEX BLVD** | ☐ Unliquidated | |
| | **BATON ROUGE, LA 70809-4232** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,613.38** |
|---|---|---|---|
| | **AIRGAS ON-SITE SAFET** | ☐ Contingent | |
| | **16585 Airline Hwy** | ☐ Unliquidated | |
| | **Prairieville, LA 70769** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,242.44** |
|---|---|---|---|
| | **Airgas Southwest** | ☐ Contingent | |
| | **16585 AIRLINE HWY.** | ☐ Unliquidated | |
| | **PRAIRIEVILLE, LA 70769** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$666.24** |
|---|---|---|---|
| | **AKRON RUBBER DEVELOP** | ☐ Contingent | |
| | **300 KENMORE BLVD** | ☐ Unliquidated | |
| | **AKRON, OH 44301-1097** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,925.00** |
|---|---|---|---|
| | ALBACAS, LLC | ☐ Contingent | |
| | 1426 Louray Dr. | ☐ Unliquidated | |
| | Baton Rouge, LA 70808 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$440.00** |
|---|---|---|---|
| | ALBERTY AND ASSOCIAT | ☐ Contingent | |
| | 7388 HIGHLAND ROAD STE 5 | ☐ Unliquidated | |
| | BATON ROUGE, LA 70808 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,450.00** |
|---|---|---|---|
| | ALBERTY AND BLAKENEY | ☐ Contingent | |
| | 7388 HIGHLAND RD - STE 5 | ☐ Unliquidated | |
| | BATON ROUGE, LA 70808 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106,595.50** |
|---|---|---|---|
| | ALEDO SALES AND PROD | ☐ Contingent | |
| | 2000 E. 12TH AVE. #1 | ☐ Unliquidated | |
| | Denver, CO 80206 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$198.55** |
|---|---|---|---|
| | ALFORD SAFE AND LOCK | ☐ Contingent | |
| | 1758 GOVERNMENT ST | ☐ Unliquidated | |
| | BATON ROUGE, LA 70802-4098 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,373.00** |
|---|---|---|---|
| | ALLESCO INC | ☐ Contingent | |
| | POST OFFICE BOX 40130 | ☐ Unliquidated | |
| | HOUSTON, TX 77240-0130 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$985.00** |
|---|---|---|---|
| | ALLOMETRICS INCORPOR | ☐ Contingent | |
| | 2500 Bayport Blvd | ☐ Unliquidated | |
| | Seabrook, TX 77586 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

**3.15** Nonpriority creditor's name and mailing address
**ALPHA PROCESS SALES**
**7011 EXCHEQUER DR**
**BATON ROUGE, LA 70809**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,725.00**

**3.16** Nonpriority creditor's name and mailing address
**ALPHA TECHNOLOGIES U**
**3030 Gilchrist Rd.**
**AKRON, OH 44305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,085.61**

**3.17** Nonpriority creditor's name and mailing address
**AMERICAS STYRENICS**
**24 WATERWAY SUITE 1200**
**THE WOODLANDS, TX 77380**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$768,349.51**

**3.18** Nonpriority creditor's name and mailing address
**AMERIGAS PROPANE**
**7263 Scenic Hwy**
**Baton Rouge, LA 70807**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,838.21**

**3.19** Nonpriority creditor's name and mailing address
**ANALYTICAL AND ENV T**
**1717 SEABOARD DR**
**BATON ROUGE, LA 70808**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,337.00**

**3.20** Nonpriority creditor's name and mailing address
**ANNIE BOBS CATERING**
**14418 FELICITY DR.**
**BAKER, LA 70714**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$266.00**

**3.21** Nonpriority creditor's name and mailing address
**Argus Media, Inc.**
**PO BOX 841084**
**DALLAS, LA 75284-1084**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,850.00**

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180,543.93** |
|---|---|---|---|

**Arizona Chemical Com**
**4600 Touchton Road East**
**Jacksonville, FL 32246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,603.51** |
|---|---|---|---|

**ARPAC DBA Supportpro**
**P.O. Box 63-7993**
**Cincinnati, OH**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,108.00** |
|---|---|---|---|

**Ashta Chemicals Inc.**
**P.O. Box 641869**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,197.15** |
|---|---|---|---|

**Atlas Hose & Gasket**
**PO BOX 52787**
**BATON ROUGE, LA 70892-2787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,170.00** |
|---|---|---|---|

**Atos IT Solutions an**
**PO Box 78000 Dept 781177**
**Detroit, MI 48278-1177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,104.00** |
|---|---|---|---|

**AUSTIN FIRE SYSTEMS**
**PO BOX 411**
**PRAIRIEVILLE, LA 70769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$494.00** |
|---|---|---|---|

**AUTOMATIC ACCESS GAT**
**8468 Paris Avenue**
**Baton Rouge, LA 70814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,135.00** |
|---|---|---|---|
| | **AUTOMATION SERVICE I**<br>**13871 Parks Steed Drive**<br>**Earth City, MO 63045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$290.00** |
|---|---|---|---|
| | **BABBITT INTERNATIONA**<br>**PO BOX 70094**<br>**HOUSTON, TX 77270** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,891.00** |
|---|---|---|---|
| | **Baham Contractor Ser**<br>**38043 HWY 621**<br>**Gonzales, LA 70737** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,334.90** |
|---|---|---|---|
| | **BAKER CORP**<br>**35167 Hwy 30**<br>**Geismar, LA 70734** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,767.00** |
|---|---|---|---|
| | **Balmoral Advisors, LLC**<br>**10 S. Riverside Plaza, Ste 875**<br>**Chicago, IL 60606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,451.00** |
|---|---|---|---|
| | **BARBE AMERICA INC**<br>**PO BOX 69**<br>**FLOWERY BRANCH, GA 30542-0069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,573.00** |
|---|---|---|---|
| | **Barnes, Richardson & Colburn LLP**<br>**1200 New Hampshire Ave., NW**<br>**Washington, DC 20036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.74** |
|---|---|---|---|

**BATON ROUGE WATER CO**
**P O BOX 96016**
**BATON ROUGE, LA 70896-9016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,638.00** |
|---|---|---|---|

**BAYOU ENGINEERING CO**
**10115 HIGHWAY 28 EAST**
**PINEVILLE, LA 71360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,200.00** |
|---|---|---|---|

**BAYTOUCH, LTD**
**RIBBLE COURT, 1 MEAD WAY**
**PADIHAM, LA BB12 7NG**
**Great Britain**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$489.64** |
|---|---|---|---|

**BBP Sales**
**337 Highlandia Dr.**
**Baton Rouge, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,345.00** |
|---|---|---|---|

**BFI Colonial Landfil**
**P.O. Box 677839**
**Dallas, TX 75267-7839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,550.00** |
|---|---|---|---|

**BIG M TRANSPORTATION**
**P.O. Box**
**Belden, MS 38826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,200.00** |
|---|---|---|---|

**Boles Law Firm - Baton Rouge, LLC**
**7914 Wrenwood Blvd., Suite A**
**BATON ROUGE, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,560.49** |
|---|---|---|---|

**BRECHEEN PIPE & STEE**
PO BOX 4134
BATON ROUGE, LA 70821-4134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,382.00** |
|---|---|---|---|

**BRENNTAG SOUTHWEST I**
7200 HWY 74
ST GABRIEL, LA 70776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,238.70** |
|---|---|---|---|

**Briggs Equipment Inc**
Lockbox 841272
Dallas, TX 75284-1272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,944.00** |
|---|---|---|---|

**Brillio LLC**
P.O. BOX 504834
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,612.00** |
|---|---|---|---|

**BruggemannChemical**
Attn: Michael S. O'Shaughnessy, Pres.
6520 Red Maple Dr.
Charlotte, NC 28277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,791.00** |
|---|---|---|---|

**BUHLER AEROGLIDE COR**
P O BOX 29505
RALEIGH, NC 27626-0505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,092.00** |
|---|---|---|---|

**BUNKER GEAR SPECIALI**
PO BOX 1329
GONZALES, LA 70707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00**

**C & M Freight Line L**
**7858 Lower Zachary Rd.**
**Zachary, LA 70791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,307.08**

**C-K ASSOCIATES INC**
**17170 PERKINS RD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,040.00**

**CAL'S COMMUNICATIONS**
**259 MECCA DRIVE**
**LAFAYETTE, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,392.00**

**CAMBELT INTERNATIONA**
**2820 WEST 1100 SOUTH**
**SALT LAKE CITY, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Candlewood Partners**
**600 Superior Ave., Suite 1800**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,660.82**

**Canon Financial Services**
**14904 Collections Center Dr.**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,981.80**

**CANON SOLUTIONS AMER**
**15004 COLLECTIONS CENTER**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,061.00**

**CAPITAL AREA GROUND**
**3535 S. Sherwood Forest Blvd.**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,035.00**

**Capitol Ultrasonics**
**3045 Choctaw Drive**
**Baton Rouge, LA 70805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,632.27**

**CARRIER VIBRATING EQ**
**PO BOX 37070**
**LOUISVILLE, KY 40233-7070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,330.00**

**CB&I Maintenance**
**4171 ESSEN LANE**
**BATON ROUGE, LA 70769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,344.00**

**CED SUPPLY CORPORATI**
**P.O. Box 5410**
**COVINGTON, LA 70434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,136.00**

**CEM CORPORATION**
**12750 COLLECTIONS CENTER**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,910.32**

**CENTRAL PLUMBING INC**
**7000 GREENWELL SPRINGS RD**
**BATON ROUGE, LA 70805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
| --- | --- | --- | --- |
| | Name | | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,726.00** |
| --- | --- | --- | --- |
| | CHEMSPEC, LTD.<br>1559 Corporate Woods Pkwy<br>Uniontown, OH 44685 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,123.00** |
| --- | --- | --- | --- |
| | Code Red Safety & Re<br>10092 Industriplex Ave<br>Gonzales, LA 70737 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,139.00** |
| --- | --- | --- | --- |
| | COLE-PARMER INST & E<br>625 EAST BUNKER COURT<br>VERNON HILLS, IL 60061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,433.42** |
| --- | --- | --- | --- |
| | Colonial Supplementa<br>11721 Market Place Dr, Suite A<br>Baton Rouge, LA 70816 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,697.00** |
| --- | --- | --- | --- |
| | Commercial Tire of L<br>13950 Plank Road<br>Baker, LA 70714 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,716.87** |
| --- | --- | --- | --- |
| | COMPRESSOR ENGINEERI<br>PO BOX 73211<br>METAIRIE, LA 70033-3211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,819.26** |
| --- | --- | --- | --- |
| | CompuCom<br>P.O. Box 951654<br>Dallas, TX 75395-2165 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**3.71**

**Nonpriority creditor's name and mailing address**

**CONNECTOR SPECIALIST**
**10709 AIRLINE HIGHWAY**
**BATON ROUGE, LA 70816**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$203.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**CONTINENTAL BAG COMP**
**P O BOX 350**
**CROWLEY, LA 70527-0350**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$8,705.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Controlled Fluids In**
**P.O. Drawer 1914**
**Beaumont, TX 77704**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,570.00**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**COOLING TOWER DEPOT,**
**PO BOX 88**
**KROTZ SPRINGS, LA 70750-0088**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$39,773.00**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**CROSS OIL REFINING &**
**484 EAST 6TH STREET**
**SMACKOVER, AR 71762**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$47,094.00**

---

**3.76**

**Nonpriority creditor's name and mailing address**

**CWG Business Consulting**
**5607 Caspian Falls Lane**
**Fulshear, TX 77441**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$42,000.00**

---

**3.77**

**Nonpriority creditor's name and mailing address**

**D J SCIMECA JR MD**
**P.O. Box 83029**
**Baton Rouge, LA 70884-3029**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,001.00**

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,082.00 |
|---|---|---|---|
| | **DAIGLE ICE INC**<br>**77505 WILLE DR**<br>**GROSSE TETE, LA 70740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $869.00 |
|---|---|---|---|
| | **DANA Transport, Inc**<br>**P.O. Box 74286**<br>**Cleveland, OH 44194** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,387.00 |
|---|---|---|---|
| | **DANIELI CORPORATION**<br>**600 Cranberr Woods Dr. S**<br>**Cranberry Township, PA 16066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,284.00 |
|---|---|---|---|
| | **DELTA PROCESS EQUIPM**<br>**8275 Florida Blvd**<br>**DENHAM SPRINGS, LA 70726** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,169.00 |
|---|---|---|---|
| | **Delta Rigging & Tool**<br>**6938 Exchequer**<br>**Baton Rouge, LA 70809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,052.00 |
|---|---|---|---|
| | **DELTAK MANUFACTURING**<br>**39455 JOHN LANIER RD**<br>**WALKER, LA 70785** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,862.31 |
|---|---|---|---|
| | **DISTRIBUTION NOW**<br>**1450 EAST WORTHY ROAD**<br>**G0NZALES, LA 70737** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,186.84** |
|---|---|---|---|

**DRAGO SUPPLY**
**PO Box 849737**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,881.00** |
|---|---|---|---|

**DRESSER RAND**
**2444 DUMONT**
**BATON ROUGE, LA 70815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,880.00** |
|---|---|---|---|

**DRUMS AND CONTAINERS**
**37108 EASLEY MELANCON RD**
**PRAIRIEVILLE, LA 70769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,681.00** |
|---|---|---|---|

**DXP Enterprises, Inc**
**P O BOX 52709**
**BATON ROUGE, LA 70892**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,880.33** |
|---|---|---|---|

**East Baton Rouge Parish**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,639.00** |
|---|---|---|---|

**EIU, Inc.**
**204 S. Bernard Rd.**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Elemica, Inc.**
**550 E. Swedesford Rd. Sui**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

5/08/17 5:23PM

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.05 |
|---|---|---|---|
| | **EMCO INCORPORATED**<br>**8900 SOUTH CHOCTAW**<br>**BATON ROUGE, LA 70815-8813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,397.00 |
|---|---|---|---|
| | **Emery Oleochemiclas**<br>**P.O. Box 643848**<br>**Pittsburgh, PA 15264** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127,583.64 |
|---|---|---|---|
| | **Empire Scaffold, LLC**<br>**9680 South Choctaw Drive**<br>**Baton Rouge, LA 70815** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213.00 |
|---|---|---|---|
| | **EMPLOYEE ASSISTANCE**<br>**PO Box 86178, Baton Rouge, LA**<br>**Baton Rouge, LA 70879** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $369,020.55 |
|---|---|---|---|
| | **ENTERGY**<br>**P.O. Box 8103**<br>**Bton Rouge, LA 70891-8103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117,776.00 |
|---|---|---|---|
| | **ENVIRON INTERNATIONA**<br>**8235 YMCA Plaza Dr. Suite 300**<br>**Baton Rouge, LA 70810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,239.00 |
|---|---|---|---|
| | **Environmental Expres**<br>**P.O. Box 742940**<br>**Atlanta, GA 30374-2940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **East West Copolymer LLC** | | Case number *(if known)* | **17-10327** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$596.00** |
|---|---|---|---|
| | **ERO MAINTENANCE INC**<br>**2929 FLORIDA BLVD**<br>**BATON ROUGE, LA 70802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$226,896.01** |
|---|---|---|---|
| | **ESTES REFRACTORY & I**<br>**20353 HIGHWAY 182**<br>**JEANERETTE, LA 70544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |
|---|---|---|---|
| | **EULER HERMES ACI SER**<br>**800 RED BROOK BLVD**<br>**OWINGS MILLS, MD 21117-1008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,658.00** |
|---|---|---|---|
| | **FedEx Freight**<br>**PO BOX 10306**<br>**PALATINE, IL 60055-0306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,254.00** |
|---|---|---|---|
| | **Fidelity Investments**<br>**One Destin Way**<br>**Westlake, TX 76262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **FIDELITY RETIREMENT**<br>**One Destiny Way, WA2L**<br>**Westlake, TX 76262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,486.00** |
|---|---|---|---|
| | **FIKE CORP**<br>**6655 EXCHEQUER DR**<br>**BATON ROUGE, LA 70809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | East West Copolymer LLC | Case number (if known) | 17-10327 |
|---|---|---|---|
| | Name | | |

**3.106** | Nonpriority creditor's name and mailing address

**FISHER SCIENTIFIC**
**P O BOX 73869**
**CHICAGO, IL 60673-7869**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,361.46**

---

**3.107** | Nonpriority creditor's name and mailing address

**Flexsys America LP**
**260 Springside Dr.**
**Akron, OH 44333**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100,701.98**

---

**3.108** | Nonpriority creditor's name and mailing address

**FLUID ENERGY ALJET**
**4300 Bethlehem Pike**
**Telford, PA 18969**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17,359.00**

---

**3.109** | Nonpriority creditor's name and mailing address

**FORD-GELATT/SUNSOURC**
**PO Box 730698**
**Dallas, TX 60673-1238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,134.00**

---

**3.110** | Nonpriority creditor's name and mailing address

**FRAZEE RECRUITING CO**
**2351 Energy Dr, Ste 1100**
**Baton Rouge, LA 70808**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,873.00**

---

**3.111** | Nonpriority creditor's name and mailing address

**G AND K SERVICES**
**P.O. Box 842385**
**Boston, MA 02284-2385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,071.03**

---

**3.112** | Nonpriority creditor's name and mailing address

**GALA INDUSTRIES INC**
**181 PAULEY ST**
**EAGLE ROCK, VA 24085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$615.00**

---

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,495.00**

**GALLS INCORPORATED**
**P O BOX 54308**
**LEXINGTON, KY 40555-4308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,257.00**

**GATOR ENVIROMENTAL &**
**5227 N. RIVER ROAD**
**PORT ALLEN, LA 70767**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,813.04**

**Gayesco - Wika USA**
**P.O. Box 896113**
**Charlotte, NC 28289**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,296.00**

**GBP Direct, Inc**
**20 Veterans Blvd., Suite 110**
**Kenner, LA 70062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,409.00**

**Gem-Trim, LLC**
**148 Equity Blvd.**
**HOUMA, LA 70360**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,286.00**

**GEO HEAT EXCHANGERS**
**P O BOX 750**
**ST GABRIEL, LA 70776**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,905.26**

**GEO SPECIALTY CHEMIC**
**340 Mathers Rd.**
**Ambler, PA 19002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154,299.85 |
|---|---|---|---|

**GEORGIA PACIFIC**
P.O. Box 35806
WEST MONROE, LA 71294-5806

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274,670.60 |
|---|---|---|---|

**GEORGIA-PACIFIC CHEM**
P.O. Box 743167
ATLANTA, GA 30374-3167

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $281,531.10 |
|---|---|---|---|

**GoodPack USA**
550 North Commonds Drive
Aurora, IL 60504

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,761.00 |
|---|---|---|---|

**GOVERNOR CONTROL SYS**
2022 TAMVEST COURT
MANDEVILLE, LA 70448

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,053.00 |
|---|---|---|---|

**GRAINGER INCORPORATE**
8188 TOM DR
BATON ROUGE, LA 70815-8046

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,738.00 |
|---|---|---|---|

**GREAT AMERICAN INSUR**
P.O. Box 89400
Cleveland, OH 44101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,182.00 |
|---|---|---|---|

**Greater B.R. Industr**
5800 One Perkins Place Dr
Baton Rouge, LA 70808

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

5/08/17 5:23PM

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$520.00** |
|---|---|---|---|

**GRESON TECHNICAL SAL**
**8040 Eastex Freeway**
**Beaumont, TX 77708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,772.40** |
|---|---|---|---|

**GUARDIAN-APPLETON**
**PO Box 677458**
**Dallas, TX 75267-7458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|---|---|---|---|

**Gulf Coast Supply &**
**4400-A Ambassador Caffery**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$929.00** |
|---|---|---|---|

**GULF SENSORS**
**PO BOX 45543**
**BATON ROUGE, LA 70895-4554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,893.80** |
|---|---|---|---|

**GULF VALVE SERVICE C**
**P.O. Box 86180**
**BATON ROUGE, LA 70879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$218,909.51** |
|---|---|---|---|

**H&R Group US, Inc.**
**2925 Briarpark Drive, Sui**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$775.00** |
|---|---|---|---|

**HAHN SALES ENSTOCKO**
**PO BOX 64805**
**BATON ROUGE, LA 70896-4805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**3.134** | Nonpriority creditor's name and mailing address

**Hannis T Bourgeois, LLP**
**2322 Tremont Dr.**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,700.00**

---

**3.135** | Nonpriority creditor's name and mailing address

**HARCROS CHEMICALS**
**PO BOX 270**
**SAINT GABRIEL, LA 70776-0270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$105,782.00**

---

**3.136** | Nonpriority creditor's name and mailing address

**HARRISON PAINT COMPA**
**5425 CHOCTAW DR**
**BATON ROUGE, LA 70805-8494**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,308.38**

---

**3.137** | Nonpriority creditor's name and mailing address

**HB Chemical / Kumho**
**1655 Enterprise Parkway**
**Twinsburg, OH 44087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$228,974.67**

---

**3.138** | Nonpriority creditor's name and mailing address

**Head & Enquist**
**P.O. Box 40247**
**Baton Rouge, LA 70835-0247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,423.25**

---

**3.139** | Nonpriority creditor's name and mailing address

**HERC RENTALS INC.**
**P O BOX 650280**
**DALLAS, TX 75265-0280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40,590.02**

---

**3.140** | Nonpriority creditor's name and mailing address

**HGM INTERNATIONAL**
**PO BOX 1759**
**HOUSTON, TX 77251-1759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$678.00**

---

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,015.00** |
|---|---|---|---|
| | HOLLY FRONTIER REFIN<br>P.O. Box 840408<br>DALLAS, TX 75284-0408 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|---|---|---|---|
| | HORIZON TECHNOLOGY<br>16 NORTHWESTERN DRIVE<br>SALEM, NH 03079 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,392.00** |
|---|---|---|---|
| | HUBER INCORPORATED<br>915 Distributors Row<br>Harahan, LA 70123 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,308.40** |
|---|---|---|---|
| | Hydrite Chemical<br>P.O. Box 689227<br>Chicago, IL 60695-9227 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|
| | I-NOTIFICATION.NET<br>PO BOX 77116<br>BATON ROUGE, LA 70879 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,717.00** |
|---|---|---|---|
| | IBERVILLE INSULATION<br>11637 SUNBELT COURT<br>BATON ROUGE, LA 70809 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,838.42** |
|---|---|---|---|
| | IMR Total<br>10040 Mammoth Ave.<br>Baton Rouge, LA 70814 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,214.00 |
|---|---|---|---|

**INDUSTRIAL BABBITT B**
**1940 SO. PHILIPPE AVE**
**GONZALES, LA 70737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,052.00 |
|---|---|---|---|

**INDUSTRIAL ELECTRIC**
**8920 BUZBEE DR**
**BATON ROUGE, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,474.00 |
|---|---|---|---|

**INDUSTRIAL ELECTRONI**
**PO BOX 45182**
**BATON ROUGE, LA 70895-4182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,889.00 |
|---|---|---|---|

**INTL ASSOC OF OPERAT**
**6150 Hooper Rd.**
**Baton Rouge, LA 70811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,999.00 |
|---|---|---|---|

**IPFS Corporation**
**3000 RDU Center Drive Suite 100**
**Morrisville, NC 27590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,554.00 |
|---|---|---|---|

**ISCOLA**
**PO BOX 82679**
**BATON ROUGE, LA 70884-2679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**J M TEST SYSTEMS**
**PO BOX 45489**
**BATON ROUGE, LA 70895-5489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,974.00** |
|---|---|---|---|

**James Smith**
**344 Somanock Rd.**
**Fairfield, CT 06835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,250.00** |
|---|---|---|---|

**JLL Valuation**
**2000 W. Loop South, Suite 1050**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.00** |
|---|---|---|---|

**JOHN CRANE INC**
**12123 INDUSTRIPLEX BLVD**
**BATON ROUGE, LA 70809-5128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,797.00** |
|---|---|---|---|

**JOHN H CARTER COMPAN**
**17630 PERKINS RD**
**BATON ROUGE, LA 70810-3828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,255.00** |
|---|---|---|---|

**JOHNPAC**
**1860 HWY 90 WEST**
**CROWLEY, LA 70526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,538.00** |
|---|---|---|---|

**JOHNSON SCREENS INC**
**1950 OLD HWY 8 NW**
**NEW BRIGHTON, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00** |
|---|---|---|---|

**KANSAS CITY SOUTHERN**
**P.O. Box 410253**
**Kansas City, MO 64141-0253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **East West Copolymer LLC** | | Case number (*if known*) | **17-10327** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,229.13 |
| --- | --- | --- | --- |

**KEAN MILLER LLP**
**P.O. Box 3513**
**Baton Rouge, LA 71821-3513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,879.00 |
| --- | --- | --- | --- |

**KEEN Solutions LLC**
**4615 Whitehaven St.**
**Baton Rouge, LA 70817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,111.03 |
| --- | --- | --- | --- |

**Kelly Hart & Pitre**
**201 Main St., Suite 2500**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,670.81 |
| --- | --- | --- | --- |

**Kentwood Springs**
**P.O. Box 77358**
**Baton Rouge, LA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,016.00 |
| --- | --- | --- | --- |

**KONE INC**
**11805 SUN BELT CT**
**BATON ROUGE, LA 70809-4213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,885.00 |
| --- | --- | --- | --- |

**L.V. Lomas**
**11850 SW 67th Avenue, Sui**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.00 |
| --- | --- | --- | --- |

**LA Department of Environmental Quality**
**Office of Environmental Services**
**P.O. Box 4311**
**Baton Rouge, LA 70821-4311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **East West Copolymer LLC** | | Case number (if known) | **17-10327** |
|---|---|---|---|---|
| | Name | | | |

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,501.87**

**LA MAR KA CHEMICAL**
**10272 S PERDUE AVE**
**BATON ROUGE, LA 70814-4907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$472.58**

**LANDAUER INCORPORATE**
**2 SCIENCE ROAD**
**GLENWOOD, IL 60425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,860.44**

**LARD OIL COMPANY**
**P O BOX 9**
**DENHAM SPRINGS, LA 70726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,940.00**

**Layne Christensen**
**P.O. Box 230**
**Rayne, LA 70578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,642.86**

**LINDE, INC**
**575 MOUNTAIN AVE.**
**MURRAY HILL, NJ 07974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,205.00**

**Liskow & Lewis**
**701 Poydras St.**
**New Orleans, LA 70139-5099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$329.00**

**LIVINGSTON INTERNATI**
**P O BOX 5640, TERMINAL "A"**
**TORONTO, ON M5W1P1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **East West Copolymer LLC** | | Case number (if known) | **17-10327** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,150.00 |
|---|---|---|---|
| | **LO-VAC**<br>**PO BOX 69**<br>**LOTTIE, LA 70756-0069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,413.25 |
|---|---|---|---|
| | **LOCKTON COMPANIES, L**<br>**PO BOX 802707**<br>**KANSAS CITY, MO 64180-2707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|
| | **LUBRICATION ENGINEER**<br>**P O BOX 16025**<br>**Wichita, KS 67216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,640.00 |
|---|---|---|---|
| | **Maintenance Protecti**<br>**9852 SOUTH PERDUE AVENUE**<br>**BATON ROUGE, LA 70814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,269.00 |
|---|---|---|---|
| | **MARGOT INCORPORATED**<br>**7700 AIRLINE HWY**<br>**BATON ROUGE, LA 70815-8199** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,070.55 |
|---|---|---|---|
| | **MARLIN LEASING**<br>**P.O. BOX 13604**<br>**PHILADELPHIA, PA 19101-3604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $964.97 |
|---|---|---|---|
| | **MCDONALD'S**<br>**7077 S. Choctaw**<br>**BATON ROUGE, LA 70806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$294.00** |
|---|---|---|---|
| | **METERING AND WEIGHIN**<br>**11725 INDUSTRIPLEX BLVD S**<br>**BATON ROUGE, LA 70809-5190** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,689,020.00** |
|---|---|---|---|
| | **Michelin North America, Inc.**<br>**P.O. Box 981981**<br>**El Paso, TX 79998-1981** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |
|---|---|---|---|
| | **Miller Transporters**<br>**P.O. Box 1123**<br>**Jackson, MS 39215-1123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,391.00** |
|---|---|---|---|
| | **MMR Group Inc.**<br>**P.O. Box 919205**<br>**Dallas, TX 75391-9205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,107.42** |
|---|---|---|---|
| | **Mobile Mini  (Evergreen Tank)**<br>**4646 E. Van Buren # 400**<br>**Phoenix, AZ 85008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103,358.13** |
|---|---|---|---|
| | **Mode Transportation**<br>**P.O. Box 71188**<br>**CHICAGO, IL 60694-1188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$783.00** |
|---|---|---|---|
| | **MORRIS COUPLING & CL**<br>**P.O. BOX 9010**<br>**ERIE, PA 16505-8010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,414.88** |
|---|---|---|---|

**MOTION INDUSTRIES IN**
**PO BOX 504606**
**ST LOUIS, MO 63150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,066.50** |
|---|---|---|---|

**NATIONAL ELECTRIC MO**
**PO BOX 40443**
**BATON ROUGE, LA 70835**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,595.00** |
|---|---|---|---|

**National Oilwell Var**
**Bay Door A**
**NEW IBERIA, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,239.20** |
|---|---|---|---|

**NES RENTALS**
**3915 HWY 30**
**ST GABRIEL, LA 7-0776**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$898.15** |
|---|---|---|---|

**Nexeo Solution, LLC**
**3 Waterway Square Place, Suite 1000**
**The Woodlands, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,982.00** |
|---|---|---|---|

**North South Investments, LLC**
**201 Agua Ave., Unit 804**
**Miami Beach, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,372.00** |
|---|---|---|---|

**NOVA TECH LLC**
**11425 CRONHILL DRIVE**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | East West Copolymer LLC | | Case number (if known) | 17-10327 |
|---|---|---|---|---|
| | Name | | | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,996.04 |
|---|---|---|---|
| | OCCIDENTAL CHEMICAL<br>P.O. Box 809050<br>Dallas, TX 75380-9050 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,043.00 |
|---|---|---|---|
| | OLD SOUTH INDUSTRIES<br>8411 WEST ANTOINE LOOP<br>SHREVEPORT, LA 71129-8831 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,614.59 |
|---|---|---|---|
| | OLIVER VAN HORN COMP<br>P.O. Box 15319<br>Baton Rouge, LA 70895-5319 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.00 |
|---|---|---|---|
| | OMEGA ENGINEERING<br>ONE OMEGA DRIVE, P.O. Box 4047<br>STAMFORD, CT 06907-0047 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,570.00 |
|---|---|---|---|
| | OneSource EHS, LLC<br>1724 N. Burnside Ave. Ste<br>Gonzales, LA 70737 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,350.00 |
|---|---|---|---|
| | ORION ENGINEERED CAR<br>500 CUMNINGS CENTER<br>BEVERLY, MA 01915 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,300.00 |
|---|---|---|---|
| | OSECO INC<br>P.O. BOX 504834<br>ST LOUIS, MO 63150-4834 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,950.00** |
|---|---|---|---|
| | OUTSOLVE, LLC | ☐ Contingent | |
| | 3116 5TH STREET | ☐ Unliquidated | |
| | METAIRIE, LA 70002 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$220,000.00** |
|---|---|---|---|
| | PCTEK | ☐ Contingent | |
| | 2375 E. Lakeshore Drive | ☐ Unliquidated | |
| | Baton Rouge, LA 70808 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,259.00** |
|---|---|---|---|
| | PICCADILLY | ☐ Contingent | |
| | 4150 S Sherwood Forest Bo | ☐ Unliquidated | |
| | BATON ROUGE, LA 70816 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,768.00** |
|---|---|---|---|
| | PICK HEATERS, INC | ☐ Contingent | |
| | 730 S. Indiana Ave. | ☐ Unliquidated | |
| | West Bend, LA 53095 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,584.00** |
|---|---|---|---|
| | PIPING & EQUIPMENT I | ☐ Contingent | |
| | 2030 S PHILIPPE AVE | ☐ Unliquidated | |
| | GONZALES, LA 70737-3739 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,060.82** |
|---|---|---|---|
| | PITNEY BOWES COMPANY | ☐ Contingent | |
| | 9434 INTERLINE AVE | ☐ Unliquidated | |
| | BATON ROUGE, LA 70809-1982 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177,200.80** |
|---|---|---|---|
| | PLANT MACHINE WORKS | ☐ Contingent | |
| | PO BOX 74090 | ☐ Unliquidated | |
| | BATON ROUGE, LA 70874-4090 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,958.00** |
|---|---|---|---|

**Plant-N-Power Servic**
**2711 Lilac**
**Pasadena, TX 77503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$173,642.07** |
|---|---|---|---|

**Pontchartrain Natura**
**1100 Louisiana Street**
**HOUSTON, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,500.55** |
|---|---|---|---|

**PORT CITY TARPAULIN**
**6567 N FOSTER DR**
**BATON ROUGE, LA 70811-6115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**POSTLETHWAITE AND NE**
**8550 United Plaza Blvd., Ste 1001**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131,451.57** |
|---|---|---|---|

**PPC MECHANICAL SEALS**
**PO BOX 52915**
**BATON ROUGE, LA 70892-2915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$647.06** |
|---|---|---|---|

**Precision Air & Liquide**
**1905 W. Thomas St., Suite D271**
**Hammond, LA 70401-2901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,816.50** |
|---|---|---|---|

**PREMIER CHEMICALS &**
**4856 REVERE AVE, SUITE A**
**BATON ROUGE, LA 70808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,370.00** |
|---|---|---|---|

**PREMIER EQUIPMENT CO**
**P O BOX 15203**
**BATON ROUGE, LA 70895-5203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347,564.81** |
|---|---|---|---|

**Process Oils Inc.**
**One Sugar Creek Center Bl, Box 3686**
**Sugar Land   77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,411.61** |
|---|---|---|---|

**PROCESS PUMPS & EQUI**
**PO Box 1390**
**Gonzales, LA 70707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,344.75** |
|---|---|---|---|

**Professional Scales**
**202 Capital St.**
**Denham Springs, LA 70727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,181.00** |
|---|---|---|---|

**Psychological Services**
**11914 Justice Ave.**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,265.21** |
|---|---|---|---|

**PURCHASE POWER**
**P.O. Box 371874**
**PITTSBURGH, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297.00** |
|---|---|---|---|

**PUROLATOR EFP**
**PO BOX 849815**
**DALLAS, TX 75284-9815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **East West Copolymer LLC** | | Case number (*if known*) | **17-10327** |
|---|---|---|---|---|
| | Name | | | |

---

**3.225** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,168.00**
| **QUALITY BOLT & SCREW** | ☐ Contingent |
| **5290 Gateway Dr.** | ☐ Unliquidated |
| **Geismar, LA 70734** | ☐ Disputed |
| | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.226** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,317.00**
| **Quality Machine Work** | ☐ Contingent |
| **32838 Highway 642N** | ☐ Unliquidated |
| **Paulina, LA 70763** | ☐ Disputed |
| | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.227** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$384.00**
| **R & L Carriers / Gat** | ☐ Contingent |
| **P.O. Box 10020** | ☐ Unliquidated |
| **Port William, OH 45164** | ☐ Disputed |
| | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,390.00**
| **R J TRICON COMPANY I** | ☐ Contingent |
| **908 SHREWSBURY RD.** | ☐ Unliquidated |
| **JEFFERSON, LA 70121-1830** | ☐ Disputed |
| | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,083.30**
| **R Lee & Associates** | ☐ Contingent |
| **145 Lakewood Ave.** | ☐ Unliquidated |
| **Denham Springs, LA 70726** | ☐ Disputed |
| | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,329.58**
| **R.M.S.** | ☐ Contingent |
| **P.O. Box 361595** | ☐ Unliquidated |
| **Columbus, OH 43236** | ☐ Disputed |
| | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** **4901** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,675.00**
| **RAIN FOR RENT INC** | ☐ Contingent |
| **36612 HWY 30** | ☐ Unliquidated |
| **GEISMAR, LA 70734** | ☐ Disputed |
| | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,306.00** |

**RALPH'S Industrial E**
**1732 Plank Road**
**Baton Rouge, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,435.00** |

**RAWSON LP**
**12310 INDUSTRIPLEX BLVD**
**BATON ROUGE, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$343.00** |

**RED STICK ARMATURE W**
**P O BOX 310**
**ST. FRANCISVILLE, LA 70775-0310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,178.43** |

**RED STICK HOT SHOT L**
**PO Box 77021**
**BATON ROUGE, LA 70879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,921.39** |

**Republic Services**
**P.O. Box 9001099**
**Louisville, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,251.00** |

**Rineco Innovative Wa**
**819 VULCAN ROAD**
**BENTON, AR 72015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,404.46** |

**River Healthcare Inc**
**15481 Airline Hwy.**
**BATON ROUGE, LA 70817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **East West Copolymer LLC** | | Case number (*if known*) | **17-10327** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,853.00** |
|---|---|---|---|
| | **ROSEMOUNT INCORPORAT** | ☐ Contingent | |
| | **8200 MARKET BLVD** | ☐ Unliquidated | |
| | **CHANHASSEN, MN 55317** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,122.00** |
|---|---|---|---|
| | **S & S SPRINKLER CO.,** | ☐ Contingent | |
| | **PO BOX 77058** | ☐ Unliquidated | |
| | **BATON ROUGE, LA 70879** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$241.00** |
|---|---|---|---|
| | **Safety-Kleen Systems** | ☐ Contingent | |
| | **2423 Tyler St.** | ☐ Unliquidated | |
| | **Kenner   70062** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,115.00** |
|---|---|---|---|
| | **SAGE AUTOMATION** | ☐ Contingent | |
| | **P O BOX 21357** | ☐ Unliquidated | |
| | **BEAUMONT, TX 77720** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,775.00** |
|---|---|---|---|
| | **SAMUEL & SON CO.** | ☐ Contingent | |
| | **1848 BEAUMONT DR** | ☐ Unliquidated | |
| | **BATON ROUGE, LA 70816** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,300.00** |
|---|---|---|---|
| | **San Joaquin Refining** | ☐ Contingent | |
| | **P.O. Box 761** | ☐ Unliquidated | |
| | **Los Angeles, CA 90084** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|
| | **Sangha Associates** | ☐ Contingent | |
| | **P.O. Box 1748** | ☐ Unliquidated | |
| | **Pebble Beach, CA 93953** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,892.00**

**SATSUMA VALVE & CONT**
**PO BOX 779**
**WALKER, LA 70785-0779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,486.00**

**SCHNEIDER NATIONAL**
**4400 Trenton St.**
**Metairie, LA 70006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$840.00**

**Sepratech Corporatio**
**200 River Pointe Dr., Sui**
**Conroe, TX 77304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$495.00**

**Service Transport**
**P.O. Box 751418**
**Houston, TX 77275-1418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,900.16**

**SetPoint Integratd S**
**19151 Highland Road**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,804,875.00**

**Shell Chemical**
**P.O. Box 7247-6189**
**Philadelphia, PA 19170-6189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,750.00**

**Shrieve Chemical**
**1755 Woostead Ct.**
**The Woodlands, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,772.00** |
|---|---|---|---|
| | **SID RICHARDSON CARBO** | ☐ Contingent | |
| | **PO BOX 674067** | ☐ Unliquidated | |
| | **DALLAS, TX 75267-4067** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,300.00** |
|---|---|---|---|
| | **SKR Construction** | ☐ Contingent | |
| | **908 W. Orice Roth Rd.** | ☐ Unliquidated | |
| | **Gonzales, LA 70737** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$431.00** |
|---|---|---|---|
| | **SLAY TRANSPORTATION** | ☐ Contingent | |
| | **75 Remittance Dr., Suite 6650** | ☐ Unliquidated | |
| | **Chicago, IL 60675-6650** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165,605.97** |
|---|---|---|---|
| | **SMI COMPANIES GLOBAL** | ☐ Contingent | |
| | **1456 Hwy 317 S** | ☐ Unliquidated | |
| | **Franklin, LA 70538** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,849.00** |
|---|---|---|---|
| | **SNF INC.** | ☐ Contingent | |
| | **PO BOX 404637** | ☐ Unliquidated | |
| | **ATLANTA, GA 30384-4637** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,928.33** |
|---|---|---|---|
| | **Southern Alloy Corp** | ☐ Contingent | |
| | **P.O. Box 1168** | ☐ Unliquidated | |
| | **Sylacauga, AL 35150-1168** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,041.90** |
|---|---|---|---|
| | **SOUTHERN PACKAGING I** | ☐ Contingent | |
| | **7271 HWY 190 WEST** | ☐ Unliquidated | |
| | **PORT ALLEN, LA 70767-4707** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,160.00** |
|---|---|---|---|

Southern Packaging L
P.O. Box 677839
Mansfield, TX 76063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,917.00** |
|---|---|---|---|

SOUTHLAND FIRE&SAFET
11647 Cedar Park Avenue
Baton Rouge, LA 70809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,949.94** |
|---|---|---|---|

SPECTRUM WATER TECHN
218 W. Eastbank Street
Gonzales, LA 70737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$141,672.95** |
|---|---|---|---|

STAR SERVICE INCORPO
527 N ACADIAN THRUWAY
BATON ROUGE, LA 70896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,399.00** |
|---|---|---|---|

STEAM AND PROCESS RE
2403 SOUTH PHILIPPE AVENU
GONZALES, LA 70737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,431.00** |
|---|---|---|---|

STOCKWELL, SIEVERT,
127 West Broad St.
Lake Charles, LA 70601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$413.35** |
|---|---|---|---|

Strongarm Industries
5455 Ohio St.
Beaumont, TX 77005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,658.00** |
|---|---|---|---|

**Sunbelt Rentals, Inc**
**2341 Deerfield Drive**
**Fort Mill, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Superior Bulk Logistics, Inc.**
**711 Jorie Blvd., # 101 N**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,012.50** |
|---|---|---|---|

**Symrise Total**
**P.O. Box 5801**
**Carol Stream, IL 60197-5801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,626.00** |
|---|---|---|---|

**T-TRAX MAINTENANCE,**
**7365 BOCAGE BLVD.**
**BATON ROUGE, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,415.00** |
|---|---|---|---|

**TANNER INDUSTRIES**
**735 DAVISVILLE RD  3RD FL**
**SOUTHAMPTON, PA 18966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,764.00** |
|---|---|---|---|

**TECH 2000 SERVICES &**
**240 West End Ave, Ste. 3B**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$636.00** |
|---|---|---|---|

**TECTRON ENGINEERING**
**9378 Arlington Expressway**
**Jacksonville, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
|---|---|---|---|
| | Name | | |

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$464.00**

**TEK LAB**
**10155 MAMMOTH AVE.**
**BATON ROUGE, LA 70814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,388.50**

**TERMINAL TRANSFER AN**
**PO BOX 3256**
**BATON ROUGE, LA 70821-3256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,350.00**

**TERMINIX COMPANY**
**P O BOX 742592**
**CINCINNATI, OH 45274-2592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,679.00**

**TEX TRUDE INC**
**PO BOX 58**
**CHANNELVIEW, TX 77530-0058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00**

**THE ADVOCATE**
**P.O. Box 1069**
**Baton Rouge, LA 70821-1069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,219.71**

**THE RECOGNITION CO**
**7960 Goodwood Blvd.**
**Baton Rouge, LA 70806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,209.19**

**The Rosner Law Group**
**824 N. Market St., Suite 810**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **East West Copolymer LLC** | | Case number (if known) | **17-10327** |
|---|---|---|---|---|
| | Name | | | |

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,181.00**

THERMO ELECTRON NORTH
5255 Verona Rd.
Madison, WI 53711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,820.13**

THERMO FISHER SCIENT
7011 EXCHEQUER DRIVE
BATON ROUGE, LA 70809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$691.00**

THOMPSON SCALE COMPA
9000 JAMEEL RD, #190
HOUSTON, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$475,345.56**

TMA ENVIRONMENTAL IN
P O BOX 150
GONZALES, LA 70707-0150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,440.38**

TOM WATERS CLOTHES &
5225 VERONA ROAD
MADISON, WI 53711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,038.19**

Total Boiler & Mecha
P.O. Box 1119
Alvin, TX 77577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$983,985.74**

Total Petrochemicals
1201 Louisiana St.
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295,611.00** |
|---|---|---|---|

**TPC Group Inc.**
**PO Box 120349**
**Dallas, TX 75312-0319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$674.00** |
|---|---|---|---|

**TRANSPORT SERVICE CO**
**4944 Paysphere Circle**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,500.00** |
|---|---|---|---|

**Trinity Consultants**
**4000 S SHERWOOD FOREST BLVD.**
**BATON ROUGE, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,474.00** |
|---|---|---|---|

**TROSCLAIR PRINT INC**
**23725 EDEN STREET**
**PLAQUEMINE, LA 70764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,274.06** |
|---|---|---|---|

**TURF-SCAPE INCORPORA**
**PO BOX 86023**
**BATON ROUGE, LA 70879-6023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$349,292.12** |
|---|---|---|---|

**Twin Rivers Technology**
**780 Washington Street**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97,761.47** |
|---|---|---|---|

**U.S. Security Associ**
**P.O. BOX 931703**
**ATLANTA, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **East West Copolymer LLC**                    Case number (if known)   **17-10327**
           Name

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,884.00** |
|---|---|---|---|

**UNIQUE SYSTEMS INC**
**4 SADDLE ROAD**
**CEDAR KNOLLS, NJ 07927-1998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,821.01** |
|---|---|---|---|

**UNITED HEALTHCARE**
**Dept. CH 10151**
**Palatine, IL 60055-0151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,960.95** |
|---|---|---|---|

**UNITED RENTALS PUMP**
**6952 AIRLINE HWY**
**BATON ROUGE, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,882.00** |
|---|---|---|---|

**UNIVAR USA INC**
**34200 VW&W LANE**
**GEISMAR, LA 70734-3507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,239.00** |
|---|---|---|---|

**VAN LONDON-PHOENIX C**
**10540 Rockley Rd.**
**HOUSTON, TX 77099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,905.00** |
|---|---|---|---|

**VANTAGE OLEOCHEMICAL**
**4650 S. RACINE AV**
**CHICAGO, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$770.00** |
|---|---|---|---|

**Vecmar Corporation**
**7595 Jenther Dr.**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **East West Copolymer LLC** | Case number (*if known*) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,574.00** |
|---|---|---|---|

**Veolia North America**
**28958 Network Place**
**Chicago, IL 60673-1289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,620.00** |
|---|---|---|---|

**VWR INERNATIONAL INC**
**1050 Satellite Blvd. NW**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,602.59** |
|---|---|---|---|

**Waste Management**
**P.O. Box 9001054**
**Louisville, KY 40290-1054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$451.00** |
|---|---|---|---|

**WEIR MINERALS-LEWIS**
**8625 GRANT ROAD**
**ST LOUIS, MO 63123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,679.00** |
|---|---|---|---|

**Wesco**
**PO BOX 15198**
**BATON ROUGE, LA 70895-5198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,950.00** |
|---|---|---|---|

**WESTGATE INC**
**P O BOX 1948**
**BATON ROUGE, LA 70821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,443.00** |
|---|---|---|---|

**Westlake Chemical**
**2801 POST OAK BLVD**
**HOUSTON, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$522.00** |
|---|---|---|---|

**WIDGETT SCIENTIFIC I**
**2063 DALLAS DR**
**BATON ROUGE, LA 70806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$468.00** |
|---|---|---|---|

**WKB CONSULTING, LLC**
**243 HIGHLAND TRACE**
**BATON ROUGE, LA 70810**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,112.52** |
|---|---|---|---|

**Womack Machine**
**2011 8th St.**
**Harvey, LA 70058-4097**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus GTS, Inc.**<br>**2400 Veteran's Memorial Blvd., Suite 300**<br>**Kenner, LA 70062** | Line **3.232**<br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Atradius Collections**<br>**3500 Lacey Rd., Suite 220**<br>**Downers Grove, IL 60515** | Line **3.3**<br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Briggs Equipment**<br>**Attn: Dequila Blackmon**<br>**10540 N. Stemmons Freeway**<br>**Dallas, TX 75220** | Line **3.45**<br>☐ Not listed. Explain ___ | _ |
| 4.4 | **CMI Credit Mediators, Inc.**<br>**P.O. Box 456**<br>**Upper Darby, PA 19082** | Line **3.244**<br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Commercial Claims Inc.**<br>**1901 Park Dr.**<br>**P.O. Box 1315**<br>**Kansas City, KS 66117** | Line **3.135**<br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Craig L. Kaster**<br>**P.O. Box 815**<br>**Zachary, LA 70791** | Line **3.90**<br>☐ Not listed. Explain ___ | _ |

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.7 **David Cliburn**<br>**David H. Cliburn & Associates**<br>**2008-B Burnside Ave.**<br>**Gonzales, LA 70737** | Line **3.261**<br>☐ Not listed. Explain ____ | _ |
| 4.8 **Emile Joseph, Jr.**<br>**Allen & Gooch**<br>**2000 Kaliste Saloom Rd., Suite 400**<br>**Lafayette, LA 70508** | Line **3.159**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Jack Carmain**<br>**P.O. Box 951654**<br>**Dallas, TX 75395-1654** | Line **3.70**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **Jon Majewski**<br>**Bldg. 1, L-JEF-359**<br>**4809 Jefferson Hwy.**<br>**New Orleans, LA 70121** | Line **3.96**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **Joseph Hebert**<br>**Liskow & Lewis**<br>**822 Harding St.**<br>**Lafayette, LA 70505** | Line **3.256**<br>☐ Not listed. Explain ____ | _ |
| 4.12 **Joseph Tabb**<br>**Baudry & Tabb, LLC**<br>**111 Wilson St.**<br>**Franklin, LA 70538** | Line **3.100**<br>☐ Not listed. Explain ____ | _ |
| 4.13 **Joycelyn Kloeber**<br>**Newman, Mathis, Brady & Spedal**<br>**433 Metairie Rd., Suite 600**<br>**Metairie, LA 70005** | Line **3.268**<br>☐ Not listed. Explain ____ | _ |
| 4.14 **Kenneth Gaddy**<br>**C2C Resources, LLC**<br>**56 Perimeter Center, Suite E100**<br>**Atlanta, GA 30346** | Line **3.188**<br>☐ Not listed. Explain ____ | _ |
| 4.15 **Lance J. Arnold**<br>**Baldwin & Haspel**<br>**1100 Poydras St., Suite 2200**<br>**New Orleans, LA 70163-2200** | Line **3.167**<br>☐ Not listed. Explain ____ | _ |
| 4.16 **Linde**<br>**Attn: Mario Coronado**<br>**230 Somerset Corp. Blvd, Ste. 7000**<br>**Bridgewater, NJ 08807** | Line **3.173**<br>☐ Not listed. Explain ____ | _ |
| 4.17 **Mario Zaragoza**<br>**51010 Office Park Dr., Suite 100**<br>**Bakersfield, CA 93303** | Line **3.231**<br>☐ Not listed. Explain ____ | _ |
| 4.18 **Mike Milliken**<br>**Rauch-Milliken International, Inc.**<br>**P.O. Box 8390**<br>**Metairie, LA 70011** | Line **3.247**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **East West Copolymer LLC** | Case number (if known) | **17-10327** |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.19 | **R.J. Morrison**<br>**Dentons US LLP**<br>**4520 Main St., Suite 1100**<br>**Kansas City, MO 64111** | Line **3.211**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Robert Fischer**<br>**Marlin Leasing Corp.**<br>**300 Fellowship Rd.**<br>**Mount Laurel, NJ 08054** | Line **3.181**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Stephen R. Belden**<br>**MMR Constructors, Inc.**<br>**15961 Airline Hwyl.**<br>**Baton Rouge, LA 70817** | Line **3.186**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Synter Resource Group, LLC**<br>**5935 Rivers Ave., Suite 102**<br>**Charleston, SC 29406-6071** | Line **3.102**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **T. Cormac McCarthy, Esq.**<br>**437 Kefferspm Ave.**<br>**Washington, PA 15301** | Line **3.208**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Thomas Zuccaro**<br>**Greenberg, Grant & Richards, Inc.**<br>**5858 Westheimer Rd., Suite 500**<br>**Houston, TX 77057** | Line **3.132**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Yolanda E. Wooley**<br>**Georgia Pacific**<br>**133 Peachtree St., NW, 7th Floor**<br>**Atlanta, GA 30303** | Line **3.120**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Yolanda E. Wooley**<br>**Georgia Pacific**<br>**133 Peachtree St., NW, 7th Floor**<br>**Atlanta, GA 30303** | Line **3.121**<br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ 323,902.76 |
| 5b. Total claims from Part 2 | 5b. + | $ 16,216,843.46 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 16,540,746.22 |

**Fill in this information to identify the case:**

Debtor name     **East West Copolymer LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF LOUISIANA

Case number (if known)   **17-10327**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement for Cylinder Gases for Lab Use** | |
| | State the term remaining | **5/3/13-5/3/18** | **Airgas** |
| | List the contract number of any government contract | | **16585 Airline Hwy.** **Prairieville, LA 70769** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement to provide OTD Bins to ship finished products to customers.** | |
| | State the term remaining | | **Aledo** |
| | List the contract number of any government contract | | **2000 E. 12th Ave. # 1** **Denver, CO 80206** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Provide Styrene Monomer Auto Renewal** | |
| | State the term remaining | **1/1/17-12/31/17** | **American Styrenics, LLC** |
| | List the contract number of any government contract | | **24 Waterway Ave., Suite 1200** **Spring, TX 77380** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Forklifts for Use in the Warehouse and Finishing Lines** | |
| | State the term remaining | **9/1/16-5/1/17** | **Briggs Equipment** |
| | List the contract number of any government contract | | **Lockbox 841272** **Dallas, TX 75284-1272** |

| Debtor 1 | **East West Copolymer LLC** | | | Case number *(if known)* | **17-10327** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **IT and Maintenance Support for SAP System Auto Renewal** | |
|---|---|---|---|
| | State the term remaining | **5/1/14-5/1/17** | **Brillio P.O. Box 5048 Parsippany, NJ 07054** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement for Maintenance and Engineering** | |
|---|---|---|---|
| | State the term remaining | | **Brown & Root Industrial Services, LLC 26 Citiplace Dr., Suite 500 Baton Rouge, LA 70808** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement of Sodium Formaldehyude Sulfoxylate Auto Renewal** | |
|---|---|---|---|
| | State the term remaining | | **BruggemannChemical Attn: Michael S. O'Shaughnessy 6520 Red Maple Dr. Charlotte, NC 28277** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease and Service Agreements (12) Copiers** | |
|---|---|---|---|
| | State the term remaining | **6/16/14-6/30/19** | **Canon P.O. Box 15004 Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement for Sulfuric Acid** | |
|---|---|---|---|
| | State the term remaining | **4/1/16-4/30/18** | **Chemours Company FC, LLC 1007 Market St., Suite 13000-4A Wilmington, DE 19899** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Provide Support and Maintenance for Bull System** | |
|---|---|---|---|
| | State the term remaining | **1/1/17-12/31/17** | **Compucon/ATOS P.O. Box 951654 Dallas, TX 75395-2165** |

5/08/17 5:23PM

| Debtor 1 | **East West Copolymer LLC** | | Case number (*if known*) | **17-10327** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

_____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement for Electricity** | |
|---|---|---|---|
| | State the term remaining | | **Entergy** |
| | List the contract number of any government contract | | **P. O. Box 8103** |
| | | | **Baton Rouge, LA 70891-8103** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Pipeline Supplier of Natural Gas, to East West Copolymer Plant** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Products** |
| | List the contract number of any government contract | | **1100 Louisiana St.** |
| | | | **Houston, TX 77002** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Agreement with Ponchartrain** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Products** |
| | List the contract number of any government contract | | **1100 Louisiana St.** |
| | | | **Houston, TX 77002** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement for Budatiene** | |
|---|---|---|---|
| | State the term remaining | | **Exxon Chemical Americas** |
| | List the contract number of any government contract | | **22777 Springwooods Village Pkwy.** |
| | | | **Spring, TX 77389-1425** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Uniform Supplier for Employees and Contract Labor from Brown & Root Auto Renewal 4/25/16-4/30/21** | |
|---|---|---|---|
| | State the term remaining | | **G and K Supply** |
| | List the contract number of any government contract | | **P.O. Box 842385** |
| | | | **Boston, MA 02284-2385** |

| Debtor 1 | **East West Copolymer LLC** | | Case number *(if known)* | **17-10327** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier of Aluminum Boxes Used for Shipment of Finished Goods to Customers** | |
|---|---|---|---|
| | State the term remaining | **1/1/16-12/31/17** | |
| | List the contract number of any government contract | | **Goodpack USA<br>550 North Commonds Dr.<br>Aurora, IL 60504** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription to Monomer Reporting Services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **IHS/Global<br>15 Inverness Way East<br>Englewood, CO 80112** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement for Governmental Relations** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **IPH Consulting<br>12379 Legacy Hills Dr.<br>Geismar, LA 70734** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Janitorial Service Provider** | |
|---|---|---|---|
| | State the term remaining | **7/1/16-6/30/19** | |
| | List the contract number of any government contract | | **IPH, LLC<br>12379 Legacy Hills Dr.<br>Geismar, LA 70734** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Cash Flow Modeling and Consulting** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **James M. Smith Consulting<br>344 Romancok Rd.<br>Fairfield, CT 06825** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier of Inert Gas Auto Renewal** | |
|---|---|---|---|
| | State the term remaining | **10/1/14-9/30/17** | |
| | List the contract number of any | | **Linde Group<br>575 Mountain Ave.<br>Murray Hill, NJ 07974** |

5/08/17 5:23PM

| Debtor 1 | **East West Copolymer LLC** | | Case number (*if known*) | **17-10327** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | | |
|---|---|---|---|
| **2.22.** | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease and Service Agreements for (2) Copiers** | |
| | State the term remaining | **5/12/12-12/30/17** | **Marlin Leasing** |
| | List the contract number of any government contract | | **P O.Box 13604**<br>**Philadelphia, PA 19101** |
| **2.23.** | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Vendor Providing Parts, Supplies and Safety Equipment** | |
| | State the term remaining | **Auto Renewal**<br>**9/1/09-9/1/17** | **Motion Industries** |
| | List the contract number of any government contract | | **P.O. Box 504606**<br>**Saint Louis, MO 63150** |
| **2.24.** | State what the contract or lease is for and the nature of the debtor's interest | **IT and Technical Support for computer and operations systems.** | |
| | State the term remaining | | **Novatech** |
| | List the contract number of any government contract | | **11425 Cronhill Dr.**<br>**Owings Mills, MD 21117** |
| **2.25.** | State what the contract or lease is for and the nature of the debtor's interest | **Supplier of Seals for EWC** | |
| | State the term remaining | **Auto Renewal** | **PPC Mechanical**<br>**P.O. Box 52915** |
| | List the contract number of any government contract | | **2769 Mission Dr.**<br>**Baton Rouge, LA 70892-2915** |
| **2.26.** | State what the contract or lease is for and the nature of the debtor's interest | **Bankruptcy filing prepartion and other assorted case administrative services.** | |
| | State the term remaining | | **Rust Consulting** |
| | List the contract number of any government contract | | **1120 Avenue of the Americas, 4th Floor**<br>**New York, NY 10036** |

5/08/17 5:23PM

| Debtor 1 | **East West Copolymer LLC** | | Case number *(if known)* | **17-10327** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **BD Supplier - Master Contract 2016-2018** | |
|---|---|---|---|
| | State the term remaining | **1/1/16-12/31/18** | **Shell Chemical**<br>**P.O. Box 7247-6189**<br>**Philadelphia, PA 19170-6189** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier of Carbon Black** | |
|---|---|---|---|
| | State the term remaining | **12/1/17-12/31/17** | **Sid Richardson Carbon, Ltd.**<br>**9455 FM 1559**<br>**Borger, TX 79007** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement for Coagulation Aid Auto Renewal** | |
|---|---|---|---|
| | State the term remaining | | **SNF Inc.**<br>**One Chemical Plant Rd.**<br>**P.O. Box 250**<br>**Riceboro, GA 31323-3253** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for HV/AC Service, Support and Repair** | |
|---|---|---|---|
| | State the term remaining | **9/1/15-8/31/17** | **Star Services Inc.**<br>**527 N. Acadian Thruway**<br>**Baton Rouge, LA 70896** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Plant operations consulting** | |
|---|---|---|---|
| | State the term remaining | | **TAMO Lean Consulting**<br>**7594 Mannheim Court**<br>**Hudson, OH 44236** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Provides Waterblasting Services Auto Renewal** | |
|---|---|---|---|
| | State the term remaining | **5/1/10-4/30/17** | **TMA Environmental**<br>**P.O. Box 150**<br>**Gonzales, LA 70707-0150** |
| | List the contract number of any | | |

5/08/17 5:23PM

| Debtor 1 | **East West Copolymer LLC** | | | Case number *(if known)* | **17-10327** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Supplier of Styrene** | |
| | State the term remaining | 1/1/17-12/31/17 | **Total Petrochemical** |
| | List the contract number of any government contract | | **1201 Louisiana St.** **Houston, TX 77002** |

| | | | |
|---|---|---|---|
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Supplier of Butadiene** | |
| | State the term remaining | 1/1/17-12/31/17 | **TPC Group, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 120349** **Dallas, TX 75312-0319** |

| | | | |
|---|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lawn care and grounds maintenance** | |
| | State the term remaining | | **Turf Scape** |
| | List the contract number of any government contract | | **P.O. Box 86023** **Baton Rouge, LA 70879-6023** |

| | | | |
|---|---|---|---|
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **On-Site Security Services** **Auto Renewal** | |
| | State the term remaining | 6/19/14-5/31/17 | **U.S. Security** |
| | List the contract number of any government contract | | **P.O. Box 931703** **Atlanta, GA 31193** |

| | | | |
|---|---|---|---|
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Disposal** **Auto Renewal** | |
| | State the term remaining | | **Waste Management** |
| | List the contract number of any government contract | | **7170 John Brannon Rd.** **Sulphur, LA 70665** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

5/08/17  5:23PM

**Fill in this information to identify the case:**

Debtor name    **East West Copolymer LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF LOUISIANA

Case number (if known)    **17-10327**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **East West Copolymer & Rubber LLC** | **5955 Scenic Hwy. Baton Rouge, LA 70805** | **Copolymer Holdings** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **East West Copolymer & Rubber LLC** | **5955 Scenic Hwy. Baton Rouge, LA 70805** | **Main Street Capital Corp.** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **East West Copolymer & Rubber LLC** | **5955 Scenic Hwy. Baton Rouge, LA 70805** | **Sterling National Bank** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **East West Copolymer & Rubber LLC** | **5955 Scenic Hwy. Baton Rouge, LA 70805** | **Trive Capital** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **East West Copolymer LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF LOUISIANA

Case number (if known)    **17-10327**

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$17,080,000.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$84,330,000.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$75,775,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **East West Copolymer LLC**                    Case number *(if known)*   **17-10327**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached Exhibit "A"** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Brown & Root Industrial Services, LLC v. East West Copolymer, LLC<br>655540** | **Petition for Damages, Enforcement of Privileges, and for Writs of Sequestration** | **19th Judicial District Court<br>300 North Blvd.<br>Baton Rouge, LA 70802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **L. V. Lomas, Inc. v. East West Copolymer, LLC<br>656280** | **Petition on Open Account** | **19th Judicial District Court<br>300 North Blvd.<br>Baton Rouge, LA 70802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **East West Copolymer LLC**                                        Case number *(if known)* **17-10327**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **MMR Constructors Inc. v. East West Copolymer, LLC** 656138 | **Petition on Contract** | **19th Judicial District Court 300 North Blvd. Baton Rouge, LA 70802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Star Service Inc. of BR v. East West Copolymer, LLC** 656874 | **Petition on Contract** | **19th Judicial District Court 300 North Blvd. Baton Rouge, LA 70802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Process Oils Inc. v. East West Copolymer, LLC** 656878 | **Petition on Contract** | **19th Judicial District Court 300 North Blvd. Baton Rouge, LA 70802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

Debtor    **East West Copolymer LLC**                                        Case number *(if known)* **17-10327**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Stewart Robbins & Brown, LLC**<br>**620 Florida Street, Suite 100**<br>**Post Office Box 2348**<br>**Baton Rouge, LA 70821** | **Attorney Fees** | **April 3, 2017 and April 7, 2017** | **$63,810.23** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **The Rosner Law Group**<br>**824 N. Market St., Suite 810**<br>**Wilmington, DE 19801** | **Attorneys Fees** | | **$75,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.3. <br>**Shared Management Resources** | **Financial Consulting** | **2/8/17; 2/10/17; 2/17/17; 2/24/17; 3/3/17; 3/10/17; 3/16/17; 3/23/17; 4/7/17** | **$159,028.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.4. **Rust Consulting, Inc.** | **Attorney's Fees** | **2/6/17** | **$5,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

| Debtor | **East West Copolymer LLC** | Case number *(if known)* **17-10327** |
|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Consolidated Compliance Order Enforcement Tracking #WE-CM-13-01210 SA-WE-16-0018** | **Louisiana Dept of Environmental Quality Financial Services Division P. O. Box 4302 Baton Rouge, LA 70821-4311** | **LDEQ Permit Deviations** | ☐ Pending ☐ On appeal ■ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

| Debtor | **East West Copolymer LLC** | Case number *(if known)* **17-10327** |
|---|---|---|

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **East West Copolymer &<br>Rubber LLC<br>5955 Scenic Hwy.<br>Baton Rouge, LA 70805** | | **EIN:**  46-4499061<br><br>**From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Ceslo Goncalves<br>5955 Scenic Hwy.<br>Baton Rouge, LA 70805** | **4/2014-12/2015** |
| 26a.2.  **Sharman Brister<br>5955 Scenic Hwy.<br>Baton Rouge, LA 70805** | **4/2014-3/2017** |
| 26a.3.  **Susan Devillier<br>5955 Scenic Hwy.<br>Baton Rouge, LA 70805** | **4/2014-3/2017** |
| 26a.4.  **Samantha Noggerath<br>5955 Scenic Hw.<br>Baton Rouge, LA 70805** | **12/2015-3/2017** |
| 26a.5.  **Ruth Dreesen<br>5955 Scenic Hwy.<br>Baton Rouge, LA 70805** | **7/2016-1/2017** |
| 26a.6.  **Paula Moreau<br>5955 Scenic Hwy.<br>Baton Rouge, LA 70805** | **11/2016-3/2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Hannis T. Bourgeois, LLP<br>2322 Tremont Dr.<br>Baton Rouge, LA 70809** | **2014-2015** |

5/08/17 5:23PM

Debtor    **East West Copolymer LLC**                    Case number *(if known)*  **17-10327**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

26d.1.    **Comerica Bank**
**MC 6609**
**5757 Memorial Dr.**
**Houston, TX 77070**

26d.2.    **Sterling National Bank**
**8401 N. Central Expressway, Suite 600**
**Dallas, TX 75225**

26d.3.    **Newstar Business Credit, LLC**
**8401 N. Central Expressway, Suite 600**
**Dallas, TX 75225**

26d.4.    **Main Street Capital Corp.**
**1300 Post Oak Blvd.**
**8th Floor**
**Houston, TX 77056**

26d.5.    **TCTM Finanical 2015 EW LLC**
**200 Crescent Court, Suite 1040**
**Dallas, TX 75201**

26d.6.    **Exxon Chemical Americas**
**13501 Katie FW**
**Houston, TX 77079**

26d.7.    **Cross Oil Refining/Martin MLP**
**484 East 6th St.**
**Smackover, AR 71762**

26d.8.    **Arkema, Inc.**
**900 First Avenue**
**King of Prussia, PA 19406**

26d.9.    **TPC Group, Inc.**
**P.O. Box 120349**
**Dallas, TX 75312-0319**

26d.10.    **Eastman Chemical Products**
**P.O. Box 431**
**Kingsport, TN 37662**

26d.11.    **Holly Frontier Refinery**
**P.O. Box 840408**
**Dallas, TX 75284**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

Debtor    **East West Copolymer LLC**                                     Case number *(if known)* **17-10327**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Percy Comeaux** | **12/2016** | **5,800,000.00** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Percy Comeaux**<br>**5955 Scenic Hwy.**<br>**Baton Rouge, LA 70805** | | |
| 27.2. | **Thomas Gordon** | **2/2017** | **$4,600,000.00** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Thomas Gordon**<br>**5955 Scenic Hwy.**<br>**Baton Rouge, LA 70805** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **East West Copolymer & Rubber LLC** | **5955 Scenic Hwy.**<br>**Baton Rouge, LA 70805** | | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Exhibit "B"** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **East West Copolymer LLC** | Case number *(if known)* | **17-10327** |
|---|---|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  8, 2017**

**/s/ Gregory Nelson**                                        **Gregory Nelson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# East West Copolymer, LLC

## Payments Made to Creditors Within 90 Days of Filing (4/07/17)

| Count | Vendor Name | Amount |
|---|---|---|
| 1 | ADP | $1,956,396 |
| 2 | Alberty & Blakeney | $43,560 |
| 3 | Alberty and Blakeney LLC | $12,609 |
| 4 | America Styrenics | $103,572 |
| 5 | Americas Styrenics | $58,662 |
| 6 | Analytical and Environmental testing | $11,244 |
| 7 | Analytical Environmental Testing | $1,631 |
| 8 | Arizona | $60,112 |
| 9 | Atlas Hose | $1,623 |
| 10 | Barbe | $55,451 |
| 11 | Brillio LLC | $8,736 |
| 12 | Brown & Root | $210,593 |
| 13 | Bruggemann | $30,000 |
| 14 | C and G Container | $7,650 |
| 15 | Candlewood Partners LLC | $25,000 |
| 16 | City of Batron Rouge | $3,542 |
| 17 | Colonial Supplemental Insurance | $9,769 |
| 18 | Comerica Bank | $146,274 |
| 19 | Dalco Pumps & Equipment | $4,705 |
| 20 | East Baton Rouge | $4,428 |
| 21 | Eastman | $53,370 |
| 22 | EMCO | $7,239 |
| 23 | Employee Asssistance Program | $638 |
| 24 | Encina Business Credit | $88,000 |
| 25 | ENTERGY | $525,319 |
| 26 | Entery | $288,935 |
| 27 | Estese Refractory & Insulation | $23,775 |
| 28 | Euler Hermes ACI Services | $8,592 |
| 29 | Exxon Mobil | $1,485,000 |
| 30 | ExxonMobil Chemical Company | $365,000 |
| 31 | Fidelity | $196,737 |
| 32 | Flemming Bjoernslev | $886 |
| 33 | Frenpolymer LDA | $1,626 |
| 34 | G & K Services | $9,473 |
| 35 | GEO Heat Exchangers, LLC | $2,363 |
| 36 | GEO Specialty Chemicals | $17,868 |
| 37 | Great American Group Advisory | $13,547 |
| 38 | Guardian Appleton | $23,319 |
| 39 | H&R Group | $33,419 |
| 40 | International Association of Operators | $8,666 |
| 41 | IPFS Corporation | $210,290 |
| 42 | IPH | $8,835 |
| 43 | James Smith | $16,358 |
| 44 | John Graham | $1,548 |



(PRIVATE & CONFIDENTIAL)

Payments (90 days to 4-7-17)
Summary

# East West Copolymer, LLC

## Payments Made to Creditors Within 90 Days of Filing (4/07/17)

| Count | Vendor Name | Amount |
|---|---|---|
| 45 | LA Dept. of Environmental Quality | $18,650 |
| 46 | Lard Oil Company, Inc. | $21,341 |
| 47 | Lincoln Financial Group | $26,277 |
| 48 | Linde LLC | $32,325 |
| 49 | JP Morgan Chase | $45,028 |
| 50 | Lockton Companies | $16,413 |
| 51 | Louisiana DEQ | $84,853 |
| 52 | Midcap Financial Services LLC | $15,000 |
| 53 | Mode Transportation, LLC | $58,741 |
| 54 | National Electric Motor & Supply | $9,203 |
| 55 | Occidental | $64,281 |
| 56 | Office of State fire Marshall | $20 |
| 57 | Oliver Van Horn Company | $995 |
| 58 | PCTEK | $30,000 |
| 59 | Pitney Bowes | $782 |
| 60 | Pontchartrain Natural Gas System | $671,101 |
| 61 | PPC | $1,549 |
| 62 | Precision Air & Liquid | $2,636 |
| 63 | Premier | $3,400 |
| 64 | Rust Consulting, Inc. | $5,000 |
| 65 | Shared Management Resources, Ltd. | $159,028 |
| 66 | Shell Chemical LP | $350,000 |
| 67 | Shreive | $5,400 |
| 68 | Southern Packaging | $61,692 |
| 69 | Southern Packaging LP | $14,272 |
| 70 | State of Louisiana sales tax | $2,778 |
| 71 | Stewart, Robbins & Brown | $115,000 |
| 72 | Stockwell Sievert Law firm | $10,000 |
| 73 | Terminal Transfer & Storage | $17,793 |
| 74 | The Rosner Law Group LLC | $75,000 |
| 75 | TMA | $6,164 |
| 76 | TMA Environmental | $68,356 |
| 77 | TPC Group LLC | $100,014 |
| 78 | T-trax Maintenance | $2,000 |
| 79 | United Healtcare | $280,072 |
| 80 | United Rentals | $35,208 |
| 81 | USA Waste Management Services | $10,019 |
| 82 | Utility Payment Process | $220 |
| 83 | Valuation & Advisory Services | $6,250 |
| 84 | Waste Management | $5,000 |

Grand Total ==> $8,578,226

(PRIVATE & CONFIDENTIAL)  Payments (90 days to 4-7-17) Summary

## Processed Wire Transfers

| Date | Vendor | Amount |
|------|--------|--------|
| 01/24/17 | Valuation & Advisory Services | $6,250.00 |
| 01/24/17 | Mode Transportation, LLC | $15,987.99 |
| 01/25/17 | Pontchartrain Natural Gas System | $57,994.93 |
| 01/26/17 | Lard Oil Company, Inc. | $19,331.34 |
| 01/27/17 | Pontchartrain Natural Gas System | $55,215.44 |
| 01/27/17 | The Rosner Law Group LLC | $25,000.00 |
| 01/27/17 | ExxonMobil Chemical Company | $365,000.00 |
| 01/27/17 | TPC Group LLC | $100,014.00 |
| 01/30/17 | IPFS Corporation | $105,290.86 |
| 01/30/17 | The Rosner Law Group LLC | $50,000.00 |
| 02/02/17 | Midcap Financial Services LLC | $15,000.00 |
| 02/02/17 | Candlewood Partners LLC | $25,000.00 |
| 02/02/17 | Pontchartrain Natural Gas System | $55,215.44 |
| 02/03/17 | Pontchartrain Natural Gas System | $90,805.00 |
| 02/06/17 | Rust Consulting, Inc. | $5,000.00 |
| 02/06/17 | Pontchartrain Natural Gas System | $95,541.94 |
| 02/07/17 | Entery | $288,934.84 |
| 02/07/17 | Mode Transportation, LLC | $30,129.06 |
| 02/07/17 | Frenpolymer LDA | $1,626.40 |
| 02/08/17 | Great American Group Advisory | $13,546.89 |
| 02/08/17 | Shared Management Resources, Ltd | $15,000.00 |
| 02/09/17 | Pontchartrain Natural Gas System | $77,083.01 |
| 02/09/17 | Shell Chemical LP | $350,000.00 |
| 02/10/17 | Shared Management Resources, Ltd | $15,397.10 |
| 02/16/17 | Pontchartrain Natural Gas System | $12,974.26 |
| 02/17/17 | Shared Management Resources, Ltd | $17,868.13 |
| 02/17/17 | Mode Transportation, LLC | $12,624.18 |
| 02/17/17 | Linde LLC | $32,325.33 |
| 02/23/17 | America Styrenics | $103,572.00 |
| 02/23/17 | Exxon Mobil | $1,485,000.00 |
| 02/23/17 | Pontchartrain Natural Gas System | $45,362.92 |
| 02/24/17 | Shared Management Resources, Ltd | $18,449.87 |
| 03/02/17 | Pontchartrain Natural Gas System | $13,201.18 |
| 03/03/17 | Shared Management Resources, Ltd | $18,059.14 |
| 03/06/17 | Encina Business Credit | $25,000.00 |
| 03/06/17 | Pontchartrain Natural Gas System | $13,201.18 |
| 03/08/17 | Atlas Hose | $565.08 |
| 03/09/17 | Pontchartrain Natural Gas System | $23,912.98 |
| 03/09/17 | Entergy | $245,959.78 |
| 03/10/17 | Encina Business Credit | $30,000.00 |
| 03/10/17 | IPFS Corporation | $104,998.84 |

| | | |
|---|---|---|
| 03/10/17 | Shared Management Resources, Ltd | $18,410.97 |
| 03/13/17 | Pontchartrain Natural Gas System | $23,912.98 |
| 03/15/17 | Lard Oil Company, Inc. | $2,009.32 |
| 03/15/17 | Atlas Hose | $1,058.09 |
| 03/16/17 | Encina Business Credit | $33,000.00 |
| 03/16/17 | Entergy | $279,076.27 |
| 03/16/17 | Pontchartrain Natural Gas System | $19,830.25 |
| 03/16/17 | Shared Management Resources, Ltd | $19,310.37 |
| 03/21/17 | Pontchartrain Natural Gas System | $19,830.24 |
| 03/23/17 | Pontchartrain Natural Gas System | $14,999.98 |
| 03/23/17 | Stewart, Robbins & Brown | $15,000.00 |
| 03/23/17 | Shared Management Resources, Ltd | $19,367.98 |
| 03/28/17 | Stewart, Robbins & Brown | $25,000.00 |
| 03/28/17 | Pontchartrain Natural Gas System | $14,999.99 |
| 03/28/17 | Analytical Environmental Testing | $1,631.21 |
| 03/30/17 | Pontchartrain Natural Gas System | $14,410.62 |
| 03/31/17 | USA Waste Management services | $10,019.46 |
| 04/03/17 | PCTEK | $5,000.00 |
| 04/04/17 | Pontchartrain Natural Gas System | $14,410.61 |
| 04/05/17 | Stockwell Sievert Law firm | $5,000.00 |
| 04/05/17 | Stewart, Robbins & Brown | $75,000.00 |
| 04/06/17 | Pontchartrain Natural Gas System | $8,198.38 |
| 04/07/17 | Shared Management Resources, Ltd | $17,164.50 |
| 04/07/17 | Stockwell Sievert Law firm | $5,000.00 |

**Total of Wire Transfers ==>**     **$4,743,080.33**

## ACH Processed Payments

| Date | Vendor | Amount |
|---|---|---|
| 01/24/17 | United Rentals | $35,207.95 |
| 01/25/17 | Eastman | $53,369.60 |
| 01/25/17 | Barbe | $55,450.68 |
| 01/25/17 | Premier | $3,399.84 |
| 01/25/17 | Arizona | $30,260.00 |
| 01/26/17 | Alberty & Blakeney | $15,608.15 |
| 01/26/17 | Oliver Van Horn company | $994.77 |
| 01/27/17 | Lockton companies | $5,000.00 |
| 01/27/17 | Brown & Root | $106,246.52 |
| 01/28/17 | A&E testing | $2,732.66 |
| 02/02/17 | Employee asssistance program | $212.50 |
| 02/02/17 | Lockton companies | $11,413.25 |
| 02/02/17 | IPH | $2,945.00 |
| 02/03/17 | International Association of Operato | $2,888.76 |
| 02/07/17 | Southern Packaging | $46,500.00 |
| 02/07/17 | TMA Environmental | $29,223.36 |
| 02/07/17 | Brown & Root | $104,346.93 |
| 02/07/17 | Occidental | $43,742.34 |
| 02/07/17 | Arizona | $29,852.00 |
| 02/07/17 | Southern Packaging LP | $14,272.00 |
| 02/07/17 | Bruggemann | $30,000.00 |
| 02/08/17 | James Smith | $16,358.42 |
| 02/09/17 | Alberty and Blakeney LLC | $12,608.60 |
| 02/10/17 | Southern Packaging | $15,192.00 |
| 03/01/17 | IPH | $2,945.00 |
| 03/02/17 | Americas Styrenics | $29,331.00 |
| 03/03/17 | Analytical and Environmental testir | $3,636.17 |
| 03/03/17 | Americas Styrenics | $29,331.00 |
| 03/06/17 | EMCO | $7,239.44 |
| 03/09/17 | TMA Environmental | $7,791.00 |
| 03/09/17 | Analytical and Environmental testir | $1,671.03 |
| 03/13/17 | Brillio LLC | $8,736.00 |
| 03/13/17 | TMA Environmental | $8,576.44 |
| 03/13/17 | H&R Group | $33,419.01 |
| 03/14/17 | Occidental | $20,538.34 |
| 03/15/17 | Alberty & Blakeney | $13,851.16 |
| 03/15/17 | T-trax maintenance | $2,000.00 |
| 03/15/17 | C and G container | $7,650.00 |
| 03/15/17 | PPC | $1,548.80 |
| 03/17/17 | Employee asssistance program | $425.00 |
| 03/23/17 | TMA Environmental | $22,765.46 |

| | | | |
|---|---|---|---|
| 03/23/17 | International Association of Operat… | $5,777.52 | |
| 03/28/17 | Analytical and Environmental testi… | $1,631.21 | |
| 03/31/17 | IPH | $2,945.00 | |
| 04/04/17 | Shreive | $5,400.00 | |
| 04/07/17 | TMA | $6,164.44 | |
| 04/07/17 | Analytical and Environmental testi… | $1,573.12 | |
| | | | Paid with check on 4/7 they never received so rewired |
| 04/07/17 | Terminal Transfer and Storage | $11,697.00 | on 4/17 |
| 04/07/17 | Alberty & Blakeney | $14,101.14 | |
| 04/07/17 | Precision Air & Liquid | $2,636.00 | |
| 04/07/17 | Waste management | $5,000.00 | |

**Total of ACH's ==>** **$926,205.61**

## Vendor

CITY OF BATON ROUGE
ESTES REFRACTORY & INSULATION
GEO SPECIALTY CHEMICALS, INC.
LA DEPT OF ENVIRONMENTAL QUALI
LOCKBOX 911354-JP MORGAN CHASE
Colonial Supplemental Insuranc
EULER HERMES ACI SERVICES
EULER HERMES ACI SERVICES
GUARDIAN-APPLETON
LINCOLN FINANCIAL GROUP
UNITED HEALTHCARE -
UTILITY PAYMENT PROCESSING
DALCO PUMPS AND EQUIPMENT, INC
G AND K SERVICES
GEO HEAT EXCHANGERS LLC
Louisiana DEQ
NATIONAL ELECTRIC MOTOR & SUPP
John Graham
Louisiana DEQ
Louisiana DEQ
LOCKBOX 911354-JP MORGAN CHASE
TERMINAL TRANSFER AND STORAGE
PCTEK
TERMINAL TRANSFER AND STORAGE
PCTEK
UTILITY PAYMENT PROCESSING
EULER HERMES ACI SERVICES
ENTERGY
Office of State fire Marshall
PITNEY BOWES GLOBAL
PCTEK
Colonial Supplemental Insuranc
UNITED HEALTHCARE -
LINCOLN FINANCIAL GROUP
GUARDIAN-APPLETON
PCTEK
PCTEK
Flemming Bjoernslev
Colonial Supplemental Insuranc
UNITED HEALTHCARE -
LINCOLN FINANCIAL GROUP
GUARDIAN-APPLETON

| Check # | Date | Amount |
| --- | --- | --- |
| 1070 | 01/24/17 | $3,542.00 |
| 4000004641 | 01/24/17 | $23,775.36 |
| 4000004640 | 01/24/17 | $17,868.00 |
| 1069 | 01/24/17 | $18,650.00 |
| 4000004643 | 01/27/17 | $21,648.00 |
| 4000004648 | 02/02/17 | $3,668.01 |
| 4000004646 | 02/02/17 | $110.00 |
| 4000004650 | 02/02/17 | $8,426.66 |
| 4000004652 | 02/02/17 | $7,445.39 |
| 4000004651 | 02/02/17 | $8,726.20 |
| 4000004649 | 02/02/17 | $87,017.14 |
| 4000004645 | 02/02/17 | $110.84 |
| 4000004657 | 02/07/17 | $4,705.09 |
| 4000004654 | 02/07/17 | $9,473.39 |
| 4000004656 | 02/07/17 | $2,363.40 |
| 4000004658 | 02/07/17 | $3,300.00 |
| 4000004655 | 02/07/17 | $9,203.00 |
| 4000004660 | 02/08/17 | $1,548.04 |
| 4000004662 | 02/08/17 | $55,196.18 |
| 1071 | 02/09/17 | $26,356.64 |
| 4000004664 | 02/10/17 | $23,379.84 |
| 4000004666 | 02/17/17 | $816.00 |
| 1072 | 02/28/17 | $5,000.00 |
| 4000004668 | 03/02/17 | $5,280.00 |
| 4000004670 | 03/06/17 | $5,000.00 |
| 4000004672 | 03/09/17 | $109.20 |
| 4000004673 | 03/09/17 | $55.00 |
| 4000004674 | 03/09/17 | $282.96 |
| 1073 | 03/09/17 | $20.00 |
| 4000004676 | 03/10/17 | $782.10 |
| 4000004678 | 03/13/17 | $5,000.00 |
| 4000004680 | 03/16/17 | $3,668.01 |
| 4000004681 | 03/16/17 | $122,234.12 |
| 4000004682 | 03/16/17 | $11,343.97 |
| 4000004683 | 03/16/17 | $10,101.41 |
| 4000004685 | 03/23/17 | $5,000.00 |
| 4000004687 | 03/27/17 | $5,000.00 |
| 4000004689 | 04/06/17 | $886.26 |
| 4000004691 | 04/07/17 | $2,433.42 |
| 4000004692 | 04/07/17 | $70,821.01 |
| 4000004693 | 04/07/17 | $6,207.12 |
| 4000004694 | 04/07/17 | $5,772.40 |

Total of Checks ==> **$602,326.16**

| Date | Amount | Vendor |
|---|---:|---|
| 1/24/2017 | 399.22 | ADP |
| 1/25/2017 | 8.62 | ADP |
| 1/25/2017 | 182,974.25 | ADP |
| 1/26/2017 | 20.00 | ADP |
| 1/27/2017 | 25.00 | ADP |
| 1/30/2017 | 511.37 | ADP |
| 1/30/2017 | 153,540.53 | ADP |
| 1/31/2017 | 1,412.77 | ADP |
| 2/1/2017 | 28,916.58 | comerica |
| 2/3/2017 | 184.52 | ADP |
| 2/3/2017 | 357.20 | comerica |
| 2/3/2017 | 20,318.14 | Fidelity |
| 2/6/2017 | 140.00 | ADP |
| 2/7/2017 | 145.17 | ADP |
| 2/8/2017 | 178,491.26 | ADP |
| 2/9/2017 | 97,448.69 | ADP |
| 2/9/2017 | 45,683.88 | Fidelity |
| 2/10/2017 | 53,022.45 | ADP |
| 2/10/2017 | 1,188.00 | State of Louisiana sales tax |
| 2/13/2017 | 39.40 | ADP |
| 2/14/2017 | 95.00 | ADP |
| 2/15/2017 | 25.00 | ADP |
| 2/14/2017 | 1,777.08 | comerica |
| 2/13/2017 | 1,633.00 | East Baton Rouge |
| 2/16/2017 | 40,592.41 | comerica |
| 2/17/2015 | 3,333.26 | ADP |
| 2/21/2017 | 1,241.36 | ADP |
| 2/22/2017 | 197,357.32 | ADP |
| 2/23/2017 | 100.30 | ADP |
| 2/24/2017 | 77.25 | ADP |
| 2/27/2017 | 149,586.76 | ADP |
| 2/28/2017 | 1,241.65 | ADP |
| 2/28/2017 | 24,003.97 | Fidelity |
| 3/1/2017 | 25,453.88 | comerica |
| 3/16/2017 | 28,058.11 | comerica |
| 3/15/2017 | 1,590.00 | State of Louisiana sales tax |
| 3/16/2017 | 2,795.00 | East Baton Rouge |
| 3/3/2017 | 21,254.30 | Fidelity |
| 3/14/2017 | 24,628.64 | Fidelity |
| 3/16/2017 | 19,583.87 | Fidelity |
| 3/27/2017 | 23,755.46 | Fidelity |
| 3/29/2017 | 17,508.96 | Fidelity |
| 3/13/2017 | 1,716.76 | comerica |
| 3/2/2017 | 1,352.80 | ADP |
| 3/3/2017 | 361.73 | ADP |
| 3/7/2017 | 42.39 | ADP |

| Date | Amount | |
|---|---:|---|
| 3/8/2017 | 325,609.88 | ADP |
| 3/10/2017 | 360.77 | ADP |
| 3/14/2017 | 160,432.14 | ADP |
| 3/15/2017 | 238.60 | ADP |
| 3/17/2017 | 463.75 | ADP |
| 3/20/2017 | 187.00 | ADP |
| 3/21/2017 | 388.03 | ADP |
| 3/22/2017 | 274,912.22 | ADP |
| 3/23/2017 | 45.00 | ADP |
| 3/24/2017 | 3,150.67 | ADP |
| 3/27/2017 | 560.29 | ADP |
| 3/28/2017 | 472.30 | ADP |
| 3/29/2017 | 164,021.71 | ADP |
| 3/30/2017 | 64.80 | ADP |
| 3/31/2017 | 591.81 | ADP |
| 4/3/2017 | 316.00 | ADP |
| 4/3/2017 | 19,326.27 | comerica |
| 4/4/2017 | 162.18 | ADP |
| 4/5/2017 | 765.78 | ADP |
| 4/6/2017 | 76.00 | comerica |
| 4/7/2017 | 475.00 | ADP |

| | | |
|---|---:|---|
| Total Drafts | 2,306,613.51 | |

INSIDER PAYROLL INFORMATION
4/7/16 - 4/7/17

| NAME | GROSS PAY 4/1/16 - 4/15/17 | LESS GROSS PAY 4/8/17 - 4/15/17 8 DAYS | LESS GROSS PAY 4/1/16 - 4/6/16 6 DAYS | EST GROSS PAY 4/7/16 - 4/7/17 |
|---|---|---|---|---|
| Barnes, Marsha | $86,805 | $1,838 | $1,386 | $83,581 |
| Bowers, Francis | $204,378 | $0 | $3,548 | $200,831 |
| Brister, Sharman | $165,554 | $3,304 | $2,491 | $159,760 |
| Coody, Dana | $150,752 | $3,489 | $2,304 | $144,959 |
| Legleu, Scott | $155,049 | $0 | $2,764 | $152,286 |
| Nelson, Gregory | $209,273 | $4,457 | $3,360 | $201,456 |
| Rikhoff, Robert | $188,280 | $4,346 | $2,883 | $181,051 |
| Smothers, Brad | $114,814 | $2,446 | $1,845 | $110,524 |
| Totals ==> | $1,274,907 | $19,880 | $20,581 | $1,234,445 |



EXHIBIT
B
tabbies

# United States Bankruptcy Court
## Middle District of Louisiana

| | | | |
|---|---|---|---|
| In re | **East West Copolymer LLC** | Case No. | **17-10327** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................. $     **115,000.00**

   Prior to the filing of this statement I have received .......................................... $     **63,810.23**

   Balance Due .................................................................................. $     **51,189.77**

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached *(as is set forth below)*.

6. In return for the above-disclosed fee, I have agreed to render legal service for and in the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting(s) of creditors and confirmation hearing(s), and any continued meetings or hearings, and, generally, in the bankruptcy case;
   d. Other provisions as needed.

7. By agreement with the debtor(s), a copy of which is either set forth herein or attached hereto, the above-disclosed fee does not include the following services, for which, if I am to be retained, the debtor will be charged and will have to agree to pay fees and reimbursement of expenses as follows:
   **See attached engagement letter.**

### CERTIFICATION OF ATTORNEY

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May  8, 2017** | **/s/ Brandon A. Brown** |
| Date | **Brandon A. Brown** |
| | Signature of Attorney |
| | **Stewart Robbins & Brown, LLC** |
| | **620 Florida Street, Suite 100** |
| | **Post Office Box 2348** |
| | **Baton Rouge, LA 70821** |
| | **(225) 231-9998  Fax: (225) 709-9467** |
| | Name of Law Firm |

SEE NEXT PAGE FOR CERTIFICATION OF DEBTOR(S)

5/08/17 5:23PM

In re    **East West Copolymer LLC**

Case No.    **17-10327**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## (Continuation Sheet)

### CERTIFICATION OF DEBTOR(S)

[if applicable, i.e. services limited and agreement is contained in disclosure as opposed to being separately attached].

      I certify that the above agreement with my attorney has been explained to me by my attorney and accurately reflects the services that my attorney has agreed to provide for the fees paid or promised as stated in this disclosure.  Further, I agree that the description of those services that will not be provided by my attorney for the fees paid or promised in the disclosure is accurate and that I understand that if any of these excluded services become necessary, my attorney is under no duty to represent me unless I make further arrangements, as set forth by my attorney above, for the attorney to act on my behalf.

**May  8, 2017**

Date

**/s/ Gregory Nelson**

**Gregory Nelson**

Signature of Debtor