IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | Case No. 17-10327 |
| East West Copolymer, LLC | Chapter 11 |
| *Debtor*. | |

## NOTICE OF SECOND EXTENSION OF FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL

Pursuant to Paragraph 16(b)(1) on page 19 of the *Final Order Authorizing Debtor To Use Cash Collateral And Granting Adequate Protection To Prepetition Lenders* entered by this Court on May 19, 2017 (the "**Final Order**") [P-176] as extended and amended in that certain *Notice of Extension of Final Order Authorizing Use of Cash Collateral* dated June 30, 2017 (the "**First Extension**") [P-230], and upon the consent of Main Street Capital Corporation ("**Main Street**"), the Committee of Unsecured Creditors (the "**Committee**")[1], notice is hereby given of the amendment, in part, and extension of the Final Order and First Extension (this "**Second Extension**"), as follows:

1. Pursuant to the Final Order the termination date of the Debtor's authorization to Use Cash Collateral was May 26, 2017; and such date was extend to September 1, 2017 pursuant to the First Extension.

2. The Debtor and the Committee filed their (first amended) *Disclosure Statement In Support of the Chapter 11 Plan of Liquidation Proposed by East West Copolymer, LLC and the Official Committee of Unsecured Creditors* (the "**Disclosure Statement**") [P-301], and their (amended) *Chapter 11 Plan of Liquidation Proposed by East West Copolymer, LLC and the*

---

[1] While Brown & Root Industrial Services (**Brown & Root**") was a signatory to the Final Order and the First Extension, as a result of other Orders of the Court, including the *Order Authorizing Disbursement of (I) Net Sale Proceeds and (II) Funds Held in Brown & Root Segregated Account* [P-266], Brown & Root, is not a party to this Second Extension, and has stated that it has no objection hereto.

**Error! Unknown document property name.**

*Official Committee of Unsecured Creditors* [P-302]. The Disclosure Statement was approved by the Court on October 20, 2017 [P-303]. The Proposed Plan was confirmed on November 29, 2017 [P-346] (the "**Confirmed Plan**"), thereby appointing Dwayne M. Murray as Liquidating Trustee.[2] The Plan became effective on December 14, 2017 (the "**Effective Date**").

3. Pursuant to the Confirmed Plan, upon the Effective Date: (i) a portion of the Tax Credits (which are subject to Main Street's liens) will be transferred to the Liquidating Trust; and (ii) a portion of the Tax Credits will be released to Main Street (the "***Main Street's Portion of the Tax Credits***").

4. Pursuant to the Confirmed Plan, The Debtor, the Committee and Main Street (collectively, the "***Stipulating Parties***") now agreed to further extend the termination date of the Debtor's authorization to Use Cash Collateral to December 20, 2017.

5. As of November 30, 2017, the Debtor was holding the net sum of $46,300.00 in cash in its Comerica Disbursement Account (the "***Net Cash on Hand***"), and owns (subject to Main Street's liens) a Stand-By Letter of Credit issued by Comerica and posted with the Debtor's Workers Compensation Insurance carrier, all of which constitute the Collateral and the Cash Collateral of Main Street the "***Cash Collateral***").

6. The Stipulating Parties hereby agree that, upon the Effective Date, Main Street shall permit the use of Main Street's Portion of the Tax Credits and the Net Cash on Hand (collectively, the "***Usable Funds***") to fund the specifically identified administrative obligations, in amounts not to exceed the amounts and to the entities identified on Exhibit "A" hereto. All Usable Funds, not used as provided herein for the amounts and entities identified on Exhibit "A" hereto, shall be remitted, immediately, but in no event, later than December 21, 2017, to Main

---

[2] Capitalized terms used herein and not defined herein, shall have the meaning ascribed thereto in the Confirmed Plan.

Street, *via* wire transfer, as instructed by Main Street.

7. The Debtor and the Committee represent and agree that the line item expenses on Exhibit A are:

a. Limitations, maximums or caps on the use of the Usable Cash, and as such, the amounts stated may not be exceeded by the Debtor and/or the Liquidating Trustee, as applicable, and to the extent that the Debtor and/or the Liquidating Trust has an administrative obligation that is either in an amount in excess of the stated line amount, or is an obligation that is not identified on the Exhibits, such amount will not be paid from Usable Cash , and the Debtor and the Committee agree that they, individually or collectively, will not seek to compel the payment of any excess or unidentified obligations, from Main Streets' Cash Collateral or the Usable Cash.[3]  Main Street takes no position as to whether the excess or unidentified obligation (if any) should be paid by the Debtor and/or the Liquidating Trust, from sources other than Main Street's Cash Collateral or the Usable Cash; and

b. The stated line item amounts on the Exhibits are specific for such obligations, and, thus to the extent such stated line item amounts are not fully needed, the excess shall not be used for other administrative obligations.

8. All terms and conditions of the Final Order and First Extension shall govern any use of cash collateral on or prior to September 1, 2017.

---

[3] Further, the Debtor and the Committee will oppose any attempt by the Liquidating Trustee, the Liquidating Trust, or any other interested party, seeking to compel the use of Main Street's Cash Collateral, other than as provided in the Proposed Plan or this Second Extension.

**Error! Unknown document property name.**

9. Any and all other provisions of the Final Order, to the extent not expressly modified herein or by other Orders of the Court, shall continue in full force and effect.

Respectfully submitted, this 14 day of December, 2017.

        **STEWART ROBBINS & BROWN, LLC**

        By: */s/ P. Douglas Stewart, Jr.*
        P. Douglas Stewart, Jr. (La. Bar No. 24661)
        Brandon A. Brown (La. Bar No. 25592)
        Ryan J. Richmond (La. Bar No. 30688)
        620 Florida Street, Suite 100
        Baton Rouge, LA 70801-1741
        Telephone: (225) 231-9998

        *Attorneys for East West Copolymer, L.L.C.*

        - And -

        /s/ Michael D. Warner
        Michael D. Warner (TX #00792304) (Pro hac vice)
        **COLE SCHOTZ P.C.**
        301 Commerce Street, Suite 1700
        Fort Worth, TX 76102
        Telephone: (817) 810-5250
        Facsimile: (817) 977-1611
        Email: mwarner@coleschotz.com

        *Counsel for Main Street Capital Corporation*

        -And –

        **TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

        By: /s/ Michael A. Crawford
        Michael A. Crawford (Bar Roll #22315)
        P.O. Box 2471
        Baton Rouge, LA 70821-2471
        (225) 387-3221 (telephone)
        (225) 346-8049 (facsimile)

        *Attorneys for the Official Committee of Unsecured Creditors*

**Error! Unknown document property name.**