## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| EAST WEST COPOLYMER, LLC | ) | Case No. 17-10327 |
| | ) | |
| Debtor. | ) | |

## STIPULATION REGARDING PROOF OF CLAIM
## OF TCTM FINANCIAL 2015 EW LLC

**WHEREAS,** on April 7, 2017, East West Copolymer, LLC ("Debtor") filed for bankruptcy relief under chapter 11 of the Bankruptcy Code.

**WHEREAS**, on or about July 14, 2017, TCTM Financial 2015 EW LLC ("TCTM") filed Proof of Claim Number 142 ("Proof of Claim"), asserting a secured claim against the Debtor in the amount of $14,999,695.00;

**WHEREAS,** on November 29, 2017, the Court confirmed the *Chapter 11 Plan of Liquidation Proposed by East West Copolymer, LLC and the Official Committee of Unsecured Creditors Dated October 20, 2017 and Immaterially Modified as of November 29, 2017* [Docket No. 343] (the "Plan")[1].

**WHEREAS**, the Plan went effective on December 14, 2017.

**WHEREAS**, consistent with the Plan and pursuant to the confirmation order, Dwayne Murray was appointed the Liquidating Trustee.

**WHEREAS**, the Liquidating Trustee and TCTM timely filed two consent motions to extend the deadline for the Liquidating Trustee to object to Proof of Claim No. 142, the last of whiich extended the deadline until June 18, 2018

---

[1] Capitalized terms not defined herein are as defined in the Plan.

1903320v.1

**WHEREAS**, the Liquidating Trustee and TCTM agree to the entry of this stipulation as follows:

1. The Proof of Claim will be reduced from $14,999,695 and will be Allowed as a General Unsecured Claim in the amount of $10,000,000.

2. Other than with respect to the enforcement of the confidential settlement between the parties, any and all Claims or Causes of Action, if any exist, by either party against the other, are fully released and compromised.

3. To the extent that any Court approval of this Stipulation and agreement is required or deemed necessary, the Liquidating Trustee and TCTM will cooperate in jointly seeking such approval.

**AGREED TO AND ACCEPTED BY:**

Dated: June 18, 2018

*/s/ David N. Griffiths*
David N. Griffiths
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
David.griffiths@weil.com
**Counsel for TCTM Financial 2015 EW LLC**

*/s/ Michael A. Crawford*
Michael A. Crawford (# 22315)
**Taylor, Porter, Brooks & Phillips, LLC**
450 Laurel Street (70801)
8th Floor
Post Office Box 2471
Baton Rouge, Louisiana 70821]
Mike.crawford@taylorporter.com
**Counsel for Liquidating Trustee**

1903320v.1