## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| EAST WEST COPOLYMER, LLC | ) | Case No. 17-10327 |
| | ) | |
| Debtor. | ) | |

## STIPULATION REGARDING PROOF OF CLAIM
## OF GOODPACK USA, INC.

**WHEREAS,** on April 7, 2017, East West Copolymer, LLC ("Debtor") filed for bankruptcy relief under chapter 11 of the Bankruptcy Code.

**WHEREAS**, Goodpack USA, Inc. ("Goodpack") timely filed Proof of Claim Number 108 on or about July 11, 2017 ("Proof of Claim"), asserting a claim against the Debtor in the amount of $848,697.40;

**WHEREAS,** on November 29, 2017, the Court confirmed the *Chapter 11 Plan of Liquidation Proposed by East West Copolymer, LLC and the Official Committee of Unsecured Creditors Dated October 20, 2017 and Immaterially Modified as of November 29, 2017* [Docket No. 343] (the "Plan")[1].

**WHEREAS**, the Plan went effective on December 14, 2017.

**WHEREAS**, consistent with the Plan and pursuant to the confirmation order, Dwayne Murray was appointed the Liquidating Trustee.

**WHEREAS**, the Liquidating Trustee timely filed an objection to the Proof of Claim on or about February 1, 2018, which among other things, challenged Goodpack's entitlement to priority for a portion of the claim and further sought support for a rejection damage claim in the amount of $485,450.00.

---

[1] Capitalized terms not defined herein are as defined in the Plan.

1903867v.1

**WHEREAS,** the parties agreed to and submitted a proposed consent order, which consent order was rendered by the court, that (a) stipulated that none of the Proof of Claim is entitled to priority and (b) continued the hearing on the Liquidating Trustee's objection to the amount of the damage claim, first to May 30, 2018, and then again by minute entry to June 27, 2018.

**WHEREAS**, the Liquidating Trustee and Goodpack now agree to the entry of this stipulation as follows:

1. The Proof of Claim will be reduced from $848,697.40 and will be Allowed as a General Unsecured Claim in the amount of $533,863.15.

2. Any and all Claims or Causes of Action, if any exist, except as set forth herein, by either party against the other, are fully released and compromised.

3. To the extent that any Court approval of this Stipulation is required or deemed necessary, the Liquidating Trustee and Goodpack will cooperate in jointly seeking such approval.

**AGREED TO AND ACCEPTED BY:**

Dated: June 21, 2018

*/s/ Christine A. Walsh*
Christine Walsh
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001
cwalsh@mayerbrown.com
**Counsel for Goodpack USA, Inc.**

*/s/ Michael A. Crawford*
Michael A. Crawford (# 22315)
**Taylor, Porter, Brooks & Phillips, LLC**
450 Laurel Street (70801)
8th Floor
Post Office Box 2471
Baton Rouge, Louisiana 70821]
Mike.crawford@taylorporter.com
**Counsel for Liquidating Trustee**

1903867v.1