# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| EAST WEST COPOLYMER, LLC | ) | Case No. 17-10327 |
| | ) | |
| Debtor. | ) | |

## STIPULATION REGARDING
## PROCEEDS OF LETTER OF CREDIT

**WHEREAS,** on April 7, 2017, East West Copolymer, LLC ("Debtor") filed for bankruptcy relief under Chapter 11 of the Bankruptcy Code.

**WHEREAS,** on November 29, 2017, the Court confirmed the Chapter 11 Plan of Liquidation Proposed by East West Copolymer, LLC and the Official Committee of Unsecured Creditors Dated October 20, 2017 and Immaterially Modified as of November 29, 2017 [Docket No. 343] (the "Plan").

**WHEREAS,** the Plan went effective on December 14, 2017.

**WHEREAS,** consistent with the Plan and pursuant to the Confirmation Order, Dwayne M. Murray was appointed the Liquidating Trustee.

**WHEREAS,** the Liquidating Trustee and Great American Insurance Company ("Great American") agree to the entry of this stipulation as follows:

1. Great American shall draw upon Letter of Credit No. OSB1780T, dated May 6, 2014, issued by Cormerica Bank in the amount of $105,000.

2. Great American shall retain $15,000 of the proceeds from the Letter of Credit in full and final satisfaction of all claims against the proceeds from the Letter of Credit.

3.     Great American shall cause to be paid to the Liquidating Trustee the balance of the Letter of Credit proceeds and any funds on deposit at Comerica Bank.

4.     It is further ordered that Great American the Liquidating Trustee on behalf of the Liquidating Trust and the Debtor mutually release all claims that may be brought by or against either party and mutually agree to a full and final release of all claims.

Dated:  July 12, 2018

**STIPULATED AND AGREED BY:**

/s/ Corey Pierce
Corey L. Pierce (#24601)
**MURRAY & MURRAY, LLC**
301 Main Street, Suite 810
Baton Rouge, Louisiana 70801
Email:  corey@murraylaw.net
**Counsel for Liquidating Trustee**


*/s/ Robert G. Sanker*
Robert G. Sanker, OH Bar No. 00390400
**Keating Muething & Klekamp PLL**
One East Fourth Street, Suite 1400
Cincinnati, Ohio  45202
Tel: (513) 579-6587
Email:  rsanker@kmklaw.com
**Counsel for Great American Insurance Company**