# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| EAST WEST COPOLYMER, LLC | ) | Case No. 17-10327 |
| | ) | |
| Debtor. | ) | |

## JOINT MOTION TO APPROVE STIPULATION REGARDING PROCEEDS OF LETTER OF CREDIT

Dwayne M. Murray, the Liquidating Trustee ("Trustee"), and Great American Insurance Company ("Great American or GAIC"), by and through counsel, file this Joint Motion to Approve Stipulation Regarding Proceeds of Letter of Credit ("Motion"). In support thereof, Movants respectfully state as follows:

## BACKGROUND

1. On April 7, 2017, East West Copolymer, LLC ("Debtor") filed for bankruptcy relief under Chapter 11 of the Bankruptcy Code.

2. On November 29, 2017, the Court confirmed the Chapter 11 Plan of Liquidation Proposed by East West Copolymer, LLC and the Official Committee of Unsecured Creditors dated October 20, 2017 and Immaterially Modified as of November 29, 2017 [Docket No. 343] (the "Plan").

3. The Plan became effective on December 14, 2017.

4. Consistent with the Plan and pursuant to the Order confirming the Plan, Dwayne M. Murray was appointed the Liquidating Trustee.

5. Prior to the commencement of this bankruptcy case, the Debtor and GAIC entered into a high deductible workers compensation insurance policy. To secure the Debtor's obligations

to GAIC under the insurance policy, the Debtor, East West Copolymer, LLC & Rubber LLC, and GAIC entered into a Deductible Security Letter of Credit Agreement dated April 16, 2014 ("Security Agreement") pursuant to which the Debtor caused Comerica Bank to issue Letter of Credit No. OSB1780T, dated May 6, 2014 in favor of Great American in the amount of $105,000 ("Letter of Credit").

6. Pursuant to the terms of the Security Agreement, Great American is currently entitled to draw upon the Letter of Credit in the full amount of $105,000 and to retain possession of the proceeds of the Letter of Credit as security for the Debtor's potential obligations under the insurance policy, including attorneys' fees, until Great American determines that all of the Debtor's obligations have been satisfied in full. The Trustee desires to resolve any claims that Great American and the Liquidating Trust may have to the Letter of Credit and has entered into the attached Stipulation for consideration and approval by the Court.

7. Pursuant to the Stipulation Great American and the Trustee have agreed that Great American shall be entitled to draw upon the Letter of Credit and to retain $15,000 in full and final settlement of any obligations that it may have against the Debtor under the policy or the Security Agreement.

**RELIEF REQUESTED**

8. By this Motion, Movants are requesting that the Court approve the Stipulation, which will allow Great American to draw upon the Letter of Credit, to retain $15,000 in full satisfaction of all claims against the Debtor relating to the policies and the Security Agreement, and to cause the balance of the Letter of Credit to be paid to the Liquidating Trustee.

9. The relief requested herein is in the best interests of the Liquidating Trust and the creditors. By approving the Stipulation, the Liquidating Trustee resolves any potential litigation

in connection with the parties' respective rights to the Letter of Credit and avoids any unnecessary costs and expenses associated therewith.

10. Great American and the Liquidating Trustee on behalf of the Liquidating Trust and the Debtor mutually release all claims that may be brought by or against either party and mutually agree to a full and final release of all claims.

**WHEREFORE**, the Liquidating Trustee and Great American Insurance Company respectfully requests that this Honorable Court approve the Stipulation and grant such further and other relief as the Court deems appropriate.

This 12th day of July, 2018.

Respectfully submitted,

/s/ Corey Pierce
Corey L. Pierce (#24601)
**MURRAY & MURRAY, LLC**
301 Main Street, Suite 810
Baton Rouge, Louisiana 70801
Email: corey@murraylaw.net
**Counsel for Liquidating Trustee**

And

/s/ Robert G. Sanker
Robert G. Sanker, OH Bar No. 00390400
**Keating Muething & Klekamp PLL**
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6587
Email: rsanker@kmklaw.com
**Counsel for Great American Insurance Company**