## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF LOUISIANA

IN RE

EAST WEST COPOLYMER, LLC            CASE NO. 17-10327

    DEBTOR.                                              CHAPTER 11

### AGREED ORDER ON JOINT MOTION TO APPROVE STIPULATION REGARDING PROCEEDS OF LETTER OF CREDIT

This matter is before the Court on the Joint Motion of the Liquidating Trustee and Great American Insurance Company ("Great American") to Approve Stipulation Regarding Proceeds of Letter of Credit. Considering the Joint Motion, the Stipulation of the parties, the lack of opposition thereto, the record of the case and applicable law:

1. IT IS ORDERED that the Stipulation between the Liquidating Trustee and Great American is approved;

2. IT IS FURTHER ORDERED that Great American shall be entitled to draw upon the Letter of Credit No. OSB1780T issued by Comerica Bank dated May 6, 2014, as the same may have been amended, renewed or extended, in the amount of $105,000;

3. IT IS FURTHER ORDERED that Great American shall retain $15,000 of the proceeds of the Letter of Credit in full and final satisfaction of any claims or interest that Great American may have in or to the Letter of Credit;

4. IT IS FURTHER ORDERED that Great American shall cause to be paid to the Liquidating Trustee the balance of the proceeds of the Letter of Credit;

5. IT IS FURTHER ORDERED that the Liquidating Trustee shall receive the balance of the proceeds of the Letter of Credit; and

6. IT IS FURTHER ORDERED that Great American the Liquidating Trustee on behalf of the Liquidating Trust and the Debtor mutually release all claims that may be brought by or against either party and mutually agree to a full and final release of all claims.

Baton Rouge, Louisiana, August 9, 2018.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE
