# Notice Recipients

| | | |
|---|---|---|
| District/Off: 053N–3 | User: csmi | Date Created: 8/9/2018 |
| Case: 17–10327 | Form ID: pdf801 | Total: 46 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
op      Shared Management Resources, Ltd.
op      Balmoral Advisors, LLC
op      Didier Consultants, Inc.
acc      Hannis T. Bourgeois, LLP

TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee      ustp.region05@usdoj.gov
tr      Dwayne M. Murray      dmm@murraylaw.net
aty      Alan H. Goodman      alan.goodman@bswllp.com
aty      Armistead M. Long      along@gamb.law
aty      Ashley Lindsay Harper      ashleyharper@andrewskurth.com
aty      Benjamin L Wallen      bwallen@coleschotz.com
aty      Brandon A. Brown      bbrown@stewartrobbins.com
aty      Cherie D. Nobles      cnobles@hellerdraper.com
aty      Corey Lamar Pierce      corey@pierce–law.com
aty      David S. Rubin      drubin@kswb.com
aty      Dwayne Murray      dmm@murraylaw.net
aty      Dwayne M. Murray      dmm@murraylaw.net
aty      Emile Dreuil, III      edreuil@smr–lawfirm.com
aty      Emile Joseph, Jr.      emilejoseph@allengooch.com
aty      Eric A. Kracht      eakracht@kflawbr.com
aty      J. Eric Lockridge      eric.lockridge@keanmiller.com
aty      JonAnn Giblin      jgiblin@mcglinchey.com
aty      Joseph Buoni      JosephBuoni@andrewskurth.com
aty      Kirk A. Patrick, III      kpatrick@dps–law.com
aty      Michael Allen Crawford      mike.crawford@taylorporter.com
aty      Michael D Warner      mwarner@coleschotz.com
aty      Michael H. Piper      mpiper@steffeslaw.com
aty      Patrick S. Garrity      patrickg@spsr–law.com
aty      Paul Douglas Stewart, Jr.      dstewart@stewartrobbins.com
aty      Rudy J. Cerone      rcerone@mcglinchey.com
aty      Ryan James Richmond      rrichmond@stewartrobbins.com
aty      Sarah Edwards      sedwards@mcglinchey.com
aty      Stephen W. Lemmon      lemmon@slollp.com
aty      Tristan Manthey      tmanthey@hellerdraper.com
aty      Warren Usatine      wusatine@coleschotz.com
aty      William H. Patrick, III      wpatrick@hellerdraper.com
aty      William S. Robbins      wrobbins@stewartrobbins.com

TOTAL: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      East West Copolymer LLC      c/o Shared Management Resources, Ltd.      Attn: Charles S. Deutchman      28026 Gates Mills Blvd.      Pepper Pike, OH 44124–4730
cr      Lion Copolymer Holdings, LLC      c/o Stephen W. Lemmon      Husch Blackwell LLP      111 Congress Avenue      Suite 1400      Austin, TX 78701
cr      Progress Oils, Inc.      c/o Jon Ann Giblin      McGlinchey Stafford      301 Main St., 14th Floor      Baton Rouge, LA 70801
cr      Iberville Insulations, LLC      c/o David S. Rubin      Kantrow Spaht Weaver & Blitzer      P. O. Box 2997      Baton Rouge, LA 70821–2997
cr      Star Service Inc.      527 N Acadian Thruway      Baton Rouge, LA 70806
aty      Stewart Robbins & Brown, LLC      620 Florida Street, Suite 100      Baton Rouge, LA 70801–1741
cr      Estes Refractory & Insulation of Louisiana, Inc.      c/o Michael A. Crawford      TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.      PO Box 2471      Baton Rouge, LA 70821–2471
cr      Pontchartrain Natural Gas System      1100 Louisiana Street      Houston, TX 77002
aty      Corey L. Pierce      Murray & Murray      301 Main St      Suite 810      Baton Rouge, LA 70801
aty      Cassie Preston      Deutsch Kerrigan LLP      755 Magazine Street      New Orleans, LA 70130

TOTAL: 10