# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF LOUISIANA

IN RE:

**EAST WEST COPOLYMER, LLC**          **CASE NO. 17-10327**

**DEBTOR**                             **CHAPTER 11**

## ORDER

Considering the Motion to Approve Stipulation Regarding Setoff Rights, Carve Out for the Liquidating Trust and Cash Collateral filed by the Liquidating Trustee (P-509), the lack of objection thereto, the record of the case and for reasons rendered orally at the October 10, 2018 hearing,

**IT IS ORDERED** that the Stipulation attached hereto as Exhibit 1 is approved,

**IT IS FURTHER ORDERED** that Comerica Bank ("Comerica") is entitled to retain $108,000.00 of the funds currently held in the Debtor in Possession bank account (Comerica Account No. ending in 2414) ("Account") to reimburse it for honoring the $105,000.00 draw on the letter of credit to Great American Insurance Company, $550.00 in fees related to the letter of credit draw and reasonable attorneys' fees of $2,450.00;

**IT IS FURTHER ORDERED** that the Liquidating Trust shall receive the balance of the funds in the Account from Comerica, namely $39,380.20 over and above the $90,000.00 already ordered to be turned over to the Liquidating Trust, of which Main Street Capital ("MSC") shall be entitled to $126,500.00 on account of its recognized interest in cash collateral;

**IT IS FURTHER ORDERED** that the Liquidating Trust shall be entitled to retain $2,880.20 of the funds previously held in the Account and otherwise subject to MSC's interest in

cash collateral, as a carve out to reimburse for the time and expense of negotiating, filing and obtaining court approval of the Stipulation and this Court's prior Order;

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the terms of the attached Stipulation.

Baton Rouge, Louisiana, October 16, 2018.

<u>**s/ Douglas D. Dodd**</u>
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

*[Signatures continued on following page]*

**SUBMITTED BY:**

/s/ Annmarie Chiarello
Annmarie Chiarello
Texas State Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Phone)
(214) 745-5390 (Facsimile)
achiarello@winstead.com

-and-

Amanda Messa
**Phelps Dunbar, LLP**
II City Plaza
400 Convention Street, Suite 100
Baton Rouge, LA 70802
*Counsel for Comerica Bank*

/s/ Michael D. Warner
Michael D. Warner, Esq. (Admitted *Pro Hac Vice*)
**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
817-810-5250 Telephone
817-810-5255 Facsimile
mwarner@coleschotz.com
*Counsel for Main Street Capital Corporation*

*/s/ Michael A. Crawford*
Michael A. Crawford (# 22315)
**Taylor, Porter, Brooks & Phillips, LLC**
450 Laurel Street, 8th Floor
(70801)
Post Office Box 2471
Baton Rouge, Louisiana 70821
Email:
mike.crawford@taylorporter.com

*Counsel for Liquidating Trustee*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| EAST WEST COPOLYMER, LLC ) | Case No. 17-10327 |
| ) | |
| Debtor. ) | |

## STIPULATION REGARDING SETOFF RIGHTS, CARVE OUT FOR THE LIQUIDATING TRUST AND CASH COLLATERAL

**WHEREAS,** on April 7, 2017, East West Copolymer, LLC ("Debtor") filed for bankruptcy relief under chapter 11 of the Bankruptcy Code.

**WHEREAS,** on November 29, 2017, the Court confirmed the *Chapter 11 Plan of Liquidation Proposed by East West Copolymer, LLC and the Official Committee of Unsecured Creditors Dated October 20, 2017 and Immaterially Modified as of November 29, 2017* [Docket No. 343] (the "Plan")[1];

**WHEREAS,** the Plan went effective on December 14, 2017;

**WHEREAS,** consistent with the Plan and pursuant to the confirmation order, Dwayne Murray was appointed the Liquidating Trustee;

**WHEREAS,** the Liquidating Trust took ownership of the Debtor's former Debtor in Possession bank account with Comerica Bank ("Comerica"), subject to potentially competing secured claims of Comerica, arising out of its contractual arrangement involving a letter of credit with its counterparty Great American Insurance Company ("GAIC") and Main Street Capital Corporation ("MSC") based on its Court-recognized interest in the Debtor's cash collateral;

---

[1] Capitalized terms not defined herein are as defined in the Plan.

EXHIBIT 1

**WHEREAS**, on Joint Motion of the Liquidating Trustee and GAIC to Approve Stipulation Regarding Proceeds, the Court entered an Agreed Order on Joint Motion to Approve Stipulation Regarding Proceeds of Letter of Credit on August 9, 2018 [Docket No. 499](the "Agreed Order");

**WHEREAS**, the Agreed Order authorized GAIC to draw upon the letter of credit (No. OSB1780T) issued by Comerica on May 6, 2014, in the amount of $105,000, with a retention thereafter by GAIC of $15,000 in full satisfaction of any claims or interest that GAIC may have in or to the letter of credit and turnover to the Liquidating Trustee of the remaining $90,000.

**WHEREAS**, the Liquidating Trustee and MSC have agreed that the $90,000 received by the Liquidating Trust must be paid to MSC in accordance with its recognized priming rights to the Debtor's cash collateral;

**WHEREAS**, Comerica intends to honor GAIC's draw on the letter of credit and by doing so has triggered a priming security interest, in the nature of setoff rights, against the Account (as hereinafter defined) to reimburse it for the $105,000 to be paid over to GAIC plus contractual rights to fees and expenses.

**WHEREAS**, the former DIP bank account (Comerica Account No. ending in 2414)(the "Account") has a current balance of $147,380.20.

**WHEREAS**, the Liquidating Trustee, Comerica and MSC (collectively, the "Parties") agree to the entry of this stipulation ("Stipulation") as follows:

1. Comerica shall be entitled, subject to court order approving this Stipulation, to retain $108,000 of the funds currently held in the Account to reimburse it for honoring $105,000 on the letter of credit to GAIC, $550 in fees related to the letter of credit draw and reasonable attorneys' fees of $2,450.

1951102v.1

2. The Liquidating Trust shall receive the balance of the Account funds, namely $39,380.20, of which MSC agrees to carve out $2,880.20 for the Liquidating Trust to reimburse it for the time and expense of negotiating, filing and obtaining court approval of this Stipulation and the prior Agreed Order. The Account balance of $36,500, along with the aforementioned $90,000 that was the subject of the Agreed Order, shall be paid by the Liquidating Trust over to MSC in accordance with MSC's interest in cash collateral.

3. Other than with respect to the enforcement of the terms of this Stipulation between the Parties or any obligations memorialized in the confirmed Plan, any and all Claims or Causes of Action, if any exist, by any of the Parties against the other, are hereby fully released and compromised.

4. The Liquidating Trustee, Comerica and MSC shall cooperate in jointly seeking approval of this Stipulation and agreement.

5. This Court shall retain exclusive jurisdiction to enforce the terms of this Stipulation.

1951102v.1

AGREED TO AND ACCEPTED BY:

Dated: September 20, 2018

/s/ Annmarie Chiarello
Annmarie Chiarello
Texas State Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Phone)
(214) 745-5390 (Facsimile)
achiarello@winstead.com

-and-

Amanda Messa
**Phelps Dunbar, LLP**
II City Plaza
400 Convention Street, Suite 100
Baton Rouge, LA 70802
*Counsel for Comerica Bank*

/s/ Michael D. Warner
Michael D. Warner, Esq. (Admitted *Pro Hac Vice*)
**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
817-810-5250 Telephone
817-810-5255 Facsimile
mwarner@coleschotz.com
*Counsel for Main Street Capital Corporation*

/s/ Michael A. Crawford
Michael A. Crawford (# 22315)
**Taylor, Porter, Brooks & Phillips, LLC**
450 Laurel Street (70801)
8th Floor
Post Office Box 2471
Baton Rouge, Louisiana 70821]
Mike.crawford@taylorporter.com
*Counsel for Liquidating Trustee*

1951102v.1