UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| EAST WEST COPOLYMER LLC | CASE NO. 17-10327 |
| DEBTOR | CHAPTER 11 |

ORDER APPROVING TRUSTEE'S FINAL REPORT OF ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND PROPOSED DISTRIBUTION

Considering the Trustee's Final Report and Account of Administration of Estate, report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses, and Proposed Distribution (the Trustee's Final Report) filed by Dwayne Murray, trustee,

IT IS ORDERED that Dwayne Murray, trustee, is allowed a total of $35,152.33 of which $30,000.00 has been previously paid pursuant to the confirmed Chapter 11 plan as compensation for services rendered (the amount of compensation not exceeding the limitations prescribed by 11 U.S.C. Section 326(a)); and the trustee's administrative costs and expenses of $1,300.00 are approved and allowed.

IT IS FURTHER ORDERED that the Trustee's Final Report is approved, the trustee is authorized and directed to make the distributions proposed in the Trustee's Final Report, the trustee seasonably file the Trustee's Final Account of Distribution and Application for Closing and Discharge and thereafter the trustee be discharged and the case closed.

Baton Rouge, Louisiana, August 5, 2022.

<u>s/ Douglas D. Dodd</u>
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE